UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

HARTE,

                 Plaintiff,

    -against-

PACE UNIVERSITY ET AL.,

                Defendants.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 3, 2022

22-cv-3820 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendants' Letter related to Plaintiff's service of the amended complaint. ECF No. 15. As of this date, Plaintiff has yet to serve Defendants with the Amended Complaint. Plaintiff is hereby **ORDERED** to serve Defendants through their Counsel of Record on or by November 28, 2022.

**SO ORDERED.**

Dated:   **November 3, 2022**
            **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**