| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x<br>**HARTE,**<br>                      **Plaintiff,**<br>      -against-<br>**PACE UNIVERSITY ET AL.,**<br>                      **Defendants.**<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: December 28, 2022<br><br>**22-cv-3820 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters regarding service of the amended complaint and default judgment in the above-captioned matter. *See* ECF Nos. 15, 23, 29, 31-37. The Court is also in receipt of Defendants' request for a pre-motion conference related to their anticipated motion to dismiss. ECF No. 38.

Plaintiff is hereby **ORDERED** to file a letter response to Defendants' pre-motion conference letter on or by **January 3, 2023**. The Court will hold a telephonic conference on **January 9, 2023 at 11:00AM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated:    **December 28, 2022**
              **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**