**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
   **HARTE,** :
    :
          **Plaintiff,** :
    :
    **-against-** :
    :
   **PACE UNIVERSITY ET AL.,** :
    :
        **Defendants.** :
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _February 6, 2023_

**22-cv-3820 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of Plaintiff's letter requesting an extension of time to file her second amended complaint. *See* ECF No. 46. Defendants are hereby **ORDERED** to respond to the Plaintiff's letter on or by **February 9, 2023**. Defendants are directed to address the extension request and Plaintiff's request pursuant to Federal Rule of Civil Procedure 5.2.

**SO ORDERED.**

**Dated:**   **February 6, 2023**
        **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**