UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

HARTE,

                    Plaintiff,

      -against-

PACE UNIVERSITY ET AL.,

                    Defendants.

------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 8, 2023

22-cv-3820 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's letter requesting an extension of time to file her second amended complaint. *See* ECF No. 46. Defendants do not oppose this request. ECF No. 49. Plaintiff's request for an extension of time is **GRANTED**. The Plaintiff is directed to file her second amended complaint on or by **March 31, 2023**.

      Defendants similarly do not object to the Plaintiff's request to limit access to the letters filed with the Court. ECF Nos. 46, 49. The Plaintiff is hereby **ORDERED** to file a letter indicating which documents she wishes to limit access to. Plaintiff can either advise the Court by referencing the ECF number or by the date on which the documents were filed.

**SO ORDERED.**

Dated:    **February 8, 2023**
           **New York, New York**

                                                              */s/ Andrew L. Carter, Jr.*
                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**