| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------- x<br>**HARTE,**<br><br>                       **Plaintiff,**<br><br>       -against-<br><br>**PACE UNIVERSITY ET AL.,**<br><br>                       **Defendants.**<br>------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: March 29, 2023<br><br>**22-cv-3820 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's letter requesting an extension of time to file her second amended complaint. *See* ECF No. 52. In her letter, the Plaintiff does not indicate if the Defendants consent to this request. Per the Individual Practices of this Court, when a party requests an extension of time, that party must attempt to seek consent from the opposing party. If the opposing party does not consent, the party seeking the extension should explain the reasons given by the adversary for refusing to consent.

      Defendants are hereby **ORDERED** to respond to the Plaintiff's letter on or by **March 30, 2023**.

**SO ORDERED.**

Dated:    **March 29, 2023**
             **New York, New York**

                                                                    **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**