UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WENDY HARTE,

                              Plaintiff,

         -against-                            Case No. 1:22-cv-03820-ALC

PACE UNIVERSITY, MR. MARVIN KRISLOV, DR.
SARAH BLACKWOOD, DR. STEPHANIE HSU, MS.
BERNADETTE BAUMANN, and MS. SIA BUNDOR

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and the Memorandum of Law filed by Defendants Pace University, Sarah Blackwood, Stephanie Hsu, Bernadette Baumann and Sia Bundor, and upon all prior pleadings and proceedings had herein, Defendant Marvin Krislov ("Mr. Krislov") shall move this Court before the Honorable Andrew L. Carter, Jr., United States District Judge for the Southern District of New York, 40 Foley Square, Courtroom 1306, New York, New York 10007, at a date and time to be designated by the Court, for an Order dismissing the Complaint of Plaintiff Wendy Harte ("Plaintiff") in its entirety pursuant to Federal Rules Civil Procedure, Rule 12(b)(6), on the grounds that the Complaint fails to state a claim upon which relief can be granted, and for such other relief as this Court deems just and proper.

Dated: New York, New York
       May 26, 2023

                                            BOND, SCHOENECK & KING, PLLC

                                            By:_____/s/_____
                                             Rebecca K. Kimura, Esq.
                                             Mallory A. Campbell, Esq.
                                             *Attorneys for Defendants Pace University,*
                                             *Mr. Marvin Krislov, Dr. Sarah Blackwood,*
                                             *Dr. Stephanie Hsu, Ms. Bernadette*
                                             *Baumann, and Ms. Sia Bundor*
                                             600 Third Avenue, 22nd Floor
                                             New York, New York 10016-1915
                                             Email address: rkimura@bsk.com
                                             Telephone: 646-253-2309

To: Wendy Harte (via ECF)

15978970.2 5/25/2023