USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARTE,

                      **Plaintiff,**

                      -against-

PACE UNIVERSITY, *et al.*,

                      **Defendants.**

**22-CV-03820**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    This Court will hold a telephonic conference on **May 7th, 2024 at 2:00 PM Eastern Time**.

The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   April 29, 2024
           New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**