USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARTE,

                Plaintiff,

-against-

PACE UNIVERSITY, *et al.*,

                Defendant.

22-CV-03820

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on April 16, 2024, the Court orders the following:

- **June 28, 2024:** The Parties are to file a joint status report informing the Court of the pendency of this action.

**SO ORDERED.**

Dated: May 8, 2024
      New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**