USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/12/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>PACE UNIVERSITY, *et al.*,<br><br>　　　　　　　　　Defendants. | 22-CV-03820<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　This Court will hold a telephonic conference on **July 30th, 2024 at 12:00 PM Eastern Time.** The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:　July 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**