**BOND SCHOENECK & KING**

> The Court is in receipt of Defendants' letter. The extension request is **GRANTED** in part. Each party is ordered to submit a proposed case management plan using the *pro se* proposed case management plan form by **November 15, 2024**. Separate filings, when at least one of the parties is *pro se*, are contemplated by this Court's individual practices in civil cases, specifically Rule III(A). The parties are directed to review the rule. SO ORDERED.
>
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
>
> November 12, 2024

November 8, 2024

**VIA ELECTRONIC FILING**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Harte v. Sarah Blackwood, et al
            Case No. 22-cv-03820 (ALC)

Dear Magistrate Judge Willis:

     We represent the remaining Defendants Pace University, Sarah Blackwood, Stephanie Hsu, and Bernadette Baumann (collectively, "Defendants"), in the above-referenced matter. We write in response to Your Honor's October 7, 2024 Order scheduling an Initial Case Management Conference on November 19, 2024 at 2:30 p.m. Pursuant to Your Honor's Individual Practices, the Parties are required to submit a Proposed Case Management Plan for Pro Se Cases one week before the conference or by November 12, 2024, and to seek extensions of time at least two business days before the original deadline.

     Defendants sent a draft of the Proposed Case Management Plan to Plaintiff on October 11, October 28, and November 5. (See **Exhibit A** for email correspondence and **Exhibit B** for draft Proposed Case Management Plan). As of the writing of this letter, Plaintiff has not provided a response to the proposed Case Management Plan, other than to indicate on November 5 that she will respond shortly. Defendants therefore request either an extension of time to file the joint submission up to the time of the Initial Case Management Conference, or that Defendants be permitted to file their portion of the proposed Case Management Plan, with Plaintiff to amend the filing thereafter.

     Thank you for your consideration of this matter.

Very truly yours,

_____/s/_____
Mallory A. Campbell

Hon. Jennifer E. Willis
November 8, 2024
Page 2


CC: Via ECF
    Wendy Harte