UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HARTE,

                        Plaintiff,                            **ORDER**

         -against-                             **22-CV-3820 (ALC) (JW)**

PACE UNIVERSITY, ET AL.,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held an initial case management conference on November 19, 2024. Prior to the conference, the parties submitted separate proposed case management plans. After hearing from the parties, the Court orders the following:

1. All discovery is to be completed by **August 14, 2025**.

2. Depositions are to be completed by **June 13, 2025**.

3. Absent agreement between the parties or an order from the Court, neither party may take more than 10 depositions.

4. Initial requests for documents must be made by **January 3, 2025**.

5. Responses to requests for documents must be made by **February 3, 2025**.

6. Subpoenas requesting documents from third parties must be served by **March 12, 2025**.

SO ORDERED.

DATED:    New York, New York
                November 19, 2024

                                                               _/s/ Jennifer E. Willis_
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge