UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARTE,

                    Plaintiff,

       -against-

PACE UNIVERSITY, *et al.*,

                   Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-3820 (JAV) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court received Defendants' request for a discovery conference. That request is GRANTED. The parties are directed to appear before the Court on April 7, 2025 at 2:30 PM for a discovery conference. It will be held at Courtroom 228 in 40 Foley Square, New York, New York, 10007.

      Each party is directed to provide a letter, no longer than three pages, detailing the discovery issues the parties seek to resolve. The letters are to be emailed to the chambers email, willisnysdchambers@nysd.uscourts.gov, no later than April 2, 2025.

      The Clerk of Court is directed to close Dkt. Nos. 96 and 98.

      SO ORDERED.

DATED:    New York, New York
              March 17, 2025

                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge