UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HARTE,

                      Plaintiff,                         **ORDER**

        -against-                    **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, ET AL.,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 7, 2025 a discovery conference was held. For reasons stated more fully on the record, the Court orders:

1. Plaintiff is to provide signed HIPPA forms to Defendants.

2. Plaintiff is to redo her responses to Defendants' request for production of documents. The disclosures are to articulate what they are in response to, detailing, whether the disclosures are fully responsive or there are more to be provided. If there are any objections, they are to be specific and not boilerplate. The disclosures must be Bates stamped.

3. Plaintiff is to provide all documents relating to her duty to mitigate after leaving Pace. This includes employment dates, W2 and 1099 forms.

4. Plaintiff is to provide social media posts and private or direct messages that discuss matters related to the complaint.

5. Plaintiff is to provide responses to Defendants' interrogatories, including personal written documents referencing the allegations in the complaint, each person she communicated from Pace since her last day of employment, and

whether she filed other lawsuits with allegations similar to those in the complaint against other employers.

6. Defendant is to resend their five-page production letter that accompanied their previous disclosure to Plaintiff.

The Court sets the following schedule:

- The parties may each provide briefing (no longer than five pages, serif font, 12 point) on the redaction of student names by April 21, 2025.

- All productions mentioned above are to be made by May 7, 2025.

- If there are deficiencies in Defendants' upcoming production (in response to Plaintiff's March 17th requests), after meeting and conferring, Plaintiff may articulate those in a letter to the Court (no longer than three pages, serif font, 12 point) by May 7, 2025.

- The parties are to appear before the Court on May 21st, 2025 at 2:30 PM in Courtroom 228, 40 Foley Square, New York, New York 10007.

SO ORDERED.

DATED:   New York, New York
         April 7, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

2