UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                      Plaintiff,                         **ORDER**

           -against-                      **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, ET AL.,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 21, 2025 a discovery conference was held. For reasons stated more fully on the record, the Court orders the following:

1. Plaintiff's request for unredacted student names is **DENIED**.

2. Plaintiff's request for "any communications between the Defendants themselves, between Defendants and the students, and between Defendants and members of the Union of Adjunct Faculty at Pace" is **DENIED**.

3. Plaintiff's request for "all information regarding any past claims formal and informal, attempted reports including to mandatory reports, or lawsuits alleging discriminatory, harassing, defamatory and/or retaliatory practices engaged in by the Defendants towards me, and/or others" is **DENIED.**

4. Before seeking further court intervention, Plaintiff is to meet and confer with Defendants as to her request for complaints made to Bernard Dufresne in December 2021.

5. Defendants' motion to strike Plaintiff's third amended complaint from the docket is **GRANTED**.

6. Defendants' motion to compel is **GRANTED.**

    a. Plaintiff is to reproduce documents with sequential Bates-stamping starting from number one. If there is a grouping that is connected, the number must appear on every page.

    b. Before seeking further court intervention, Defendants are to meet and confer with Plaintiff as to the HIPPA request and her responses to Defendants' interrogatories.

7. Defendants are to order a copy of the proceeding's transcript and provide a copy to the Court and Plaintiff.

**The Clerk of Court is respectfully requested to close Dkt. No. 108 and 110.**

SO ORDERED.

DATED:   New York, New York
         May 21, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge