UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                      Plaintiff,                    **ORDER**

               -against-                      **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, ET AL.,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is receipt of two motions from plaintiff Wendy Harte ("Plaintiff"). Plaintiff first seeks an order waiving "any transcript fees associated with all in-person hearings, and telephonic conferences that have taken place to the present day." Dkt. No. 131. This request goes beyond the privileges granted those proceeding *in forma pauperis*. For that reason, Plaintiff's request is **DENIED**.

       Plaintiff also seeks an order "limit[ing] public access" to "personal information such as [her] address or financial information." Dkt. No. 132. "It is well established that the submissions of a pro se litigant must be construed liberally and interpreted [']to raise the strongest arguments that they suggest.[']" Triestman v. Federal Bureau of Prisons, 470 F.3d 471, 474 (2d Cir. 2006) (collecting cases). The Court construes *pro se* Plaintiff's request as a motion to seal. A motion to seal a document is done on a document-by-document basis through a three-part inquiry. See Olson v. Major League Baseball, 29 F.4th 59, 87-88 (2d Cir. 2022). Plaintiff's request is bare, without a reference to specific documents and facts to support sealing those documents under

1

the three-part inquiry. For that reason, Plaintiff's request is **DENIED** without prejudice.

**The Clerk of Court is respectfully requested to close Dkt. No. 131 and 132.**

SO ORDERED.

DATED:   New York, New York
July 2, 2025

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge