UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                      Plaintiff,                        **ORDER**

          -against-                     **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, ET AL.,

                      Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is receipt of numerous letter motions regarding discovery disputes. The list includes docket numbers 126, 128, 137, 138, 140, 141, 142, 143, 144, and 145. The Court directs the parties to coalesce and condense all of the currently competing issues into two lists – one containing Plaintiff's demands and one containing Defendants'.

      First, Plaintiff is to file a letter with the Court, no more than 3 pages long, with an enumerated list of her outstanding issues. The list is to start at number one and proceed sequentially. There are to be no subsets. Each enumeration is to describe a single outstanding discovery dispute – what she is seeking, the basis for her contention that she has not received it, and whether the parties have met and conferred to resolve the dispute prior to seeking judicial intervention. This letter is only to address items Plaintiff is seeking – not her responses to Defendant's requests. Plaintiff is to file the letter no later than 5:00 PM on **August 8, 2025**. Defendants are to respond to each enumerated point in a letter, with the same formatting

1

requirements, and file that responsive letter no later than 5:00 PM on **August 22, 2025**.

Second, Defendants are to file a letter with the Court, no more than 3 pages long, with an enumerated list of their outstanding issues. The list is to start at number one and proceed sequentially. There are to be no subsets. Each enumeration is to describe a single outstanding discovery dispute – what Defendants are seeking, the basis for their contention that they have not received it, and whether the parties have met and conferred to resolve the dispute prior to seeking judicial intervention. This letter is to only address items Defendants are seeking – not their responses to Plaintiff's requests. Defendants are to file the letter no later than 5:00 PM on **August 8, 2025**. Plaintiff is to respond to each enumerated point in a letter, with the same formatting requirements, and file that responsive letter no later than 5:00 PM on **August 22, 2025**.

If either party fails to follow this procedure, their requests will be denied for failure to comply with the Court's order. A discovery conference will be held in Courtroom 228 of 40 Foley Square, New York, New York 10007 on **September 3, 2025 at 2:30 PM**.

SO ORDERED.

DATED:   New York, New York
         July 23, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge