UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                Plaintiff,                             **ORDER**

         -against-                        **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, ET AL.,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

There are at least *ten* preexisting letter motions raising discovery issues to the Court. The list includes docket numbers 126, 128, 137, 138, 140, 141, 142, 143, 144, and 145. Because the Court had been overwhelmed with the numerous letter motions, on July 23. 2025, the Court ordered the parties to "coalesce and condense all of the currently competing issues into two lists – one containing Plaintiff's demands and one containing Defendants'." Dkt. No. 152. On the following day, Plaintiff filed two new letters, docket numbers 153 and 154, discussing discovery issues.

The Court's July 23, 2025 order provided very detailed directions as to what was to be in the letters and how they were to be formatted. Dkt. No. 152. However, with these two new letters, it is apparent that even more specificity is required.

Given the flood of issues, the Court will only address one tranche at a time. The parties have until August 8th to comply with the requirements of the July 23rd order. The parties are *not to file* any letters raising additional discovery issues until the Court has ruled on the currently pending motions. As a result, Plaintiff's request in docket numbers 153 and 154 are DENIED without prejudice. To the extent that

1

these letters raise any discovery issues that were raised in docket numbers 126, 128, 137, 138, 140, 141, 142, 143, 144 and 145, they must be included in the letter responsive to the Court's July 23, 2025 order. To the extent Plaintiff's requests in docket numbers 153 and 154 raise new issues, the Court will outline steps to raise and resolve those new issues only after resolving the current pending issues.

    SO ORDERED.

DATED:   New York, New York
              July 28, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge