UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                              Plaintiff,                     **ORDER**

               -against-                 **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, ET AL.,
                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 23, 2025, the Court ordered the parties to distill all their outstanding issues into three page letters after receiving at least ten discovery letter motions. Dkt. No. 152. Plaintiff's letter, Dkt. No. 157[1],, contained 27 separate requests of the Court. Defendants' letter Dkt. No. 158, contained 3 separate requests. To resolve the disputes documented in these letters, a discovery conference was held on September 3, 2025. For reasons more fully stated on the record, the Court orders the following:

1. Plaintiffs' requests, numbers 1-16 and 17-27, are **DENIED**.

2. Plaintiff's request regarding medical records from NYU are **GRANTED in part**. Defendants are to issue a second subpoena with Plaintiff's previously executed release form.

3. Defendants' request to compel Plaintiff to respond to interrogatories #4, 6, and 7 is **GRANTED**. Plaintiff is to provide responses no later than October 3, 2025.

---

[1] The Court notes that Plaintiff's letter violated S.D.N.Y local rule 7.1 (b) (1) and (2). Plaintiff's letter was in 11-point font and all page margins were .68. Plaintiff was cautioned that future failures to comply with local rules would result in the relevant request being summarily denied.

1

4. Defendants' request to compel Plaintiff to respond to their request for documents:

    a. #12-13, 15, 16, 18, 22, 26, and 50 is **GRANTED**. Plaintiff is to provide responses no later than October 3, 2025.

    b. #20, 52-54 is **DENIED**.

5. The parties are to communicate with each other only on weekdays, excluding federal holidays, between the hours of 9 AM and 5 PM.

6. The parties are to appear for another discovery conference in Courtroom 228 of 40 Foley Square, New York, NY 10007 on **October 15, 2025 at 11:00 AM**. If there are any remaining disputes, each party is to file an enumerated letter detailing the disputes, no longer than three pages, by October 8, 2025. The parties may respond to each other's letter, no longer than three pages, by October 10, 2025. Any responsive letter is to respond using the same enumeration utilized in their opponent's letter.

7. As noted during the conference, discovery closed on August 15, 2025. The issues raised in the parties' prior letters and discussed during the September 3rd conference are the sole areas of discovery that are not concluded.

8. Defendants are to order a copy of the transcript of the September 3, 2025 conference and must provide a copy of it to Plaintiff and the Court.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 126, 129, and 148.**

SO ORDERED.

DATED:   New York, New York
         September 5, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge