**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WENDY A. HARTE,

                          Plaintiff,

             -against-

PACE UNIVERSITY, ET AL.,

                        Defendants.
-----------------------------------------------------------------X

<u>**ORDER**</u>

**22-CV-3820 (JAV) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court scheduled a discovery conference for October 15, 2025 at 11:00 AM.

Dkt. No. 165 at 2. Due to a scheduling conflict, the discovery conference will now be

held one hour earlier. The parties are to appear at Courtroom 228 of 40 Foley Square,

New York, NY 10007 on **October 15, 2025 at 10:00 AM**.

      SO ORDERED.

DATED:    New York, New York
           September 11, 2025

                                     _Jennifer E. Willis_
                                     JENNIFER E. WILLIS
                                     United States Magistrate Judge