UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                     Plaintiff,                            **ORDER**

        -against-                           **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, et al.,

                     Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A discovery conference was held on October 15, 2025 to address outstanding discovery disputes. For reasons more fully stated on the record, the Court orders the following:

1. Defendant's motion to reopen discovery is **GRANTED.** The Court finds good cause to reopen discovery for the limited purpose of deposing Ms. Harte and the mental health provider. During the conference Defendant stated Ms. Harte did not oppose the motion. Ms. Harte indicated she filed an opposition brief on October 10th, but it was not on the docket yet due to the *pro se* filing process. After the conference the Court reviewed Ms. Harte's opposition brief, and it does not change the Court's ruling.

2. Plaintiff's motion to reopen discovery is **GRANTED in part, DENIED in part.** The Court interprets Plaintiff's request to serve additional subpoenas as a motion to reopen discovery. Plaintiff's request to send one subpoena to CUNY is **GRANTED.** Plaintiff's request to serve all other subpoenas is **DENIED.**

3. Discovery is closed except for the deposition of Plaintiff and her mental health provider and Plaintiff's subpoena to CUNY.

4. There are no outstanding issues related to Defendant's subpoena to NYU regarding medical records.

5. Defendants' deposition of Ms. Harte is scheduled for **November 12, 2025 at 9:00 AM.**

6. Defendants are to submit a letter by **November 14, 2025 at 5:00 PM** confirming that the deposition of Ms. Harte has occurred and the deposition of the mental health provider is scheduled.  Defendants are to inform the Court in the letter as to whether they believe the November 19th conference is still needed or should be adjourned *sin die.*

7. Plaintiff is to file a letter by **November 14, 2025 at 5:00 PM** detailing her efforts made to serve the subpoena on CUNY.  Plaintiff is to inform the Court in the letter as to whether she believes the November 19th conference is still needed or should be adjourned *sin die.*

8. The parties are to appear for another discovery conference in Courtroom 228 of 40 Foley Square, New York, NY 10007 on **November 19, 2025 at 11:00 AM**.

9. Defendants are to order a copy of the transcript of the October 15, 2025 conference and must provide a copy of it to Plaintiff and the Court.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 170 and 175.**

SO ORDERED.

DATED:   New York, New York
         October 20, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge