UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WENDY A. HARTE,

                        Plaintiff,                        **ORDER**

       -against-                           **22-CV-3820 (JAV) (JW)**

PACE UNIVERSITY, et al.,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A discovery conference was held on November 19, 2025 to address outstanding discovery disputes. For reasons more fully stated on the record, the Court orders the following:

1. The Court's ruling on Defendant's motion to take a second deposition of Ms. Harte is held in abeyance. Defendant is to file a letter by **November 26, 2025 at 5:00 PM** that includes a basis for the request with quotations from the transcript of the deposition with citations. Defendant must attach the transcript from the deposition as an exhibit to the letter.

2. Plaintiff's deadline to obtain subpoena responses from her subpoena to CUNY is **December 17, 2025**. Plaintiff is to share the subpoena responses with Defendants by **December 18, 2025**.

3. Plaintiff is to file a letter with the Court by **December 19, 2025 at 5:00 PM** updating the Court on the status of the CUNY subpoena and confirming whether the process is complete and that the subpoena returns have been shared with Defendant.

1

4. If the Court grants Defendant's motion to do a second deposition of Ms. Harte it will take place at Defendant's White Plains office on **December 17, 2025 at 10:00 AM**. If the Court grants the second deposition, Defendant is to file a letter with the Court by **December 19, 2025 at 5:00 PM** confirming the deposition happened and is complete.

5. Defendants are to order a copy of the transcript of the November 19, 2025 conference and must provide a copy of it to Plaintiff and the Court.

SO ORDERED.

DATED:   New York, New York
         November 19, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge