
# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2339
F: (646) 253-2301

December 2, 2025

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The request to seal  Dkt. No. 192 and refile the letter motion with Exhibit A redacted is **GRANTED.** SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> December 3, 2025

Re:    Harte v. Sarah Blackwood, et al
       Case No. 22-cv-03820 (ALC)

Dear Magistrate Judge Willis:

We represent the remaining Defendants Pace University, Sarah Blackwood, Stephanie Hsu, and Bernadette Baumann (collectively, "Defendants"), in the above-referenced matter. Pursuant to Rules II(E) of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully submit this letter to request leave to re-file Defendants' Letter Motion  for Additional Time to Conduct Plaintiff's Deposition. (ECF Doc. No. 192).

Defendants inadvertently left Plaintiff's home address unredacted in their filing at Exhibit A (ECF Doc. No. 192-1). Accordingly, Defendants respectfully request that (1) ECF Doc. No. 192 be sealed from public access and (2) Defendants be granted leave to re-file their letter motion with Exhibit A in the redacted form. A proposed redacted version of ECF Doc. No. 192 with its accompanying Exhibit A, is attached hereto as **Exhibit A**.

Thank you for your consideration.

Very truly yours,

_____/s/_____
Mallory A. Campbell

CC: Via ECF
       Wendy Harte

22674623.v1-12/2/25