UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WENDY HARTE,

                              Plaintiff,                                                **ORDER**
                                                                               **22-CV-3820 (JAV) (JW)**
                    -against-

PACE UNIVERSITY et al.,

                              Defendant.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

This matter has been scheduled for a settlement conference on **April 22, 2026 at 10:30 AM** in Courtroom 228 in the Thurgood Marshall Courthouse located at 40 Foley Square.

The parties *must* submit an *ex parte* letter with confidential information for the Court. The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov. The letter should be marked "Confidential Material for Use Only at Settlement Conference," and should **not** be sent to the other parties. **The letter must be sent to the Court at least seven days before the settlement conference by 5:00 PM.** The reason the letter is to be submitted *ex parte* is to ensure that counsel are candid with the Court as to the strengths and weaknesses of their case, and to provide a realistic assessment of the litigation risks each Party faces were the case to be resolved on the merits.

The letter must not exceed three pages. The letter should include, at a minimum, the following: (a) the history of settlement negotiations, if any, including any prior offers or demands; (b) your evaluation of the settlement value of the case and the rationale for it; (c) any case law authority in support of your settlement position; and (d) any other facts that would be helpful to the Court in preparation for the conference.

SO ORDERED.

DATED:    New York, New York
          February 24, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2