March 19, 2026

The Honorable Judge Willis
Thurgood Marshall Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Request To Limit Public Access To Documents
Wendy A. Harte v. Pace University, Bernadette Baumann, Sarah Blackwood, and Stephanie Hsu
1:22-cv-03820

Dear Judge Willis,

I am respectfully asking permission herein to limit public access of several court filings, ECF 57, ECF 66, ECF 94, ECF 104 and ECF 109. These documents contain student names.

Thank you.

Respectfully,

Wendy Alicia Harte