again. Upon receipt of his email asking if I would like to return, I asked for a higher rate. At that time, I was also speaking with both Jason Tannenbaum ("*Tannenbaum*"), supervisor for other ELI programs about teaching his courses in that department and Sid Ray ("*Ray*") from the English Department about teaching there for the first time where I also advocated for a higher rate than what she offered.

After a phone discussion on Friday, July 24, 2015, Ray emailed me to state,

"*Dear Wendy,*

*Welcome! It was great speaking with you just now. As promised, I am following up on our telephone interview to introduce you to the process of working & teaching at Pace, NYC.*

*Carol Dollison, cc'ed here, is our department administrative assistant and will be taking care of your paperwork. Carol: note that Wendy is working at Pace White Plains this summer and should already be in our HR system. She will be teaching one of our open CAP sections, CRN to be determined.*

*I have also cc'ed Gerald Greland (Jere), Director of CAP, who will acquaint you with the program and the teaching options. Jere: Wendy has kindly signed on for a morning LC section of CAP. I believe the thematic options are "Matters of Life and Death" (with Philosophy) and "Future Visions: Computers . . . " (with CIS). I have told Wendy that she can choose which of these to teach.*

*Classes begin on September 2. I look forward to meeting you in person. In the meantime, do not hesitate to contact me if you have any further questions.*

*With all best wishes,*

*Sid*" (Exhibit "B")

# Welcome to Teaching CAP at Pace

---

(i) Flag for follow up.

---

 **Sid Ray**   ···

To: hartewendy@hotmail.com  + 2

Fri 7/24/2015 11:02 AM   **View more**

Dear Wendy,

Welcome!  It was great speaking with you just now.  As promised, I am following up on our telephone interview to introduce you to the process of working & teaching at Pace, NYC.

Carol Dollison, cc'ed here, is our department administrative assistant and will be taking care of your paperwork. **Carol:  note that Wendy is working at Pace White Plains this summer and should already be in our HR system.  She will be teaching one of our open CAP sections, CRN to be determined.**

I have also cc'ed Gerald Greland (Jere), Director of CAP, who will acquaint you with the program and the teaching options.  **Jere:  Wendy has kindly signed on for a morning LC section of CAP.  I believe the thematic options are "Matters**

kindly signed on for a morning LC section of CAP. I believe the thematic options are "Matters of Life and Death" (with Philosophy) and "Future Visions: Computers . . . " (with CIS). I have told Wendy that she can choose which of these to teach.

Classes begin on September 2. I look forward to meeting you in person. In the meantime, do not hesitate to contact me if you have any further questions.

With all best wishes,

Sid

# Re: Welcome to Teaching CAP at Pace

 **W. Harte**   •••

To: Sid Ray

Fri 7/24/2015 1:32 PM

Dear Sid,

It was truly wonderful meeting you (by phone) and discussing the CAP program today. Thank you for welcoming me into your department.  I am excited about this upcoming semester at Pace.

However, I have been put to an impossible choice between the two courses you referenced in your message. I have taken a moment to review their descriptions and they are both profound, important, relevant and cutting edge.  If it is possible, perhaps I could speak with Gerald about them to help with the decision.  Something tells me that I am just going to have to make a tough choice between two great options, no matter what.

I would also like to share with you that I would be available to teach an additional course.  I have not confirmed the ELI schedule for fall but it would be a pleasure to support students in another writing course in the English department, if that option is available.

Thank you again.

Best regards,

Wendy Harte

# RE: Welcome to Teaching CAP at Pace

 **Sid Ray**                                        • • •

To: W. Harte

Fri 7/24/2015 5:20 PM

Hi Wendy,

Excellent!  If you want to teach more, we can probably make that work.  Jere will help you with the decision about the LC.

Again, welcome!

Sid

# Adjunct Teacher Question



## W. Harte

To: sid_ray@msn.com

Wed 7/29/2015 2:18 PM

Dear Sid,

I realize that I neglected to bring up the subject of the rate I would be receiving as an adjunct in your program.  May I ask now what the rate would be for this fall course?

Thank you.

Best regards,

Wendy Harte

*w*

# RE: Adjunct Teacher Question



**Sid Ray**

To: W. Harte

Wed 7/29/2015 2:28 PM

Hi Wendy,

We would negotiate for about $1000/credit--

Best,

Sid

# RE: Adjunct Teacher Question

 **W. Harte** ...

To: Sid Ray

Wed 7/29/2015 3:49 PM

Hi Sid,

I know I disclosed this already but it's worth repeating that I am excited about working in the CAP program and reaching the goals your program has set for its students and teachers. My plan is to bring all of my experience to bear in the teaching of this course.

Thank you for your offer of $1000/credit. I appreciate it. Based on my experience, drive and performance in Pace's ELI program and elsewhere, I was expecting, however, to be in the $1,136 range. Would it be possible to look at a salary of $1,136/credit for this course?

Thank you.

Best regards,

*Wendy*



## Sid Ray

To: W. Harte

Wed 7/29/2015 4:58 PM

•••

Hi Wendy,

If you're already on the books at a certain pay level, the admin will no doubt give you that.  Given your law degree and so forth, I'm sure the range you mention below is do-able or already implemented.  It's just not my call.  We take your materials upstairs and negotiate hard for the very highest amount we can get for you.  The admin. then assigns you a level.  My stock answer for all is $1,000/credit plus or minus depending on advanced degrees and years of experience.

Best,

Sid

# Re: Adjunct Teacher Question

 **W. Harte**    • • •

To: Sid Ray

Wed 7/29/2015 6:18 PM

Hi Sid,

I understand and appreciate your reply. Thank you for your response.  Perhaps I can check back in with you in a couple of weeks, if that is proper protocol.

Thank you.

Best regards,

Wendy

# Checking in



## W. Harte

To: sid_ray@msn.com

Tue 8/18/2015 4:17 PM

Hi Sid,

I wanted to connect with you again, check in and say hello.  I just finished teaching two successful and rewarding courses in the ELI summer program at Pace Law School.  I can't believe it's over already and the Fall semester is almost upon us.  As the semester is approaching, I wanted to follow up on our discussion about my adjunct rate.  I was wondering if there has been a decision in that regard?

Thank you.  I hope you are enjoying the summer and the continued heat it's giving us.

Best regards,

*Wendy Harte*

# RE: Checking in

 **Sid Ray**

To: W. Harte

Tue 8/18/2015 5:27 PM

• • •

Hi Wendy,

What is your rate with ELI?  We'll try to get you a little more. But it's a Dean's decision and it'll come probably next week.

Best,

Sid

# RE: More teaching?

 **Sid Ray**    •••

To: W. Harte

Wed 8/19/2015 10:52 AM

Hi Wendy,

Also, would you like more teaching?  We have some availability on Tuesdays and Thursdays.

Best,

Sid

# RE: More teaching?

 **W. Harte**    •••

To: Sid Ray

Wed 8/19/2015 11:30 AM

Hi Sid,

I'm sorry for the late reply on the rate.  It will follow this email.  I am interested in teaching.  Thank you for thinking of me.  Could you give me a sense of the course in terms of subject matter and time on Tuesday and Thursday?

*Wendy Harte*

# RE: More teaching?

 **Sid Ray**

To: W. Harte

Wed 8/19/2015 11:48 AM

Hi Wendy:

Our top priority right now is to find an instructor for a Learning Community with the business school; our side offers ENG 201, the final comp course in our sequence.  Basically, it's Writing in Business at an advanced level.  That course meets on T/Th 9-10:25.

We have another ENG 201 that's specific to Writing in the Arts.  That's also in the same time slot.

Both courses are 3.0 credits.

Let me know.

Best,

Sid

To: sid_ray@msn.com
Subject: RE: Checking in
Date: Wed, 19 Aug 2015 11:37:00 -0400

Hi Sid,

Thank you for your reply.  I appreciate it.

The adjunct rate as of the end of the summer program was $62 per hour.  The rate that I am asking for now is $71 per hour.  For your meeting with the Dean next week, I wanted to share some information that may be relevant to your decision.

The first is that the new rate is commensurate with my education and experience.  But, maybe more importantly to you and the Dean is that it is based on the results I consistently produce in the classroom.  The excellent performance reviews I received from Pace for the winter and summer class sessions I taught are a product of this work.

Brian Hickey, the ELI director, added a note to me about my work this summer that I included here, with his permission, for your reference as follows: "I wanted to congratulate you on your outstanding evaluations from your English for Lawyers students. They loved your classes and several of your students say that you empowered them by giving them more confidence in expressing themselves. Great job!  I will show you the evaluations the next time I see you."  I plan to bring the same enthusiasm and work ethic to my CAP courses.
Thank you, Sid.  I am looking forward to hearing your decision and meeting you in the near future.

Best regards,

# RE: Checking in



 **Sid Ray**   •••

To: W. Harte

Wed 8/19/2015 11:50 AM

Wendy,

We try to offer about $3000 per credit--it's a bit of a different system.  I think that gets you around the $71 per hour, if you teach 40 or so hours during the semester.  That doesn't factor in grading, but that's the level we pay everybody.

Best,

Sid

# RE: More teaching?

 **W. Harte**    ...

To: Sid Ray

Wed 8/19/2015 5:11 PM

Hi Sid,

I would gladly take a course, with the Writing in the Arts class as my first choice.  However, I accepted an offer to teach two courses on Tuesday and Thursday mornings in the Westchester ELI program a week ago.  In a meeting with the coordinator today about those classes, I inquired as to whether the times were flexible.  Unfortunately, they were not.  I know that it is highly unlikely but, if it is possible that the English writing course can meet later in the day on Tues/Thurs, I would be happy to be the instructor.

Thank you for both of your responses earlier.

Best regards,

*Wendy Harte*

# RE: More teaching?

 **Sid Ray**                                    •••

To: W. Harte

Wed 8/19/2015 5:33 PM

Unfortunately, there's no moving classes at all ever. But thanks for entertaining the possibility.

Sid

# RE: More teaching?

 **W. Harte**    •••

To: Sid Ray

Thu 8/20/2015 12:35 PM

Hi Sid,

If either of the 2 courses is still available, I wanted to ask a question or two more, if I could. I just called your office but was not able to leave a message. Is there a number where I can reach you?

Thank you.

Best regards,

*Wendy*

# RE: More teaching?

 **Sid Ray**    •••

To: W. Harte

Thu 8/20/2015 2:03 PM

You can call me at 347-          I'm available tomorrow morning.

Best,

Sid

# RE: More teaching?

 **Sid Ray**    •••

To: W. Harte

Thu 8/20/2015 2:55 PM

Wendy,

We really really need someone to teach the Learning Community (separate courses but paired by theme and common students) with Marketing.  It meets T/Th 9-10:25.

The other ones are going fast.  Let me know.  We can talk tomorrow (I'm on the road today).

Best,

Sid

# Re: More teaching?

 **W. Harte**

To: Sid Ray

Fri 8/21/2015 12:06 AM

Hi Sid,

I was going to call you tomorrow because I was trying to find a solution.  I thought I had one but it looks like the last thing I could think of is not going to work, as much as I wanted it to.  I'm sorry.  I wish I could have helped on this.

Thank you.

Best regards,

Wendy

# RE: More teaching?

 **Sid Ray**

To: W. Harte

Fri 8/21/2015 9:00 AM

No problem! See you soon.

Sid

# Banner/Payroll Issue



**W. Harte**    ...

To: sid_ray@msn.com

Thu 9/10/2015 2:15 PM

Hi Sid,

I hope this email finds you well and not too hectic at the beginning of this new semester.  I stopped by your office to say hello and missed you but now there is a pressing issue involving payroll that has come up that I wanted to ask you about in the hope of resolving it as quickly as I can.  There seems to be an issue uploading my information into Banner for purposes of processing checks for me.
I contacted Human Resources and they were unable to pinpoint the problem on their end.  I am not sure where to go now for help.  Also, Carol Ann asked about my rate for this semester but this is information that I do not have either.  Can you please advise me on these two matters?

Thank you.

Best regards,

*Wendy*

# RE: Banner/Payroll Issue



## Sid Ray

To: W. Harte;  Carol Dollison  + 1

Thu 9/10/2015 2:54 PM        **View more**

Hi Wendy,

Thanks for reaching out to me.  I'm stumped, though.  This has never happened before; I would follow up with Carol who will probably have the solution.  Your rate is as discussed, approx. $1000 per credit.  I've cc'ed Carol here and our Dept Chair.  Unless all your paperwork isn't finalized?  Keep me posted.

Best,

Sid

# RE: Banner/Payroll Issue



## W. Harte

To: Sid Ray

Thu 9/10/2015 3:18 PM

Hi Sid,

Okay.  Thank you, Sid.  Paperwork is not finalized.  If that is the issue, the file will be complete shortly. Once it is, and if the problem persists, I will reach back out to you again for your thoughts and guidance.

Also, when are you normally in your office?  I would like to stop in and say hello in person...finally!

Best regards,

*Wendy*

**Payroll**

 **W. Harte**    •••

To: Sid Ray;  Carol Dollison  + 1

Tue 9/29/2015 2:10 PM    **View more**

Hi Sid,

I wanted to touch base with you regarding payroll.

As of today, it looks like I have not received a paycheck for hours taught in the English department.  However, I am not sure how the process works since I have never worked in two departments at the same time before.  That is, I received a check today for the hours I taught for the first 2 weeks of September in the ELI department.  I do not know if checks are separate for departments and if I may possibly receive one tomorrow for the English department.

Also, all required department paperwork was sent in before the payroll deadline, as I understand it.

Could you please advise on next steps?

Thank you.

Best regards,

Wendy Harte

# RE: Payroll

 **Dollison, Ms. Carol Ann**    ...

To: W. Harte;  Grace Ray  + 1

Tue 9/29/2015 2:24 PM    **View more**

Hi Wendy,

I spoke to Suzanne Roberts [Adjunct administrator] and she said your first check will be on October 15th retroactive of course.