In the middle of the aforementioned discussion with Ray and the English department, I had conversations with Tannenbaum about the classes in his program. This is where he committed the fraud. That is, on Friday, August 14, 2105 at 13:39, when he and I discussed pay rates, Tannenbaum wrote,

"…*On August 31st we will be launching English Language Institute White Plains 2.0 at the law school. I understand that you will be teaching downtown in the English Dept. on M/W/F.*

*ELI Westchester is looking for a T/Th Oral Skills (9-10:50am) and Conversation and Listening (11-1pm) for Fall I = 8hrs/week for seven weeks in total.  <u>The starting rate is $40/hr. for ELI courses.</u> We'd be happy to have you join us if you are interested.*"
**(Exhibit "B")**

# Opportunity at English Language Institute in White Plains

**Tannenbaum**, Jason

To: W. Harte

Fri 8/14/2015 9:39 AM

Hi Wendy,

I understand you that you have just successfully completed the English for Lawyers program. Great job! We hope to add a section of that program at a different time of year in the future.

On August 31st we will be launching English Language Institute White Plains 2.0 at the law school. I understand that you will be teaching downtown in the English Dept. on M/W/F. ELI Westchester is looking for a T/Th Oral Skills (9-10:50am) and Conversation and Listening (11-1pm) for Fall I = *8hrs/week for seven weeks in total*. The starting rate is $40/hr. for ELI courses. We'd be happy to have you join us if you are interested.

Best,
Jason Tannenbaum
*Associate Director*
*Pace University*
*English Language Institute*

From: jtannenbawm@pace.edu
To: hartewendy@hotmail.com
Subject: Saturday Biz Class
Date: Thu, 8 Oct 2015 18:59:18 +0000

Hi Wendy,

For your reference I've pasted the Professional and Business Communication curriculum below. Two ideas struck me this afternoon.

perhaps we can replace either the mock "business meeting" or the "negotiation" segments with an activity that I saw carried out by one of our previous instructors. It was a take-off of the TV show "Shark Tank."  In pairs or threes students come up with a product or service (the crazier, the more fun) that they will present to the other groups. In the class I saw, they drew picture of or brought some other sort of prop to represent the product or service to class. The other pairs were given a fictitious one million dollars to invest in their classmates' businesses. The presenters would introduce their product and ask for a certain amount of money to take control of a certain percentage of the presenters' business.  Often two groups would start a bidding war for a share of the presenters' company.  The students had a blast and learned quite a bit about how businesses

company.  The students had a blast and learned quite a bit about how businesses run. I can explain more about this idea on Monday.

The second thing I was thinking is that you'll want to make sure that you ask the students set up their linkedin, facebook, twitter. or instagram one or (better yet) two weeks before you teach that lesson. That way you can help them work out any problems and won't get bogged down in technical problems on the day of the class. I was also thinking that you should probably teach that class in the library computer center so everyone can follow along and create a new profile or boost their current one.

## Professional and Business Communication in American Culture

*Write and American-style resume and cover letter*
Display credentials including your experience, education, awards and value.

*Interviewing*
The do's and don'ts of interviewing techniques, body language and answering complex questions

*Professional and Business email*
Learn how to write an effective email using the subject and body (set up the meeting)

*Meetings*
Meeting culture (coffee), how to agree and disagree

*Negotiations*
Closing the deal

*Networking with social media*
Creating your own social media sites on linkedin facebook, and  instagram
How to boost your profile on social network.

*Presentations*
Organizing and conducting a power point

Best,
Jason Tannenbaum
*Associate Director*
*Pace University*
*English Language Institute*
*Westchester Programs*
*914-773-3821*