properly or Tannenbaum and Hickey "*forgot*" to pay me or pay me fully. At the time, I noted these occurrences and voiced concerns but I was also focused on the building of my brand from scratch in a tough environment to survive, New York's Diamond District.

In September 2015, I asked Hickey for a reference letter because the English department required it. On September 10, 2015, Hickey wrote, "

*Dear Wendy,*

*Absolutely. I would be happy to write a letter of reference for you. I am going out of town tomorrow morning, but I will work on it when I get back next week.*

*I hope your Oral Skills and Conversation/Listening classes in White Plains are going well.*

*Best regards,*

*Brian*
*Brian Hickey*
*Director*
*English Language Institute*
*Pace University*
*163 William Street, 21st Floor*
*New York, NY  10038*"

_____

The reference letter Hickey wrote is attached herewith as Exhibit "C".

Hickey also requested that I teach additional courses and I accepted those courses in his programs within the ELI department during the semester as opposed to teaching only courses in his summer program.

# Assessments of English for Lawyers Students



**HL**

**Hickey, Mr. Brian L.**   ⋯

To: W. Harte

Mon 8/17/2015 5:24 PM

Dear Wendy,

Jason told me that you have accepted his offer to teach on Tuesday and Thursday in the Intensive English Program in White Plains this fall.  That's great.  I know he is excited to have you.

Also, I wanted to congratulate you on your outstanding evaluations from your English for Lawyers students.  They loved your classes and several of your students say that you empowered them by giving them more confidence in expressing themselves.  Great job!  I will show you the evaluations the next time I see you.

Could you let me know when you will be sending me the assessments of your students on that form I sent you last Thursday?  I need to incorporate your assessment in my report to the Law School Admissions committee and I need to submit that report soon.

Thanks a lot.

Also, I wanted to congratulate you on your outstanding evaluations from your English for Lawyers students.  They loved your classes and several of your students say that you empowered them by giving them more confidence in expressing themselves.  Great job!  I will show you the evaluations the next time I see you.

Could you let me know when you will be sending me the assessments of your students on that form I sent you last Thursday?  I need to incorporate your assessment in my report to the Law School Admissions committee and I need to submit that report soon.

Thanks a lot.

Brian

Brian Hickey
Director
English Language Institute
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:      212-346-1301
E-mail:  bhickey@pace.edu
Skype:  bhickey48
Web:     www.pace.edu/eli
            www.pace.edu/efp

**From:** W. Harte [hartewendy@hotmail.com]
**Sent:** Thursday, September 10, 2015 3:03 PM
**To:** Hickey, Mr. Brian L.
**Subject:** Letter of Reference

Dear Brian,

How are you?  I hope this email finds you well and refreshed from your vacation.

I was wondering if I could ask you for a favor.  I just found out from the English department in NYC that they require 2 letters of reference for the department file.  Would you mind writing one of those references?  It is a formality since I am already teaching the class but one that is important for payroll, for example.

If it is not too much trouble, I would really appreciate it.

Thank you.

Best regards,

Wendy Harte

*w*

**RE: Letter of Reference**

**HL**

**Hickey, Mr. Brian L.**

...

To: W. Harte

Thu 9/10/2015 3:05 PM

Dear Wendy,

Absolutely. I would be happy to write a letter of reference for you. I am going out of town tomorrow morning, but I will work on it when I get back next week.

I hope your Oral Skills and Conversation/Listening classes in White Plains are going well.

Best regards,

Brian

Brian Hickey
Director
English Language Institute
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:     212-346-1301

**From:** W. Harte [hartewendy@hotmail.com]
**Sent:** Tuesday, September 15, 2015 2:33 PM
**To:** Hickey, Mr. Brian L.
**Subject:** Reference

Hi Brian,

I wanted to check in with you regarding the reference. I don't mean to rush the process but this reference will allow me to get paid from the English department. They need it before the end of this week to meet the first payroll of the semester. The reference can be two sentences if you like.

Do you think sending it to me by email by then would be possible?

Thank you. I hope you had a wonderful trip.

Best regards,

*Wendy Harte*

**RE: Reference**

HL **Hickey, Mr. Brian L.**  ⋯
To: W. Harte
Wed 9/16/2015 4:06 PM

Dear Wendy,

I am sorry that I have not gotten around to sending you this reference letter. I have been quite busy since I returned from my vacation. I'll send this to you by tomorrow (Thursday).

Best regards,

Brian

Brian Hickey
Director
English Language Institute
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:      212-346-1301
E-mail:  bhickey@pace.edu
Skype:  bhickey48
Web:      www.pace.edu/eli
            www.pace.edu/efp

**Reference Letter**

**Hickey, Mr. Brian L.**    •••

To: HarteWendy@hotmail.com

Thu 9/17/2015 4:50 PM

📄 **2538_001**
PDF - 67 KB

Dear Wendy,

Attached is the reference letter you asked me to prepare for the English Department.  I hope this will be helpful to you now and in the future.  I am sorry it took me so long to send it to you.

Best regards,

Brian

Brian Hickey
Director
English Language Institute
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:     212-346-1301
E-mail:  bhickey@pace.edu
Skype:  bhickey48
Web:     www.pace.edu/eli
             www.pace.edu/efp



*163 William Street, 21st Floor, New York, NY 10038*
*English Language Institute – New York City campus*
*Phone: 212-346-1298 Fax: 212-346-1301*
*E-Mail: bhickey@pace.edu  Website: www.pace.edu/eli*

September 17, 2015

English Department
Pace University
41 Park Row
New York, NY  10038

To Whom It May Concern,

It is a pleasure for me to serve as a reference for Wendy Harte and to recommend her for any worthy teaching position in the English Department at Pace University.

Ms. Harte has been teaching classes in the English Language Institute at Pace University since summer 2013 when I hired her to teach international students enrolled in the English for Lawyers Program to prepare these students for academic success in their LL.M. Program at Pace Law School.  This past spring and summer Ms. Harte continued teaching legal English courses at the English Language Institute in White Plains.

In all of the legal English classes which Ms. Harte has taught, she has received outstanding evaluations from her students.  The comments that I hear again and again from her students is that she creates a good learning atmosphere, makes her classes interesting, and helps them greatly improve their legal English skills and knowledge of many different aspects of the law.  Through class debates and discussions on legal topics, Ms. Harte also gives her students many opportunities to contribute their own ideas and opinions which gives them confidence in their ability to meet the challenges of a graduate law program.

In summary, I do not hesitate to give Wendy Harte a strong recommendation as an enthusiastic, intelligent, and personable instructor who is strongly committed to each and every one of her students' success.  She will be an asset to the English Department at Pace University.

Please feel free to contact me if you have any questions or need additional information concerning your new instructor, Wendy Harte.

Sincerely,

Brian Hickey

Brian Hickey
Director
English Language Institute

# Meet for Lunch at the Faculty Dining Room at the New York City Campus

**Hickey, Mr. Brian L.**

To: HarteWendy@hotmail.com

Wed 10/7/2015 3:48 PM

Dear Wendy,

I wanted to talk to you about teaching yet another course this fall.  It would be a 7-week English for Professionals (business English) course on Tuesday evening from 6:00 p.m. to 9:00 p.m. in Aloysia Hall, Room 305, at the White Plains Law School campus, beginning on Tuesday, November 3 and ending on Tuesday, December 15th.

If you are free to meet me for lunch in the Faculty Dining Room at the NYC campus, I could meet you there to discuss this course and catch up with you on everything you have been doing at Pace this semester.  I seem to recall that you are teaching a course for the Pace English Department on Wednesdays and Fridays.  If that is right, would you be able to meet me for lunch this Friday, October 9?

I look forward to seeing you soon.

Best regards,

Brian