2015 were instructive on the issues of what really was occurring and why.

Overall, it was indicative of the mechanics of a scheme, and the lies upfront are usually how they work and are maintained until they can no longer be. (Insert paychecks here). Discovery 655 Exhibit "D" (2016)

In June 1, 2016, Tannenbaum sent me an email which exemplifies what was occurring at Defendant Pace in terms of the various rates issue, which I still had not become aware of given Hickey's and Tannenbaum's email and verbal representations. That email read,

"*Hi Wendy,*

*Yes, you were paid according to the number of hours that equal your eli rate (vs. your efp rate). Because your set rate in the payment system is set at the higher rate for EFP, I have to pay you fewer hours to equal the pay for 5 hours of ELI course payment. Here is the calculation I use to pay you. $45(eli rate) X hours worked / $61.95 (efp rate). So if you worked 5 hours for eli, $45 (ELI) × 5 (hours worked) /61.95 (efp rate). = 3.65 hours paid.*

### PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A | **Employee ID:** U01069899 | **Pay Period Ending:** 02/28/15 | **Check #:** 603788 | **Check Amount:** $560.54

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 10.00 | 61.95 | 619.50 | FED TAX | .00 | 2.37 | 20.22 |
| | | | | FICA-HI | 8.98 | 8.98 | 20.21 |
| | | | | FICA-SS | 38.41 | 38.41 | 86.42 |
| | | | | NYS TAX | .00 | 9.20 | 24.77 |
| | | | | W-COMP | 5.33 | .00 | .00 |
| | | Current Gross: | 619.50 | Totals: | 52.72 | 58.96 | 151.62 |

We are excited to announce the Self-Service option for Direct Deposit with 6 simple steps you can sign up for Direct Deposit! Log in to the Pace Portal to sign up: https://portal.pace.edu Thank you for helping us Go Green!

Direct Deposit Summary

---

### PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A | **Employee ID:** U01069899 | **Pay Period Ending:** 07/31/15 | **Check #:** 607631 | **Check Amount:** $1,245.75

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 25.00 | 61.95 | 1,548.75 | FED TAX | .00 | 123.72 | 177.28 |
| | | | | FICA-HI | 22.46 | 22.46 | 69.62 |
| | | | | FICA-SS | 96.02 | 96.02 | 297.67 |
| | | | | NYS TAX | .00 | 60.80 | 114.53 |
| | | | | W-COMP | 13.32 | .00 | .00 |
| | | Current Gross: | 1,548.75 | Totals: | 131.80 | 303.00 | 659.10 |

We are excited to announce the Self-Service option for Direct Deposit with 6 simple steps you can sign up for Direct Deposit! Log in to the Pace Portal to sign up: https://portal.pace.edu Thank you for helping us Go Green!

Direct Deposit Summary

---

### PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A | **Employee ID:** U01069899 | **Pay Period Ending:** 03/15/15 | **Check #:** 604353 | **Check Amount:** $426.08

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 7.50 | 61.95 | 464.63 | FED TAX | .00 | .00 | 20.22 |
| | | | | FICA-HI | 6.74 | 6.74 | 26.95 |
| | | | | FICA-SS | 28.81 | 28.81 | 115.23 |
| | | | | NYS TAX | .00 | 3.00 | 27.77 |
| | | | | W-COMP | 4.00 | .00 | .00 |
| | | Current Gross: | 464.63 | Totals: | 39.55 | 38.55 | 190.17 |

We are excited to announce the Self-Service option for Direct Deposit with 6 simple steps you can sign up for Direct Deposit! Log in to the Pace Portal to sign up: https://portal.pace.edu Thank you for helping us Go Green!

Direct Deposit Summary

---

### PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A | **Employee ID:** U01069899 | **Pay Period Ending:** 08/15/15 | **Check #:** 607843 | **Check Amount:** $1,025.94

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 20.00 | 61.95 | 1,239.00 | FED TAX | .00 | 77.26 | 254.54 |
| | | | | FICA-HI | 17.96 | 17.96 | 87.58 |
| | | | | FICA-SS | 76.82 | 76.82 | 374.49 |
| | | | | NYS TAX | .00 | 41.02 | 155.55 |
| | | | | W-COMP | 10.65 | .00 | .00 |
| | | Current Gross: | 1,239.00 | Totals: | 105.43 | 213.06 | 872.16 |

We are excited to announce the Self-Service option for Direct Deposit with 6 simple steps you can sign up for Direct Deposit! Log in to the Pace Portal to sign up: https://portal.pace.edu Thank you for helping us Go Green!

Direct Deposit Summary

---

### PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A | **Employee ID:** U01069899 | **Pay Period Ending:** 07/15/15 | **Check #:** 607376 | **Check Amount:** $801.86

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 15.00 | 61.95 | 929.25 | FED TAX | .00 | 33.34 | 53.56 |
| | | | | FICA-HI | 13.47 | 13.47 | 47.16 |
| | | | | FICA-SS | 57.62 | 57.62 | 201.65 |
| | | | | NYS TAX | .00 | 22.96 | 53.73 |
| | | | | W-COMP | 7.99 | .00 | .00 |
| | | Current Gross: | 929.25 | Totals: | 79.08 | 127.39 | 356.10 |

We are excited to announce the Self-Service option for Direct Deposit with 6 simple steps you can sign up for Direct Deposit! Log in to the Pace Portal to sign up: https://portal.pace.edu Thank you for helping us Go Green!

Direct Deposit Summary

---

### PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A | **Employee ID:** U01069899 | **Pay Period Ending:** 09/15/15 | **Check #:** 608614 | **Check Amount:** $801.86

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 15.00 | 61.95 | 929.25 | FED TAX | .00 | 33.34 | 287.88 |
| | | | | FICA-HI | 13.48 | 13.48 | 101.06 |
| | | | | FICA-SS | 57.61 | 57.61 | 432.10 |
| | | | | NYS TAX | .00 | 22.96 | 178.51 |
| | | | | W-COMP | 7.99 | .00 | .00 |
| | | Current Gross: | 929.25 | Totals: | 79.08 | 127.39 | 999.55 |

We are excited to announce Self-Service option for Direct Deposit. With 6 simple steps you can signup for Direct Deposit. Log in to the Pace Portal to sign up: http://Portal.Pace.edu Thank you for helping us GO GREEN!

Direct Deposit Summary

**PACE UNIVERSITY - Payroll**

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 09/30/15 | 609293 | $657.60 |
| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
| Reg Pay | 12.00 | 61.95 | 743.40 | FED TAX | .00 | 14.76 | 302.64 |
| | | | | FICA- HI | 10.78 | 10.78 | 111.84 |
| | | | | FICA-SS | 46.09 | 46.09 | 478.19 |
| | | | | NYS TAX | .00 | 14.17 | 192.68 |
| | | | | W-COMP | 6.39 | .00 | .00 |
| | | Current Gross: | 743.40 | | | | |

We are excited to announce Self-Service option for Direct Deposit. With 6 simple steps you can signup for Direct Deposit. Log in to the Pace Portal to sign up: http://Portal.Pace.edu Thank you for helping us GO GREEN!

| | | | | | Totals: | 63.26 | 85.80 | 1,085.35 |

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 11/30/15 | 611945 | $1,179.85 |
| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
| Reg Pay | 23.50 | 61.95 | 1,455.83 | FED TAX | .00 | 109.78 | 639.60 |
| | | | | FICA- HI | 21.11 | 21.11 | 222.85 |
| | | | | FICA-SS | 90.28 | 90.28 | 952.90 |
| | | | | NYS TAX | .00 | 54.81 | 401.14 |
| | | | | W-COMP | 12.52 | .00 | .00 |
| | | Current Gross: | 1,455.83 | | | | |

To ensure the timely mailing of your 2015 W-2 form, please review and update your HOME address at: https://portal.pace.edu

| | | | | | Totals: | 123.91 | 275.98 | 2,216.49 |

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 10/15/15 | 609964 | $801.87 |
| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
| Reg Pay | 15.00 | 61.95 | 929.25 | FED TAX | .00 | 33.34 | 447.03 |
| | | | | FICA- HI | 13.47 | 13.47 | 146.54 |
| | | | | FICA-SS | 57.61 | 57.61 | 626.59 |
| | | | | NYS TAX | .00 | 22.96 | 270.99 |
| | | | | W-COMP | 7.99 | .00 | .00 |
| | | Current Gross: | 929.25 | | | | |

We are excited to announce Self-Service option for Direct Deposit. With 6 simple steps you can signup for Direct Deposit. Log in to the Pace Portal to sign up: http://Portal.Pace.edu Thank you for helping us GO GREEN!

| | | | | | Totals: | 79.07 | 127.38 | 1,491.15 |

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 12/15/15 | 612486 | $1,311.67 |
| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
| Reg Pay | 26.50 | 61.95 | 1,641.68 | FED TAX | .00 | 137.66 | 865.89 |
| | | | | FICA- HI | 23.80 | 23.80 | 261.62 |
| | | | | FICA-SS | 101.76 | 101.76 | 1118.67 |
| | | | | NYS TAX | .00 | 66.79 | 510.49 |
| | | | | W-COMP | 14.12 | .00 | .00 |
| | | Current Gross: | 1,641.68 | | | | |

On January 15, 2016 your online W2 is scheduled to be available via the Self-Service Portal. Employees not electing to receive W2 Forms electronically will be mailed a hard copy via USPS on January 31, 2016.

| | | | | | Totals: | 139.68 | 330.01 | 2,756.67 |

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 10/31/15 | 610684 | $633.34 |
| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
| Reg Pay | 11.50 | 61.95 | 712.43 | FED TAX | .00 | 11.66 | 472.32 |
| | | | | FICA- HI | 10.34 | 10.34 | 167.49 |
| | | | | FICA-SS | 44.18 | 44.18 | 716.16 |
| | | | | NYS TAX | .00 | 12.91 | 297.60 |
| | | | | W-COMP | 6.13 | .00 | .00 |
| | | Current Gross: | 712.43 | | | | |

To ensure the timely mailing of your 2015 W-2 forms, please review and update your Home address at: http://portal.pace.edu

| | | | | | Totals: | 60.65 | 79.09 | 1,653.57 |

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 01/15/16 | 613111 | $286.06 |
| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
| Reg Pay | 5.00 | 61.95 | 309.75 | FICA- HI | 4.49 | 4.49 | 4.49 |
| | | | | FICA-SS | 19.20 | 19.20 | 19.20 |
| | | | | W-COMP | 2.66 | .00 | .00 |
| | | Current Gross: | 309.75 | | | | |

We are excited to announce the Self Service option for Direct Deposit with 6 simple steps you can sign up for Direct Deposit! Log in to the Pace Portal to sign up: https://portal.pace.edu Thank you for helping us GO GREEN!

| | | | | | Totals: | 26.35 | 23.69 | |

Direct Deposit Summary

## PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A
**Employee ID:** U01069899 | **Pay Period Ending:** 01/15/18 | **Check #:** 637240 | **Check Amount:** $273.17

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 4.50 | 65.82 | 296.19 | FICA- HI | 4.29 | 4.29 | 4.29 |
| | | | | FICA-SS | 18.36 | 18.36 | 18.36 |
| | | | | NYS-PFL | .00 | .37 | .37 |
| | | | | W-COMP | 2.55 | .00 | .00 |
| | | **Current Gross:** | 296.19 | | | | |
| | | | | **Totals:** | 25.20 | 23.02 | 23.02 |

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check.
Log in to Pace Portal to sign-up:
https://portal.pace.edu
Happy Pay Day!

Direct Deposit Summary

---

## PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A
**Employee ID:** U01069899 | **Pay Period Ending:** 02/28/18 | **Check #:** 638943 | **Check Amount:** $257.97

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 4.25 | 65.82 | 279.74 | FED TAX | .00 | .00 | 100.06 |
| | | | | FICA- HI | 4.07 | 4.07 | 52.85 |
| | | | | FICA-SS | 17.35 | 17.35 | 225.98 |
| | | | | NYS TAX | .00 | .00 | 78.57 |
| | | | | NYS-PFL | .00 | .35 | 4.59 |
| | | | | UN DUES | .00 | .00 | 34.68 |
| | | | | W-COMP | 2.41 | .00 | |
| | | **Current Gross:** | 279.74 | | | | |
| | | | | **Totals:** | 23.83 | 21.77 | 496.73 |

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check.
Log in to Pace Portal to sign-up:
https://portal.pace.edu
Happy Pay Day!

Direct Deposit Summary

---

## PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A
**Employee ID:** U01069899 | **Pay Period Ending:** 01/31/18 | **Check #:** 637694 | **Check Amount:** $182.09

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 3.00 | 65.82 | 197.46 | FICA- HI | 2.87 | 2.87 | 7.16 |
| | | | | FICA-SS | 12.25 | 12.25 | 30.61 |
| | | | | NYS-PFL | .00 | .25 | .62 |
| | | | | W-COMP | 1.70 | .00 | .00 |
| | | **Current Gross:** | 197.46 | | | | |
| | | | | **Totals:** | 16.82 | 15.37 | 38.39 |

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check.
Log in to Pace Portal to sign-up:
https://portal.pace.edu
Happy Pay Day!

Direct Deposit Summary

---

## PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A
**Employee ID:** U01069899 | **Pay Period Ending:** 03/15/18 | **Check #:** 639520 | **Check Amount:** $227.66

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 3.75 | 65.82 | 246.83 | FED TAX | .00 | .00 | 150.09 |
| | | | | FICA- HI | 3.56 | 3.56 | 73.19 |
| | | | | FICA-SS | 15.30 | 15.30 | 312.96 |
| | | | | NYS TAX | .00 | .00 | 114.50 |
| | | | | NYS-PFL | .00 | .31 | 6.36 |
| | | | | UN DUES | .00 | .00 | 52.02 |
| | | | | W-COMP | 2.12 | .00 | .00 |
| | | **Current Gross:** | 246.83 | | | | |
| | | | | **Totals:** | 20.98 | 19.17 | 709.12 |

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check.
Log in to Pace Portal to sign-up:
https://portal.pace.edu
Happy Pay Day!

Direct Deposit Summary

---

## PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A
**Employee ID:** U01069899 | **Pay Period Ending:** 02/15/18 | **Check #:** 638293 | **Check Amount:** $509.28

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 8.50 | 65.82 | 559.47 | FED TAX | .00 | 8.10 | 50.03 |
| | | | | FICA- HI | 8.10 | 8.10 | 32.03 |
| | | | | FICA-SS | 34.68 | 34.68 | 136.97 |
| | | | | NYS TAX | .00 | 6.71 | 42.64 |
| | | | | NYS-PFL | .00 | .70 | 2.78 |
| | | | | UN DUES | .00 | .00 | 17.34 |
| | | | | W-COMP | 4.81 | .00 | .00 |
| | | **Current Gross:** | 559.47 | | | | |
| | | | | **Totals:** | 47.59 | 50.19 | 281.79 |

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check.
Log in to Pace Portal to sign-up:
https://portal.pace.edu
Happy Pay Day!

Direct Deposit Summary

---

## PACE UNIVERSITY - Payroll

**Employee:** Harte, Wendy A
**Employee ID:** U01069899 | **Pay Period Ending:** 03/31/18 | **Check #:** 640172 | **Check Amount:** $227.62

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 3.75 | 65.82 | 246.83 | FED TAX | .00 | .00 | 200.12 |
| | | | | FICA- HI | 3.60 | 3.60 | 93.53 |
| | | | | FICA-SS | 15.30 | 15.30 | 399.93 |
| | | | | NYS TAX | .00 | .00 | 150.43 |
| | | | | NYS-PFL | .00 | .31 | 8.13 |
| | | | | UN DUES | .00 | .00 | 69.36 |
| | | | | W-COMP | 2.12 | .00 | .00 |
| | | **Current Gross:** | 246.83 | | | | |
| | | | | **Totals:** | 21.02 | 19.21 | 921.50 |

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check.
Log in to Pace Portal to sign-up:
https://portal.pace.edu
Happy Pay Day!

Direct Deposit Summary

## Stub 1

PACE UNIVERSITY - Payroll

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 07/31/18 | 643095 | $1,419.65 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 25.00 | 70.00 | 1,750.00 | FED TAX | .00 | 121.31 | 471.52 |
| | | | | FICA- HI | 25.37 | 25.37 | 179.34 |
| | | | | FICA-SS | 108.50 | 108.50 | 766.85 |
| | | | | NYS TAX | .00 | 72.96 | 331.18 |
| | | | | NYS-PFL | .00 | 2.21 | 15.60 |
| | | | | UN DUES | .00 | .00 | 121.38 |
| | | | | W-COMP | 15.05 | .00 | .00 |

Current Gross: 1,750.00

Happy Pay Day!
If you have any questions or concerns about your pay, contact the Payroll Department at payroll@pace.edu or 914-923-2898. Both options will create a Helpdesk Ticket.

Totals: 148.92 330.35 1,885.87

Direct Deposit Summary

## Stub 2

PACE UNIVERSITY - Payroll

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 07/15/19 | 652732 | $640.98 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 10.00 | 71.23 | 712.30 | FED TAX | .00 | 2.90 | 2.90 |
| | | | | FICA- HI | 10.33 | 10.33 | 78.65 |
| | | | | FICA-SS | 44.17 | 44.17 | 336.31 |
| | | | | NYS TAX | .00 | 12.83 | 91.65 |
| | | | | NYS-PFL | .00 | 1.09 | 8.30 |
| | | | | UN DUES | .00 | .00 | 70.70 |
| | | | | W-COMP | 6.13 | .00 | .00 |

Current Gross: 712.30

Happy Pay Day!
If you have any questions or concerns about your pay, contact the Payroll Department at payroll@pace.edu or 914-923-2898. Both options will create a Helpdesk Ticket.

Totals: 60.63 71.32 588.51

Direct Deposit Summary

## Stub 3

PACE UNIVERSITY - Payroll

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 08/15/18 | 643312 | $1,140.03 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Union PT | 20.00 | 70.00 | 1,400.00 | FED TAX | .00 | 79.31 | 550.83 |
| | | | | FICA- HI | 20.30 | 20.30 | 199.64 |
| | | | | FICA-SS | 86.80 | 86.80 | 853.65 |
| | | | | NYS TAX | .00 | 50.80 | 381.98 |
| | | | | NYS-PFL | .00 | 1.76 | 17.36 |
| | | | | UN DUES | .00 | 21.00 | 142.38 |
| | | | | W-COMP | 12.04 | .00 | .00 |

Current Gross: 1,400.00

We bet you didn't know this!
National Payroll Week is Sept. 3-7!
Did you know if you have any payroll questions or concerns, you can easily contact us by sending an email to payroll@pace.edu.

Totals: 119.14 259.97 2,145.84

Direct Deposit Summary

## Stub 4

PACE UNIVERSITY - Payroll

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 07/31/19 | 652959 | $1,707.40 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 30.00 | 71.23 | 2,136.90 | FED TAX | .00 | 166.34 | 169.24 |
| | | | | FICA- HI | 30.99 | 30.99 | 109.64 |
| | | | | FICA-SS | 132.48 | 132.48 | 468.79 |
| | | | | NYS TAX | .00 | 96.42 | 188.07 |
| | | | | NYS-PFL | .00 | 3.27 | 11.57 |
| | | | | UN DUES | .00 | .00 | 70.70 |
| | | | | W-COMP | 18.38 | .00 | .00 |

Current Gross: 2,136.90

Happy Pay Day!
If you have any questions or concerns about your pay, contact the Payroll Department at payroll@pace.edu or 914-923-2898. Both options will create a Helpdesk Ticket.

Totals: 181.85 429.50 1,018.01

Direct Deposit Summary

## Stub 5

PACE UNIVERSITY - Payroll

| Employee | | | | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|---|---|---|
| Harte, Wendy A | | | | U01069899 | 08/31/18 | 643549 | $317.53 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Union PT | 5.00 | 70.00 | 350.00 | FED TAX | .00 | .00 | 550.83 |
| | | | | FICA- HI | 5.08 | 5.08 | 204.72 |
| | | | | FICA-SS | 21.70 | 21.70 | 875.35 |
| | | | | NYS TAX | .00 | .00 | 381.98 |
| | | | | NYS-PFL | .00 | .44 | 17.80 |
| | | | | UN DUES | .00 | 5.25 | 147.63 |
| | | | | W-COMP | 3.01 | .00 | .00 |

Current Gross: 350.00

Happy Pay Day!
If you have any questions or concerns about your pay, contact the Payroll Department at payroll@pace.edu or 914-923-2898. Both options will create a Helpdesk Ticket.

Totals: 29.79 32.47 2,178.31

Direct Deposit Summary



**PACE UNIVERSITY - Payroll**

Harte, Wendy A

| Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|
| U01069899 | 02/15/17 | 626152 | $266.55 |

| Pay Type | Units | Rate | Amount |
|---|---|---|---|
| Reg Pay | 4.50 | 64.14 | 288.63 |

| Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|
| FED TAX | .00 | .00 | 36.22 |
| FICA-HI | 4.19 | 4.19 | 20.26 |
| FICA-SS | 17.89 | 17.89 | 86.63 |
| NYS TAX | .00 | .00 | 24.64 |
| UN DUES | .00 | .00 | 14.46 |
| W-COMP | 2.48 | .00 | .00 |

Current Gross: 288.63

Totals: 24.56 | 22.08 | 182.21

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Option to sign-up via the Pace Portal: https://portal.pace.edu

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

Harte, Wendy A

| Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|
| U01069899 | 03/31/17 | 628283 | $133.28 |

| Pay Type | Units | Rate | Amount |
|---|---|---|---|
| Reg Pay | 2.25 | 64.14 | 144.32 |

| Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|
| FED TAX | .00 | .00 | -144.88 |
| FICA-HI | 2.08 | 2.08 | 70.58 |
| FICA-SS | 8.96 | 8.96 | 301.78 |
| NYS TAX | .00 | .00 | 98.56 |
| UN DUES | .00 | .00 | 57.84 |
| W-COMP | 1.24 | .00 | .00 |

Current Gross: 144.32

Totals: 12.28 | 11.04 | 673.64

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Option to sign-up via the Pace Portal: https://portal.pace.edu

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

Harte, Wendy A

| Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|
| U01069899 | 02/28/17 | 616868 | $133.29 |

| Pay Type | Units | Rate | Amount |
|---|---|---|---|
| Reg Pay | 2.25 | 64.14 | 144.32 |

| Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|
| FED TAX | .00 | .00 | 72.44 |
| FICA-HI | 2.08 | 2.08 | 36.33 |
| FICA-SS | 8.95 | 8.95 | 155.36 |
| NYS TAX | .00 | .00 | 49.28 |
| UN DUES | .00 | .00 | 28.92 |
| W-COMP | 1.24 | .00 | .00 |

Current Gross: 144.32

Totals: 12.27 | 11.03 | 342.33

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Option to sign-up via the Pace Portal: https://portal.pace.edu

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

Harte, Wendy A

| Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|
| U01069899 | 04/15/17 | 628971 | $148.09 |

| Pay Type | Units | Rate | Amount |
|---|---|---|---|
| Reg Pay | 2.50 | 64.14 | 160.35 |

| Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|
| FED TAX | .00 | .00 | 181.10 |
| FICA-HI | 2.33 | 2.33 | 86.88 |
| FICA-SS | 9.93 | 9.93 | 371.51 |
| NYS TAX | .00 | .00 | 123.20 |
| UN DUES | .00 | .00 | 72.30 |
| W-COMP | 1.38 | .00 | .00 |

Current Gross: 160.35

Totals: 13.64 | 12.26 | 834.99

We bet you didn't know this, but May is National Direct Deposit Month! It's smarter, safer, and you get your money faster! Sign-up is easy. Log in to Pace Portal to sign-up: https://portal.pace.edu

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

Harte, Wendy A

| Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|
| U01069899 | 03/15/17 | 627533 | $266.54 |

| Pay Type | Units | Rate | Amount |
|---|---|---|---|
| Reg Pay | 4.50 | 64.14 | 288.63 |

| Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|
| FED TAX | .00 | .00 | 108.66 |
| FICA-HI | 4.20 | 4.20 | 54.50 |
| FICA-SS | 17.89 | 17.89 | 233.04 |
| NYS TAX | .00 | .00 | 73.92 |
| UN DUES | .00 | .00 | 43.38 |
| W-COMP | 2.48 | .00 | .00 |

Current Gross: 288.63

Totals: 24.57 | 22.09 | 513.50

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Option to sign-up via the Pace Portal: https://portal.pace.edu

Direct Deposit Summary

---

**PACE UNIVERSITY - Payroll**

Harte, Wendy A

| Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|
| U01069899 | 05/15/17 | 630039 | $266.56 |

| Pay Type | Units | Rate | Amount |
|---|---|---|---|
| Reg Pay | 4.50 | 64.14 | 288.63 |

| Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|
| FED TAX | .00 | .00 | 931.64 |
| FICA-HI | 4.19 | 4.19 | 176.84 |
| FICA-SS | 17.88 | 17.88 | 756.15 |
| NYS TAX | .00 | .00 | 407.40 |
| UN DUES | .00 | .00 | 101.22 |
| W-COMP | 2.48 | .00 | .00 |

Current Gross: 288.63

Totals: 24.55 | 22.07 | 2,373.25

We bet you didn't know this, but May is National Direct Deposit Month! It's smarter, safer, and you get your money faster! Sign-up is easy. Log in to Pace Portal to sign-up: https://portal.pace.edu Happy Pay Day!

Direct Deposit Summary



**PACE UNIVERSITY - Payroll**

### Stub 1

| Employee | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|
| Harte, Wendy A | U01069899 | 05/31/17 | 630402 | $266.54 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 4.50 | 64.14 | 288.63 | FED TAX | .00 | .00 | 931.64 |
| | | | | FICA- HI | 4.19 | 4.19 | 181.03 |
| | | | | FICA-SS | 17.90 | 17.90 | 774.05 |
| | | | | NYS TAX | .00 | .00 | 407.40 |
| | | | | UN DUES | .00 | .00 | 101.22 |
| | | | | W-COMP | 2.48 | .00 | .00 |

Current Gross: 288.63

Totals: 24.57 | 22.09 | 2,395.34

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Log in to Pace Portal to sign-up: https://portal.pace.edu Happy Pay Day!

Direct Deposit Summary

### Stub 2

| Employee | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|
| Harte, Wendy A | U01069899 | 07/15/17 | 631230 | $691. |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 12.25 | 64.14 | 785.72 | FED TAX | .00 | 18.36 | 950.00 |
| | | | | FICA- HI | 11.39 | 11.39 | 198.70 |
| | | | | FICA-SS | 48.72 | 48.72 | 849.61 |
| | | | | NYS TAX | .00 | 15.96 | 423.36 |
| | | | | UN DUES | .00 | .00 | 101.22 |
| | | | | W-COMP | 6.76 | .00 | .00 |

Current Gross: 785.72

Totals: 66.87 | 94.43 | 2,522.89

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Log in to Pace Portal to sign-up: https://portal.pace.edu Happy Pay Day!

Direct Deposit Summary

### Stub 3

| Employee | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|
| Harte, Wendy A | U01069899 | 06/15/17 | 630680 | $133.28 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 2.25 | 64.14 | 144.32 | FED TAX | .00 | .00 | 931.64 |
| | | | | FICA- HI | 2.09 | 2.09 | 183.12 |
| | | | | FICA-SS | 8.95 | 8.95 | 783.00 |
| | | | | NYS TAX | .00 | .00 | 407.40 |
| | | | | UN DUES | .00 | .00 | 101.22 |
| | | | | W-COMP | 1.24 | .00 | .00 |

Current Gross: 144.32

Totals: 12.28 | 11.04 | 2,406.38

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Log in to Pace Portal to sign-up: https://portal.pace.edu Happy Pay Day!

Direct Deposit Summary

### Stub 4

| Employee | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|
| Harte, Wendy A | U01069899 | 07/31/17 | 631535 | $1,691.39 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Union PT | 34.75 | 64.14 | 2,228.87 | FED TAX | .00 | 229.14 | 1179.14 |
| | | | | FICA- HI | 32.32 | 32.32 | 231.02 |
| | | | | FICA-SS | 138.19 | 138.19 | 987.80 |
| | | | | NYS TAX | .00 | 104.40 | 527.76 |
| | | | | UN DUES | .00 | 33.43 | 134.65 |
| | | | | W-COMP | 19.17 | .00 | .00 |

Current Gross: 2,228.87

Totals: 189.68 | 537.48 | 3,060.37

Recent NYC personal income tax changes will impact your NYC tax withholdings. These changes are automatic and will be applied to the 8-15-17 pay period. Please access and review the NYC Withholding tax change at: www.tax.ny.gov/pdf/publications/withholding/nys50_t_nyc.pdf

Direct Deposit Summary

### Stub 5

| Employee | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|
| Harte, Wendy A | U01069899 | 06/30/17 | 630990 | $266.55 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reg Pay | 4.50 | 64.14 | 288.63 | FED TAX | .00 | .00 | 931.64 |
| | | | | FICA- HI | 4.19 | 4.19 | 187.31 |
| | | | | FICA-SS | 17.89 | 17.89 | 800.89 |
| | | | | NYS TAX | .00 | .00 | 407.40 |
| | | | | UN DUES | .00 | .00 | 101.22 |
| | | | | W-COMP | 2.48 | .00 | .00 |

Current Gross: 288.63

Totals: 24.56 | 22.08 | 2,428.46

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Log in to Pace Portal to sign-up: https://portal.pace.edu Happy Pay Day!

Direct Deposit Summary

### Stub 6

| Employee | Employee ID | Pay Period Ending | Check # | Check Amount |
|---|---|---|---|---|
| Harte, Wendy A | U01069899 | 08/15/17 | 631765 | $1,629.17 |

| Pay Type | Units | Rate | Amount | Employee Deductions | Employer Contributions | Employee Current | Employee Year-to-Date |
|---|---|---|---|---|---|---|---|
| Union PT | 33.25 | 64.14 | 2,132.66 | FED TAX | .00 | 210.16 | 1389.30 |
| | | | | FICA- HI | 30.92 | 30.92 | 261.94 |
| | | | | FICA-SS | 132.22 | 132.22 | 1120.02 |
| | | | | NYS TAX | .00 | 98.20 | 625.96 |
| | | | | UN DUES | .00 | 31.99 | 166.64 |
| | | | | W-COMP | 18.34 | .00 | .00 |

Current Gross: 2,132.66

Totals: 181.48 | 503.49 | 3,563.86

Sign up for Direct Deposit. It's quick, easy and more convenient than a paper check. Log in to Pace Portal to sign-up: https://portal.pace.edu Happy Pay Day!

Direct Deposit Summary