The emails within the chain that I sent to Suzanne Roberts ("*Roberts*") of payroll on the 4ᵗʰ of October 2015 and Defendant Baumann on the 7th of October 2015 were instructive on the issues of what really was occurring and why.

Overall, it was indicative of the mechanics of a scheme, and the lies upfront are usually how they work and are maintained until they can no longer be. (Insert paychecks here). Discovery 655 Exhibit "D"

(2016)

In June 1, 2016, Tannenbaum sent me an email which exemplifies what was occurring at Defendant Pace in terms of the various rates issue, which I still had not become aware of given Hickey's and Tannenbaum's email and verbal representations. That email read,

"*Hi Wendy,*

*Yes, you were paid according to the number of hours that equal your eli rate (vs. your efp rate). Because your set rate in the payment system is set at the higher rate for EFP, I have to pay you fewer hours to equal the pay for 5 hours of ELI course payment.  Here is the calculation I use to pay you. $45(eli rate) X hours worked / $61.95 (efp rate).  So if you worked 5 hours for eli,  $45 (ELI) × 5 (hours worked) /61.95 (efp rate). = 3.65 hours paid.*

*Best,*

*Jason*" (Exhibit "E")

---

With this scheme in place, I frequently had difficulty in determining what courses I had been paid for and how much as Hickey and Tannenbaum were

**From:** W. Harte [mailto:hartewendy@hotmail.com]
**Sent:** Tuesday, May 31, 2016 3:40 PM
**To:** Tannenbaum, Jason <jtannenbaum@pace.edu>
**Subject:** Re: Your Hours

Hi Jason,

I wanted to check in with you about my paycheck for the last pay period.  Was I paid for 5 hours for the 2 Saturdays, as per usual?

Thank you.  Hope all is well.

Best regards,

Wendy Harte

## RE: Your Hours



**Tannenbaum**, Jason    •••

To: W. Harte

Wed 6/1/2016 2:14 PM

Hi Wendy,

Yes, you were paid according to the number of hours that equal your eli rate (vs. your efp rate). Because your set rate in the payment system is set at the higher rate for EFP, I have to pay you fewer hours to equal the pay for 5 hours of ELI course payment.  Here is the calculation I use to pay you. $45(eli rate) X hours worked / $61.95 (efp rate).  So if you worked 5 hours for eli,  $45 (ELI) x 5 (hours worked) /61.95 (efp rate). = 3.65 hours paid.

Best,

Jason