at/was affiliated with the United Nations for quite some time. I was looking for opportunities, particularly since Hickey, to that point had not apprised me of any new courses before the Summer Legal Program began in July 2016. Hickey provided me with the email address for Jones

Upon briefly introducing myself via email, on May 16, 2016, in a particularly worded email, Jones replied,

*"Dear Professor Harte,*

*Thank you for reaching out to me about your interest in the United Nations. I have been there in the capacity as an NGO Representative to the United Nations for several years, but I am not a United Nations employee. If you are looking for a position with the United Nations, please go to un.org because all of the job openings are listed there. You might also want to try idealist.org where some NGOs list their job openings that are related to UN work. The United Nations Association and the United Nations Foundation are also good sources. Brian has done work with Friendship Ambassadors and the UN Programs there too. He is the go to person for that.*

*As you probably know, the US is behind in its dues to the UN. Since we have finally pledged to catch up on the payments, the UN is pleased but we have not paid in full. I wonder how that will affect US citizens who apply for jobs at the UN. If you apply to the UN for a position and have a negative response, please remember this major problem – you are applying from a country that has refused to pay its dues for nearly a decade. Additionally, I think they do extensive background and security searches for people who work in this arena so expect detailed searches in New York and California.*

*Thank you for your kind and gracious email. I look forward to meeting you around ELI.*

*Good luck. Janet Jones* (Exhibit "G" email

-----Original Message-----
From: W. Harte <hartewendy@hotmail.com>
To: jones38549 <jones38549@aol.com>
Sent: Fri, May 6, 2016 4:39 pm
Subject: UN Questions/Wendy Harte/Pace ESL Program

Dear Professor Jones,

It's Wendy Harte.  We both teach in the ESL program at Pace White Plains.  I was supposed to reach out to you well before now to say hello and introduce myself since I have heard so many nice things about you from the students, Jason and Brian alike.  So, I am happy that I am doing so now.

During one of my discussions with Brian recently, I mentioned that I was interested in working in some capacity at the UN in New York City.  Brian brought your name up as someone that he would reach out to on my behalf and that I should reach out to for insights and recommendations on how best to proceed.  Brian told me that you have a wide breadth of knowledge and experience when it comes to the UN.  I was wondering if you would mind taking 10 minutes to talk with me about this?  If so, what would be the best way to meet?  Can I take you for coffee or lunch, perhaps?

Thank you, Professor Jones.  I look forward to meeting you very soon.

Best regards,

Wendy Harte

*W*

# Re: UN Questions/Wendy Harte/Pace ESL Program



**jones38549@aol.com**    ...

To: hartewendy@hotmail.com

Sat 5/7/2016 11:27 AM

Dear Professor Harte,

Thank you for reaching out to me about your interest in the United Nations.  I have been there in the capacity as an NGO Representative to the United Nations for several years, but I am not a United Nations employee. If you are looking for a position with the United Nations, please go to un.org because all of the job openings are listed there.  You might also want to try idealist.org where some NGOs list their job openings that are related to UN work.  The United Nations Association and the United Nations Foundation are also good sources. Brian has done work with Friendship Ambassadors and the UN Programs there too.  He is the go to person for that.

As you probably know, the US is behind in its dues to the UN.  Since we have finally pledged to catch up on the payments, the UN is pleased but we have not paid in full.  I wonder how that will affect US citizens who apply for jobs at the UN. If you apply to the UN for a position and have a negative response, please remember this major problem - you are applying from a country that has refused to pay its dues for nearly a decade. Additionally, I think they do extensive background and security searches for people who work in this arena so expect detailed searches in New York and California.

Thank you for your kind and gracious email.  I look forward to meeting you around ELI.

Good luck.  Janet Jones