manipulations with the rate, using the same "course rate" verbiage for his programs as Tannenbaum did, I contacted the Union.

On January 24, 2018, I emailed Quinlan to state,

"*Hi Mr. Quinlan,*

*This is Wendy Harte. I wanted to contact you regarding a problem in the ELI department. What is the best way to discuss the issue with you or a representative from the UAFP?*

*Thank you. look forward to speaking with you.*

*Best regards,*

*Wendy Harte*" **(Discovery 251 Exhibit J)**

---

On January 29, 2018 at 7:39:46, Harvey Mars ("Mars") sent me the Defendant Pace lie in an email when he said,

"*Wendy:*

*Just to answer your question about the part time instructor pay rate, the collective bargaining agreement only have a minimum rate of $55.00. Pace can choose at its own discretion whether it wanted to offer a course above that rate and the amount can vary from course to course.*

*Hope that this answers your question.*

*Harvey S. Mars*

*Law Office of Harvey S. Mars LLC 322 West 48th Street, 6th Floor New York, NY 10036 Phone: (212) 765-4300 'ax.: (212) 765-2775*

*hsmlaborlaw@harveymarsattorney.com*" **(See Exhibit "J")**

se 1...7-cv-03826-VW Document 24...key @pace.edu

**From:** Hickey, Mr Brian L <bhickey@pace.edu>
**Sent:** Monday, January 22, 2018 1:26:34 PM
**To:** W. Harte
**Subject:** Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

I am not sure what your teaching schedule is like for the spring semester, but I am planning to start a 7-week English for Professionals Business and Professional Writing course this Tuesday, January 23 (tomorrow evening). The class meets each Tuesday evening for 7 weeks from 6:30 p.m. to 8:30 p.m. beginning on January 27 and ending on Tuesday, March 6. Will your spring teaching schedule allow you to teach this course on Tuesday evenings in White Plains? Please let me know.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY 10038

Phone: 212-346-1298
Fax: 212-346-1301
E-mail: bhickey@pace.edu
Skype: bhickey48
Web: www.pace.edu/eli
www.pace.edu/efp

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Monday, January 22, 2018 2:51 PM
**To:** Hickey, Mr. Brian L.
**Subject:** Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Brian,

Thank you for your email and for thinking of me for the course. The tutoring has given me some definitely ideas on how to make a course like this successful.

If I could ask, what would the rate would be for this course?

Thank you.

Best regards,

Wendy Harte

**From:** Hickey, Mr. Brian L. <bhickey@pace.edu>
**Sent:** Monday, January 22, 2018 3:20:49 PM
**To:** W. Harte
**Subject:** Re: Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

The rate for the course is your current hourly salary rate of $64.14 per hour.  Are you available each Tuesday evening from 6:30 p.m. to 8:30 p.m. to teach this course, beginning tomorrow evening, Tuesday, January 23 and ending on Tuesday evening, March 6?

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:     212-346-1301
E-mail:  bhickey@pace.edu
Skype:  bhickey48
Web:     www.pace.edu/eli
             www.pace.edu/efp

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Monday, January 22, 2018 4:51 PM
**To:** Hickey, Mr. Brian L.
**Subject:** Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Brian,

I thought my rate was the same rate as for my legal course, $70.  Would you consider that rate for this year?

I apologize for the slow reply.  I am in class.

Thank you.

Best regards,

Wendy Harte

Case 1:22-cv-03826-VM-VW Document 24-5 Filed 04/30/26

**From:** Hickey, Mr Brian L. <bhickey@pace.edu>
**Sent:** Tuesday, January 23, 2018 11:43:07 AM
**To:** W. Harte
**Subject:** Re: Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

I will consider the $70 rate for this course.  In the meantime, I am postponing the startup of this Business and Professional Writing course until next Tuesday, January 30 because some clients are not able to attend the first class tonight.

Please let me know if you are available to teach this course from 6:30 p.m. to 8:30 p.m. beginning next Tuesday evening, January 30 and each Tuesday evening after that until Tuesday, March 13.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:     212-346-1301
E-mail:  bhickey@pace.edu
Skype:  bhickey48
Web:     www.pace.edu/eli
             www.pace.edu/efp

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Tuesday, January 23, 2018 2:30:36 PM
**To:** Hickey, Mr. Brian L.
**Subject:** Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Brian,

Thank you for your email.

Historically, if I am not mistaken, I have had only had one rate for Professional courses, in Business or Law. I realize my last email appeared not to be in line with that understanding.

My rate changed to $70 with the law course during the summer, based on past performance and my intentions for the course and future courses. The course was a success. Although I have not seen the evaluations, students contacted me personally to express their strong feelings about their experience. Whether it is the law course, tutoring or even the Saturday business courses, student feedback, based on evaluations and referrals, has been strong and consistent with my habit of going above and beyond.

It would be a pleasure to teach this course and my schedule does allow it but it is important to me that my rate is consistent with past practices as well as performance and results.

Thank you, Brian. Again, I appreciate you thinking of me for this course.

Best regards,

Wendy Harte

**ELI Dept issue**

 **W. Harte**    • • •

To: Wquinlan@uafponline.org

Wed 1/24/2018 2:54 PM

Hi Mr. Quinlan,

This is Wendy Harte.  I wanted to contact you regarding a problem in the ELI department.  What is the best way to discuss the issue with you or a representative from the UAFP?

Thank you.  I look forward to speaking with you.

Best regards,

Wendy Harte

**From:** W. Harte [mailto:hartewendy@hotmail.com]
**Sent:** Friday, January 26, 2018 9:06 PM
**To:** Harvey Mars
<hsmlaborlaw@harveymarsattorney.com>
**Subject:** Fw: Teaching an English for Professionals Business and Professional Writing Course

Hi Harvey,

Thank you for talking.

Please note that in each email from Brian, he tries to get back to my teaching the course as I am trying to discuss the rate. He states clearly that my hourly rate is $64.14 and this has been the hourly rate quoted for the law course, the evening business professional course and the tutoring but not the Saturday morning business course, which is now $55 after the new contract but was $45 for the 2 years prior.

As I stated during my call with you, since the last email below from me, he has been silent. I do not believe he will respond, at this point.

I also have other emails from the summer discussions, if needed.

Thank you.

Best regards,

Wendy Harte

**From:** Harvey Mars &lt;hsmlaborlaw@harveymarsattorney.com&gt;
**Sent:** Monday, January 29, 2018 7:39:46 PM
**To:** W. Harte
**Subject:** RE: Teaching an English for Professionals Business and Professional Writing Course

Wendy:

Just to answer your question about the part time instructor pay rate, the collective bargaining agreement only have a minimum rate of $55.00.  Pace can choose at its own discretion whether it wanted to offer a course above that rate and the amount can vary from course to course.

Hope that this answers your question.

Harvey S. Mars

Law Office of Harvey S. Mars LLC
322 West 48th Street, 6th Floor
New York, NY 10036
Phone: (212) 765-4300
Fax: (212) 765-2775

hsmlaborlaw@harveymarsattorney.com

This message and its attachments are being sent by an attorney and may contain information that is confidential and protected from disclosure by privilege or other legal claim.  If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving this message or its attachments, if any.  Please immediately delete this e-mail and its attachments

**From:** W. Harte [mailto:hartewendy@hotmail.com]
**Sent:** Monday, January 29, 2018 8:58 PM
**To:** Harvey Mars
**Subject:** Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Harvey,

Thank you for your email.

I see in Brian's emails some serious problems, one of which is that the emails do not reflect the idea that rates are course by course.  His own language in many emails states and confirms that I have an hourly rate for any course of $62.00, on which I received a miniscule $2.14 increase last year, making it $64.14.

-So, what I understand is that I have an hourly rate when Pace is trying to discourage me from asking for more (while withholding evaluations for the same purpose).

-But, when they're desperate, they can consider more for a course, which does not become my hourly rate.

-When they are not desperate, they can offer me well under fair market value and say it's based on the course.

-So, the "hourly rate", which is clearly stated in many emails, is a tool used ultimately to trick me and keep pinned down  in the interim.

Something is wrong and they know I know.  Can you please share what my options are because this needs to go on record?

needs to go on record?

By the way, after a full week of silence, Brian agreed to $70 today, but says it is for the course, even though he stated clearly in the email I forwarded you that I had an hourly rate of $64.14.  It can't be both and it can't keep changing back and forth at Pace's will.  He remained silent on clarifying that point of contention over this that I raised in that email I forwarded you.

Thank you.

Best regards,

Wendy Harte

# RE: Teaching an English for Professionals Business and Professional Writing Course

**Harvey Mars**    •••

To: W. Harte;  Bill Quinlan

Mon 1/29/2018 11:52 PM

Wendy:

Negotiations are coming up this year.  I will make sure that this issue is on the agenda.

Harvey S. Mars
Law Office of Harvey S. Mars LLC
322 West 48th Street, 6th Floor
Office          (212)  765-4300
Facsimile      (212)  765-2775

www.harveymarsattorney.com

This message and its attachments are being sent by an attorney and may contain information that is confidential and protected from disclosure by privilege or other legal claim.  If you are not the intended