Mars' email to me is a lie.

On April 6, 2018, Olsen contacted Defendant Baumann who referred the issue to Bundor. My concern in my communications with Olsen, Defendant Baumann and Bundor was whether I had been treated differently than other professors. It was a Discrimination inquiry. (Discovery 260, Exhibit "K")

Olsen, Bundor, Defendant Baumann and I met on May 11, 2018. Bundor agreed to create a spreadsheet which spanned the years she asked me to provide. This request was problematic. There was a potential fraud and Discrimination issue spanning years which should have pushed Human Resources to launch a full inquiry into all years I taught. It should also have included the English department to ensure across the board accuracy for my *teaching* rate, as opposed to the non-existent "*course rate*". In place of that, Defendant Pace began using tactics to limit and then later, to suppress to avoid EEOC and other types of investigation.

Then, once Hickey and the department had been

# Exhibit "K" #3



**Moriah Olsen** ⋯

To: W. Harte

Fri 4/13/2018 1:54 PM

Hi Wendy,

Sorry for the delay, Pace has been playing games with me a bit. They sent Bill Quinlan an email asking him if I had permission to serve as your representative (and one other member). He did get back to them with a response indicating that I don't need his permission to provide representation as no other NYSUT representative has needed permission to provide representation in the past. I believe that is now cleared up.

Sia has asked that we send her the time period that we want to review so that she can be prepared to meet. If you send me that, I will let her know. Also, please let me know if there are any times that would be better to meet with folks down in the city.

Have a great weekend.

Moriah

**From:** Moriah Olsen <molsen@nysutmail.org>

**Sent:** Friday, April 6, 2018 4:18 PM

**To:** W. Harte <hartewendy@hotmail.com>

**Subject:** Re: Checking in

Wendy,
I spoke with Bernadette and she suggested that I speak with Sia and that you (we) set up a meeting to review your pay rates over the years with someone from payroll and Sia.  I will reach out to Sia to try to set that up.

Moriah

Moriah S. Olsen
PSA: The Union Behind the Union
NYSUT
520 White Plains Rd., Suite 400
Tarrytown, NY  10591
(914)592-4411

>>> "W. Harte" <hartewendy@hotmail.com> 4/5/2018 6:16 PM >>>

Hi Moriah,

I am checking in with you regarding contacting Human Resources.  Any new developments?

Thank you.

Best regards,

Wendy Harte

W

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Friday, March 30, 2018 12:44 PM
**To:** Moriah Olsen <molsen@nysutmail.org>
**Subject:** Re: Phone numbers

Hi Moriah,

One other point I would like to make is that the language in the contract seems as if it is being misconstrued. The contract says that, for hourly adjuncts, the minimum is (or was) $45. It means it starts there and then experience and past performance are then considered to get the actual rate to be paid to an adjunct.

It seems that it is being construed by the department to mean that it is acceptable to pay anyone, with any experience and background that rate. It is somewhat manipulative and ludicrous to interpret it that way.

Thank you.

Best regards,

Wendy Harte
W

**From:** Moriah Olsen <molsen@nysutmail.org>
**Sent:** Tuesday, March 27, 2018 1:45:23 PM
**To:** W. Harte
**Subject:** Re: Phone numbers

Thank you for getting those to me.  I will call Jason now.

Moriah


Moriah S. Olsen
PSA: The Union Behind the Union
NYSUT
520 White Plains Rd., Suite 400
Tarrytown, NY  10591
(914)592-4411

>>> "W. Harte" <hartewendy@hotmail.com>
3/27/2018 1:34 PM >>>
Hi Moriah,

Here is Jason's number: 914
Brian's number is 212.

Jason is and was the administrator for the Saturday
course.  He is the one I would like to start with.

Thank you.

Best regards,

Wendy Harte

W

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Tuesday, February 27, 2018 2:52 PM
**To:** Moriah Olsen <molsen@nysutmail.org>
**Subject:** Fw: Paycheck 2/15/18

# Exhibit "K" #2

Hi Moriah,

This is the other email correspondence.  An update based on my paycheck today is that there has been an adjustment.  I sent Brian an email asking for a detailing of the adjustment since it is not clear to me.

The one thing that is peculiar is the rate of $65.82.  I have no idea where that came from.  It just appeared in my last check and is on this one.  The $70 is nowhere to be found.  Even if they are making up in hours for the difference, why not just print the $70 rate on the check?

Thank you.  I welcome your thoughts and comments.

Best regards,

Wendy Harte

I am submitting payroll today for the pay period February 1 - 15.  I will include your first Business and Professional Writing class on January 30 along with the two other classes on February 6 and February 13 for a total of 6 hours at the rate of $70 per hour.  I will also include extra time to make up for the lower rate of $65.82 per hour for the 3.5 hours you worked in the previous pay period.  I will figure out that extra time and let you know how many extra hours I include when I submit payroll later today.

One last question.  Please tell me how many hours you taught Hiro during the February 1 - 15 pay period, so I can be sure and include those hours as well.  Thanks and sorry about all the confusion.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:    212-346-1301

Sent: Thursday, February 15, 2018 11:10:53 AM
To: W. Harte
Subject: Re: Paycheck 2/15/18

Hi Wendy,


I checked the hours I submitted for you and I did indeed make a mistake both with the number of hours and the rate.  In the e-mail you sent me about the number of hours you worked, I thought you said that you had one lesson for Ty and one lesson for Hiro during the January 16-31 pay period.  Your lessons are usually 1.5 hours so I reported 3 hours to payroll.  In addition, I completely forgot to submit the 2 hours for your first Business and Professional Writing class.  I got my dates mixed up and thought that this evening course started in February when it actually started on January 30.


I am submitting payroll today for the pay period February 1 - 15.  I will include your first Business and Professional Writing class on January 30 along with the two other classes on February 6 and February 13 for a total of 6 hours at the rate of $70 per hour.  I will also include extra time to make up for the lower rate of $65.82 per hour for the 3.5 hours you worked in the previous pay period.  I will figure out that extra time and let you know how many extra hours I include when I submit payroll later today.

From: W. Harte <hartewendy@hotmail.com>
Sent: Wednesday, February 14, 2018 7:48 PM
To: Hickey, Mr. Brian L.
Subject: Paycheck 2/15/18

Hi Brian,

The check for the pay period ending January 31st arrived. It seems to have some errors on it so I wanted to check in with you about it.

The hours listed are 3.00 at a rate of $65.82. My hours worked for that pay period are 3.5 (2 class hours and 1.5 private lesson hours). Also, the rate seems to be incorrect.

Can I confirm with you if there was a mistake or something else?

Thank you.

Best regards,

Wendy Harte

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Tuesday, February 27, 2018 2:43 PM
**To:** Moriah Olsen <molsen@nysutmail.org>
**Subject:** Fw: Teaching an English for Professionals Business and Professional Writing Course

Hi Moriah,

# Exhibit "K" #1

Thank you again for taking the time to speak with me today.  I appreciate it.

I am attaching the original correspondence that started us down this path of me realizing that something was potentially off.  I will forward another directly after this regarding the incorrect pay.

Thank you.

Best regards,

Wendy Harte

W

From: Hickey, Mr. Brian L. <bhickey@pace.edu>
Sent: Monday, January 29, 2018 10:32:24 AM
To: W. Harte
Subject: Re: Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

I will pay you at the rate of $70 for teaching the Business and Professional Writing course.  The course will begin at 6:30 p.m. tomorrow evening, Tuesday, January 30 in Aloysia Hall, Room 305.  I will send you some information about the students and their needs and goals before your class meets.  Right now I have 4 students registered or registering for the course.

I am sorry that I have not yet shared the evaluations from your English for Lawyers students last summer.  I will be working in my White Plains office on Tuesday and will bring the evaluations with me so you can review them.

Thank you for teaching this 7-week English for Professionals course.  See you tomorrow evening.

Best regards,

Brian

From: W. Harte <hartewendy@hotmail.com>
Sent: Tuesday, January 23, 2018 2:30 PM
To: Hickey, Mr. Brian L.
Subject: Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Brian,

Thank you for your email.

Historically, if I am not mistaken, I have had only had one rate for Professional courses, in Business or Law.  I realize my last email appeared not to be in line with that understanding.

My rate changed to $70 with the law course during the summer, based on past performance and my intentions for the course and future courses.  The course was a success. Although I have not seen the evaluations, students contacted me personally to express their strong feelings about their experience.  Whether it is the law course, tutoring or even the Saturday business courses, student feedback, based on evaluations and referrals, has been strong and consistent with my habit of going above and beyond.

It would be a pleasure to teach this course and my schedule does allow it but it is important to me that my rate is consistent with past practices as well as performance and results.

Thank you, Brian.  Again, I appreciate you thinking of me for this course.

Best regards,

Case 1:22-cv-08826-JPO-JW Document 203-8 Filed 04/30/26 Page 15 of

From: Hickey, Mr. Brian L. <bhickey@pace.edu>
Sent: Tuesday, January 23, 2018 11:43:07 AM
To: W. Harte
Subject: Re: Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

I will consider the $70 rate for this course.  In the meantime, I am postponing the startup of this Business and Professional Writing course until next Tuesday, January 30 because some clients are not able to attend the first class tonight.

Please let me know if you are available to teach this course from 6:30 p.m. to 8:30 p.m. beginning next Tuesday evening, January 30 and each Tuesday evening after that until Tuesday, March 13.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor

From: W. Harte <hartewendy@hotmail.com>
Sent: Monday, January 22, 2018 4:51 PM
To: Hickey, Mr. Brian L.
Subject: Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Brian,

I thought my rate was the same rate as for my legal course, $70.  Would you consider that rate for this year?

I apologize for the slow reply.  I am in class.

Thank you.

Best regards,

Wendy Harte

W

Case 1:22-cv-02820-JRY-JWT   Document 243-8   Filed 04/30/26   Page 16 of 19

From: Hickey, Mr. Brian L. <bhickey@pace.edu>
Sent: Monday, January 22, 2018 3:20:49 PM
To: W. Harte
Subject: Re: Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

The rate for the course is your current hourly salary rate of $64.14 per hour.  Are you available each Tuesday evening from 6:30 p.m. to 8:30 p.m. to teach this course, beginning tomorrow evening, Tuesday, January 23 and ending on Tuesday evening, March 6?

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:    212-346-1301

Case 1:22-cv-03820-JAV-JW Document 243-8 Filed 04/30/26 Page 18 of 19

From: W. Harte <hartewendy@hotmail.com>
Sent: Monday, January 22, 2018 2:51 PM
To: Hickey, Mr. Brian L.
Subject: Re: Teaching an English for Professionals Business and Professional Writing Course

Hi Brian,

Thank you for your email and for thinking of me for the course. The tutoring has given me some definitely ideas on how to make a course like this successful.

If I could ask, what would the rate would be for this course?

Thank you.

Best regards,

Wendy Harte

W

From: Hickey, Mr. Brian L. <bhickey@pace.edu>
Sent: Monday, January 22, 2018 1:26:34 PM
To: W. Harte
Subject: Teaching an English for Professionals Business and Professional Writing Course

Dear Wendy,

I am not sure what your teaching schedule is like for the spring semester, but I am planning to start a 7-week English for Professionals Business and Professional Writing course this Tuesday, January 23 (tomorrow evening).  The class meets each Tuesday evening for 7 weeks from 6:30 p.m. to 8:30 p.m. beginning on January 27 and ending on Tuesday, March 6.  Will your spring teaching schedule allow you to teach this course on Tuesday evenings in White Plains?  Please let me know.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038