During that period in time in 2018, Stakenburg made a show of visiting my class and requesting my syllabus, which immediately felt to me like an early move towards replacement despite it facially being labeled as normal and procedural. At the same time, Stakenburg commented on my teaching in an email to me (Exhibit "L")(Add ECF 251 Hickey and Mars emails)

On March 11, 2019, Bundor finally created a spreadsheet which, she alleged, was supposed to

**From:** Stakenburg, Mr. James <jstakenburg@pace.edu>
**Sent:** Wednesday, September 5, 2018 9:31:05 AM
**To:** W. Harte
**Cc:** Hickey, Mr. Brian L.
**Subject:** RE: Summer 2018 Intro. to U.S. Law, Listening and Speaking Skills Course Evaluations

Dear Wendy,

It's good to read such positive feedback about the classes you taught.  Thank you for all of your hard work and professionalism in teaching these courses so that our students were so satisfied J.

Warm regards,
James

James Stakenburg                    Executive Director
English Language Institute          Pace University
163  William Street,  21F,  New York,   NY 10038
T:  212.346.1140              C:       347.714.2846
E: jstakenburg@pace.edu  W:       pace.edu/ELI
#YOUAREWELCOMEHERE   B: eli.blogs.pace.edu

# Re: Summer 2018 Intro. to U.S. Law, Listening and Speaking Skills Course Evaluations

 **W. Harte**    ...

To: Stakenburg, Mr. James

Fri 9/7/2018 5:57 PM

Hi James,

I have always enjoyed teaching this course. It was my pleasure.

Thank you for having me and I appreciate your thoughts on the feedback from the students.

Best regards,

Wendy Harte

W

# Summer 2018 Intro. to U.S. Law, Listening and Speaking Skills Course Evaluations

 **Hickey, Mr. Brian L.**   • • •

To: W. Harte;  Stakenburg, Mr. James

Tue 9/4/2018 12:10 PM

 Summer 2018 EFL Harte-Intro...
PDF - 121 KB

pdf Summer 2018 E
PDF - 81 KB

2 attachments (202 KB)

Dear Wendy,

Please find attached the evaluation results for your Summer 2018 Introduction to U.S. Law, Listening and Speaking Skills for Law School courses in the English for Lawyers Program.  Thank you for teaching these courses again this summer.  If you have any questions about the evaluation responses,  please contact me.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038