to validate/enforce it. (Add first Bundor spreadsheet here with email).

On the 14th of October 2019, Bundor made the inevitable admission when she wrote to me via email about my claim of fraud and different treatment, "*There seems to have been a miscommunication about how teaching compensation for individual instructors is determined. All instructors are not paid exactly the same rate for teaching a specific course. This is due to a number of factors, including the campus location of the assigned course, length of service/employment and the merit-based rate increases the instructor received while working for the University. The latter is contractually mandated and may differ from year to year…*" Exhibit M (email thread)

Regarding Defendant Pace's aforementioned claim, Bundor refused to provide any reliable data in order to prove their allegation. It was just because they said so and Defendant Pace, Bundor and Defendant Baumann would maintain that lie and safeguard it as a weapon to be used against me at any time they wished. It was leverage and it was also a warning to me that "*You too*".

But the claim that I had received and kept overpayments was, in its entirety, a lie and a dangerous one as the start of Defendant Pace saying anything next and then acting as if what they were claiming was true, without proof and/or legitimate proof established through appropriate and untampered with channels.

Moreover, the idea that Defendant Pace was not seeking "*repayment*" was a trick in that I was supposed to react to this statement with concern and then

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Wednesday, February 14, 2018 7:48 PM
**To:** Hickey, Mr. Brian L.
**Subject:** Paycheck 2/15/18

Hi Brian,

The check for the pay period ending January 31st arrived.  It seems to have some errors on it so I wanted to check in with you about it.

The hours listed are 3.00 at a rate of $65.82.  My hours worked for that pay period are 3.5 (2 class hours and 1.5 private lesson hours).  Also, the rate seems to be incorrect.

Can I confirm with you if there was a mistake or something else?

Thank you.

Best regards,

Wendy Harte

W

**Sent:** Thursday, February 15, 2018 11:10:53 AM
**To:** W. Harte
**Subject:** Re: Paycheck 2/15/18

Hi Wendy,

I checked the hours I submitted for you and I did indeed make a mistake both with the number of hours and the rate. In the e-mail you sent me about the number of hours you worked, I thought you said that you had one lesson for Ty and one lesson for Hiro during the January 16-31 pay period. Your lessons are usually 1.5 hours so I reported 3 hours to payroll. In addition, I completely forgot to submit the 2 hours for your first Business and Professional Writing class. I got my dates mixed up and thought that this evening course started in February when it actually started on January 30.

I am submitting payroll today for the pay period February 1 - 15. I will include your first Business and Professional Writing class on January 30 along with the two other classes on February 6 and February 13 for a total of 6 hours at the rate of $70 per hour. I will also include extra time to make up for the lower rate of $65.82 per hour for the 3.5 hours you worked in the previous pay period. I will figure out that extra time and let you know how many extra hours I include when I submit payroll later today.

One last question. Please tell me how many hours you taught Hiro during the February 1 - 15 pay

One last question.  Please tell me how many hours you taught Hiro during the February 1 - 15 pay period, so I can be sure and include those hours as well.  Thanks and sorry about all the confusion.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:      212-346-1301
E-mail:  bhickey@pace.edu
Skype:  bhickey48
Web:      www.pace.edu/eli
             www.pace.edu/efp

**From:** W. Harte [mailto:hartewendy@hotmail.com]
**Sent:** Friday, May 18, 2018 2:22 PM
**To:** Bundor, Sia N. <sbundor@pace.edu>
**Cc:** Moriah Olsen <molsen@nysutmail.org>
**Subject:** Fw: Paycheck 2/15/18

Hi Sia,

Please see attached.

Thank you.

Best regards,

Wendy Harte

W

**From:** Bundor, Sia N. <sbundor@pace.edu>
**Sent:** Monday, May 28, 2018 8:10:00 PM
**To:** 'W. Harte'; Harte, Wendy A.
**Cc:** Moriah Olsen
**Subject:** Status of Pay Inquiry

Good Afternoon Ms Harte,

Thank you for providing the information we discussed. I apologize for the delay. I am working with the Department to collect and review relevant information associated with your inquiry. I expect to be able to provide a more detailed response when I return to the office next week.

Kind Regards,
Sia

Sia Bundor, MS, PHR, SHRM-CP
Employee/Labor Relations Manager
University Employee Relations
Pace University
110 William Street, 11th Floor
New York, NY 10038
Tel: 212-346-1869
Fax: 212-346-1036
sbundor@pace.edu

YES Your Excellence Shows! Recognize exceptional service by visiting the YES! I Make It Happen Recognition Program

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Tuesday, May 29, 2018 2:50:08 PM
**To:** Bundor, Sia N.; Harte, Wendy A.
**Cc:** Moriah Olsen
**Subject:** Re: Status of Pay Inquiry


Hi Sia,

Thank you for your email.  I look forward to talking again about the questions raised.

Best regards,

Wendy Harte

W

**From:** W. Harte [mailto:hartewendy@hotmail.com]
**Sent:** Monday, July 02, 2018 2:27 PM
**To:** Bundor, Sia N. <sbundor@pace.edu>
**Subject:** Fw: Status of Pay Inquiry

Hi Sia,

I wanted to check in with you regarding your email below. Are there any updates?

Thank you.

Best regards,

Wendy Harte

W

**From:** Bundor, Sia N <sbundor@pace.edu>
**Sent:** Monday, July 2, 2018 4:53:26 PM
**To:** 'W. Harte'
**Subject:** RE: Status of Pay Inquiry

Hi Wendy,

I apologize for the delay. Pulling together and reviewing information related to your work hours for the last couple of years has been more difficult than expected, but I am working on it. To ensure that the tracking of your teaching hours is transparent for future assignments, your employee record has been updated to reflect your agreed upon pay rate when teaching for Brian, $70.00. You should be receiving a hard copy letter documenting that increase shortly, if you have not done so already.

I expect to have another update early next week as many of the Staff here are out of the office, including myself.

Again I apologize for not updating you sooner and will definitely contact you when next week.

Kind Regards,
Sia

Sia Bundor, MS, PHR, SHRM-CP
Employee/Labor Relations Manager
University Employee Relations
Pace University
110 William Street. 11th Floor

**From:** W. Harte <hartewendy@hotmail.com>
**Sent:** Wednesday, July 11, 2018 1:57 PM
**To:** Bundor, Sia N. <sbundor@pace.edu>
**Subject:** Re: Status of Pay Inquiry

Hi Sia,

Thank you for the update.

Best regards,

Wendy Harte
W

**From:** W. Harte <hartewendy@hotmail.com>

**Sent:** Friday, September 21, 2018 12:18:35 PM

**To:** Bundor, Sia N.

**Subject:** Re: Status of Pay Inquiry

Hi Sia,

I was wondering when we could meet to discuss the pay issue in the ELI department I raised earlier this year?

I hope this email finds you well. Thank you.

Best regards,

Wendy Harte

# Fw: Status of Pay Inquiry

 **W. Harte**

To: Bundor, Sia N.

Tue 10/16/2018 7:05 PM

Hi Sia,

I was wondering if there any updates on the pay inquiry. We would like to resolve this issue as soon as possible.

Thank you.

Best regards,

Wendy Harte
W

**From:** Bundor, Sia N. <sbundor@pace.edu>
**Sent:** Thursday, October 18, 2018 4:05:42 PM
**To:** 'W. Harte'
**Subject:** RE: Status of Pay Inquiry

Hi Wendy,

I appreciate your patience. I am looking into where this stands and will be in touch as soon as I have an answer. I expect to have a response by late next week.

-Sia

Sia Bundor,MS, PHR, SHRM-CP
Employee/Labor Relations Manager
University Employee Relations

# Re: Status of Pay Inquiry

 **W. Harte**

To: Bundor, Sia N.

Thu 12/27/2018 4:23 PM

Hi Sia,

Happy holidays.

I wanted to touch base on my original inquiry of May 18, 2018. I know that you have been busy with contract negotiations and other things this year so I ask the following question respectfully and with that in mind. Would it be safe to say that, at this point, there will be no response to my inquiry from Pace and your office?

Thank you. I hope this email finds you well.

Best regards,

Wendy Harte



**Bundor, Sia N.**

To: 'W. Harte'

Wed 1/16/2019 9:57 AM

Dear Wendy,

I appreciate your patience in this matter. You will receive a response to your inquiry. Can you provide your availability for late next week, so that I can set up a call to discuss this matter.

Kind Regards,
Sia

Sia Bundor, MS, PHR, SHRM-CP
Employee/Labor Relations Manager
University Employee Relations

Sent: Monday, March 11, 2019 5:15 PM
To: Harte, Wendy A.
Subject: Wendy Harte Inquiry (Estimate Included)

Dear Wendy,

I am not sure if you received this message on Friday, but I wanted to resend to make sure you were able to access it. Again, I apologize for the delay in sending you this information.

After a very thorough review of your pay history for the period you inquired about, January 2016 to March 2018, I have concluded that you were not under paid. The collected information below was used to develop the attached estimate (please refer to the attached Excel spreadsheet).

·      There was an agreement in place between you, Jason Tannenbaum and Brian Hickey that permitted you to be compensated at different pay rates when teaching for the following programs: English for Professionals (EFP), English for Lawyers (EFL) and English Language Institute (ELI). The lowest rate, was consistently associated with Jason's ELI courses and but not captured in our Payroll system.

·      The actual teaching hours associated with each program were as follows:

o  English for Professionals (EFP) – In class

each program were as follows:

o   English for Professionals (EFP) – In class sessions:  3 hours (2016-2017)/ 2 hours (February - March 2018)
- Private Lessons: 1.5 hours

o   English for Lawyers (EFL) - 5 hours (Specialized summer program/divided into Morning and afternoon sessions)

o   English Language Institute (ELI) – 2.5 hours (Sat program)/2-2.5 hours (Weekday program)

·       The pay rate for EFP and EFL courses increased over time at different points during this period:

o   From March 2016-October 15, 2016, the EFP and EFL course pay rate was $61.95/hr.

o   Beginning on the October 31, 2016 paycheck, after the 2016 merit increase was processed, the pay rate increased to $64.14/hr.

o   Beginning on the September 29, 2017 paycheck, after the 2017 merit increase was processed, the pay rate increased to $65.82/hr.

o   Beginning Summer 2017, EFL courses were paid at $70.00/hr rate.

o   The 7-week EFP course that ran on Tuesdays beginning on January 30, 2018 were paid at the

o  The 7-week EFP course that ran on Tuesdays beginning on January 30, 2018, were paid at the $70.00/hr rate.


·        The pay rate for ELI courses increased at different points during this period:

o  From March 2016-October 2016, the rate for ELI courses was $45.00/hr.

o  Beginning on the November 15th 2016 paycheck, per the PT staff instructor minimum set by the contract the 2016-18 CBA, the rate for ELI courses increased to $55.00/hr.

Given the circumstances, the University is not looking to collect any of the funds identified as being overpaid to you during this period.

If you have questions or concerns after reviewing this information, please let me know.

Kind Regards,
Sia

Sia Bundor, MS, PHR, SHRM-CP
Employee/Labor Relations Manager
University Employee Relations
Pace University
110 William Street, 11th Floor
New York, NY 10038

-----Original Message-----
From: Harte, Wendy A. <wharte@pace.edu>
Sent: Monday, September 30, 2019 9:46 PM
To: Bundor, Sia N. <sbundor@pace.edu>
Subject: RE: Wendy Harte Inquiry (Estimate Included)

Hi Sia,

Thank you for this email. However, there seems to be some misunderstanding as to the nature of my inquiry. I would like to address that herein as well as the assertion that I was overpaid.

With regard to the pay rate for ELI courses, the union representative, Moriah Olsen, and I were informed that all professors are paid at the same rate, as rates are based on the course. This is what my inquiry relates to. If all the professors who taught this course or one that falls under the same category were paid at the same rate as I was, based on what you have asserted was and is department policy, my inquiry ends there. Would you mind confirming that this was the case? I have spoken to other professors and it seems not to be the case but I wanted to discuss this with you.

With regard to the assertion that I was overpaid during my time in the ELI department, I would like to state the following: At no point was I overpaid for any teaching or other work in the ELI department. Any figures stating that I was overcompensated are, unfortunately, erroneous. Further, as an adjunct whose pay is important and monitored closely, had I become aware that an overpayment was issued to me, I would have notified the department and

course or one that falls under the same category were paid at the same rate as I was, based on what you have asserted was and is department policy, my inquiry ends there. Would you mind confirming that this was the case? I have spoken to other professors and it seems not to be the case but I wanted to discuss this with you.

With regard to the assertion that I was overpaid during my time in the ELI department, I would like to state the following: At no point was I overpaid for any teaching or other work in the ELI department. Any figures stating that I was overcompensated are, unfortunately, erroneous. Further, as an adjunct whose pay is important and monitored closely, had I become aware that an overpayment was issued to me, I would have notified the department and returned that payment promptly. Any implication that I would keep monies that were not owed to me would be false and unfortunate. And, as I have stated, no such overpayments were made.

Thank you. I appreciate you working with me on this inquiry.

Best regards,

Wendy Harte

**From:** Bundor, Sia N.
Sent: Monday, October 14, 2019 9:31 AM
To: Harte, Wendy A.
Cc: Bundor, Sia N.
Subject: RE: Wendy Harte Inquiry (Estimate Included)

Hi Wendy,

My sincerest apologies if I misunderstood your inquiry. Thank you for your clarification.

There seems to have been a miscommunication about how teaching compensation for individual instructors is determined. All instructors are not paid exactly the same rate for teaching a specific course. This is due to a number of factors, including  the campus location of the assigned course, length of service/employment and the merit-based rate increases the instructor received while working for the University. The latter is contractually mandated and may differ from year to year.

If you have additional questions, please let me know.

Kind Regards,
Sia


Sia Bundor, MS, PHR, SHRM-CP
Employee & Labor Relations Manager
Pace University