distraction, a sleight of hand tactic, acting as if the lie were true and then building upon it to further attempt to validate, reinforce it. (Add first Bundor spreadsheet here with email).

On the 14th of October 2019, Bundor made the inevitable admission when she wrote to me via email about my claim of fraud and different treatment, "*There seems to have been a miscommunication about how teaching compensation for individual instructors is determined. All instructors are not paid exactly the same rate for teaching a specific course. This is due to a number of factors, including the campus location of the assigned course, length of service/employment and the merit-based rate increases the instructor received while working for the University. The latter is contractually mandated and may differ from year to year…*" Exhibit M (email thread)

Regarding Defendant Pace's aforementioned claim, Bundor refused to provide any reliable data in order to prove their allegation. It was just because they said so and Defendant Pace, Bundor and Defendant Baumann would maintain that lie and safeguard it as a weapon to be used against me at any time they wished. It was leverage and it was also a warning to me that "*You too*".

But the claim that I had received and kept

From: Hickey, Mr. Brian L. <bhickey@pace.edu>
Sent: Monday, August 6, 2018 4:54:23 PM
To: W. Harte
Subject: ELI Executive Director Visiting Your Class to Meet English for Lawyers Students

Dear Wendy,

I wanted to let you know that James Stakenburg, ELI Executive Director, will be dropping by your class at 9:30 a.m. tomorrow morning, Tuesday, August 7 for just a few minutes.  He would like to meet with the English for Lawyers students to welcome them to Pace and to ELI.  He won't take up much of your class time.  I am also letting your students know that he will be there to greet them.  I have to be in New York tomorrow, so Jason will bring James over to your class.

Best regards,

Brian

Brian Hickey
Director
English for Professionals and International Partnerships
Pace University
163 William Street, 21st Floor
New York, NY  10038

Phone:  212-346-1298
Fax:     212-346-1301
E-mail: bhickey@pace.edu<mailto:bhickey@pace.edu>
Skype:  bhickey48
Web:

From: W. Harte <hartewendy@hotmail.com>
Sent: Tuesday, August 7, 2018 11:06:15 AM
To: Hickey, Mr. Brian L. <bhickey@pace.edu>
Subject: Re: ELI Executive Director Visiting Your Class to Meet English for Lawyers Students

Hi Brian,

I just had a talk with some of the students and they are interested in legal tutoring. Is there anything possibly available for them?

W

**Fw: ELI Executive Director Visiting Your Class to Meet English for Lawyers Students**



**Report of Retaliation**



**W. Harte**                                                    ⋯

To: Bundor, Sia N.;  Moriah Olsen

Mon 11/11/2019 1:49 PM

Hi Sia,

Here is the email. I was mistaken about the date. It was the summer prior, not long after I began this inquiry that I put in that request. There was no reply. I have not worked in the department in the professionals program again for the year until this past summer's 2019 legal program.

Thank you.

Best regards,

Wendy Harte

# RE: ELI Executive Director Visiting Your Class to Meet English for Lawyers Students



## Bundor, Sia N.

To: W. Harte;  Moriah Olsen  + 1

Mon 11/11/2019 3:47 PM     **View more**

Hi Wendy,

Thank you for following up. Brian is no longer with the University, but I will still look into this and see what information I am able to gather.

Kind Regards,
Sia

Sia Bundor, MS, PHR, SHRM-CP
Employee & Labor Relations Manager
Pace University