# #184     Number 84,654,619

| Pay Date | Banner Pay Rate | Kronos Work Hours | Gross Pay Amount | Actual Teaching Hours - ELI (Jason T. - Supv) |
|---|---|---|---|---|
| 1/29/2016 | $ 61.95 | 5 | $ 309.75 | 2.5 |
| 2/12/2016 | $ 61.95 | 2.25 | $ 139.39 | 2.5 |
| 2/29/2016 | $ 61.95 | 2.25 | $ 139.39 | 2.5 |
| 3/15/2016 | $ 61.95 | 6 | $ 371.70 | |
| 3/15/2016 | $ 61.95 | 7.5 | $ 464.63 | 7.5 |
| 3/31/2016 | $ 61.95 | 10.5 | $ 650.48 | 5 |
| 4/15/2016 | $ 61.95 | 7.75 | $ 480.11 | 2.5 |
| 4/29/2016 | $ 61.95 | 3.75 | $ 232.31 | 5 |
| 5/13/2016 | $ 61.95 | 5.5 | $ 340.73 | 5 |
| 5/31/2016 | $ 61.95 | 3.75 | $ 232.31 | 5 |
| 6/15/2016 | $ 61.95 | 6.5 | $ 402.68 | 7 |

**184-1**

| Date | | | | | |
|---|---|---|---|---|---|
| 6/30/2016 | $ | 61.95 | 3.75 | $ 232.31 | 5 |
| 7/15/2016 | $ | 61.95 | 3.75 | $ 232.31 | 5 |
| 7/29/2016 | $ | 61.95 | 11.5 | $ 712.43 | 7.5 |
| 8/15/2016 | $ | 61.95 | 24 | $ 1,486.80 | 15 |
| 8/31/2016 | $ | 61.95 | 23.75 | $ 1,471.31 | 2.5 |
| 9/15/2016 | $ | 61.95 | 12 | $ 743.40 | |
| 9/30/2016 | $ | 61.95 | 2 | $ 123.90 | 2.5 |
| 10/14/2016 | $ | 61.95 | 3.75 | $ 232.31 | 5 |
| 10/31/2016 | $ | **64.14** | 5.5 | $ 352.77 | 7.5 |
| 11/15/2016 | $ | 64.14 | 11.5 | $ 737.61 | 13 |
| 11/30/2016 | $ | 64.14 | 18.5 | $ 1,186.59 | 22.5 |
| 12/15/2016 | $ | 64.14 | 13 | $ 833.82 | 14.5 |
| 12/30/2016 | $ | 64.14 | 20 | $ 1,282.80 | 20 |

**184-2**

| Date | | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 2/15/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 2/28/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 3/15/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 3/31/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 4/14/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 4/28/2017 | $ | 64.14 | 2.5 | $ | 160.35 | 2.5 |
| 5/15/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 5/31/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 6/15/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 6/30/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 7/14/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 7/31/2017 | $ | 64.14 | 12.25 | $ | 785.72 | 7.5 |
| 8/15/2017 | $ | 64.14 | 34.75 | $ | 2,228.87 | 5 |
| 8/31/2017 | $ | 64.14 | 33.25 | $ | 2,132.66 | 2.5 |

184-3

| Date | | Amount | Hours | | Amount | Value |
|------|---|--------|-------|---|--------|-------|
| 9/15/2017 | $ | 64.14 | 12.75 | $ | 817.79 | 5 |
| 9/29/2017 | $ | **65.82** | 5.75 | $ | 378.47 | 5 |
| 10/13/2017 | $ | 65.82 | 5.75 | $ | 378.47 | 5 |
| 10/31/2017 | $ | 65.82 | 8.75 | $ | 575.93 | 5 |
| 11/15/2017 | $ | 65.82 | 8.75 | $ | 575.93 | 5 |
| 11/30/2017 | $ | 65.82 | 4 | $ | 263.28 | 2.5 |
| 12/15/2017 | $ | 65.82 | 5.75 | $ | 378.47 | 5 |
| 12/29/2017 | $ | 65.82 | 10.75 | $ | 707.57 | 7.5 |

184-4

| Date | | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| 1/31/2018 | $ | 65.82 | 4.5 | $ | 296.19 |
| 2/15/2018 | $ | 65.82 | 3 | $ | 197.46 |
| 2/28/2018 | $ | 65.82 | 8.5 | $ | 559.47 |
| 3/15/2018 | $ | 65.82 | 4.25 | $ | 279.74 |
| 3/30/2018 | $ | 65.82 | 3.75 | $ | 246.83 |
| 4/13/2018 | $ | 65.82 | 3.75 | $ | 246.83 |

# 184-5

| Actual Teaching Hours - EFL/EFP (Brian H. Supv) | Agreed Rate | Amount that Should Have Been Paid | Difference |
|---|---|---|---|
| | $ 45.00 | $ 112.50 | |
| 3 | $ 61.95 | $ 185.85 | |
| | | $ 298.35 | $ 11.40 |
| | $ 45.00 | $ 112.50 | $ 26.89 |
| | $ 45.00 | $ 112.50 | $ 26.89 |
| 6 | $ 61.95 | $ 371.70 | $ - |
| | $ 45.00 | $ 337.50 | |
| 3 | $ 61.95 | $ 185.85 | |
| | | $ 523.35 | $ (58.72) |
| | $ 45.00 | $ 225.00 | |
| 6 | $ 61.95 | $ 371.70 | |
| | | $ 596.70 | $ 53.78 |
| | $ 45.00 | $ 112.50 | |
| 6 | $ 61.95 | $ 371.70 | |
| | | $ 484.20 | $ (4.09) |
| | $ 45.00 | $ 225.00 | $ 7.31 |
| | $ 45.00 | $ 225.00 | $ 115.73 |
| | $ 45.00 | $ 225.00 | $ 7.31 |
| | $ 45.00 | $ 315.00 | $ 87.68 |

**184-6**

| | | | | | |
|---|---|---|---|---|---|
| | $ | 45.00 | $ | 225.00 | $ 7.31 |
| | $ | 45.00 | $ | 225.00 | $ 7.31 |
| | $ | 45.00 | $ | 337.50 | |
| 5 | $ | 61.95 | $ | 309.75 | |
| | | | $ | 647.25 | $ 65.18 |
| | $ | 45.00 | $ | 675.00 | |
| 10 | $ | 61.95 | $ | 619.50 | |
| | | | $ | 1,294.50 | $ 192.30 |
| | $ | 45.00 | $ | 112.50 | |
| 21.25 | $ | 61.95 | $ | 1,316.44 | |
| | | | $ | 1,428.94 | $ 42.37 |
| 12 | $ | 61.95 | $ | 743.40 | $ - |
| | $ | **55.00** | $ | 137.50 | $ (13.60) |
| | $ | 55.00 | $ | 275.00 | $ (42.69) |
| | $ | 55.00 | $ | 412.50 | $ (59.73) |
| | $ | 55.00 | $ | 715.00 | $ 22.61 |
| | $ | 55.00 | $ | 1,237.50 | $ (50.91) |
| | $ | 55.00 | $ | 797.50 | $ 36.32 |
| | $ | 55.00 | $ | 1,100.00 | $ 182.80 |

**184-7**

| | | | | |
|---|---|---|---|---|
| $ | 55.00 | $ | 137.50 | **$ 6.82** |
| $ | 55.00 | $ | 275.00 | **$ 13.63** |
| $ | 55.00 | $ | 137.50 | **$ 6.82** |
| $ | 55.00 | $ | 275.00 | **$ 13.63** |
| $ | 55.00 | $ | 137.50 | **$ 6.82** |
| $ | 55.00 | $ | 137.50 | **$ 22.85** |
| $ | 55.00 | $ | 275.00 | **$ 13.63** |
| $ | 55.00 | $ | 275.00 | **$ 13.63** |
| $ | 55.00 | $ | 275.00 | **$ 13.63** |
| $ | 55.00 | $ | 137.50 | **$ 6.82** |
| $ | 55.00 | $ | 275.00 | **$ 13.63** |
| | $ | 55.00 | $ | 412.50 | |
| 5 | $ | 70.00 | $ | 350.00 | |
| | | $ | 762.50 | **$ 23.22** |
| | $ | 55.00 | $ | 275.00 | |
| 3 | $ | 64.14 | $ | 192.42 | |
| 25 | $ | 70.00 | $ | 1,750.00 | |
| | | $ | 2,217.42 | **$ 11.45** |
| | $ | 55.00 | $ | 137.50 | |
| 1.5 | $ | 64.14 | $ | 96.21 | |
| 25 | $ | 70.00 | $ | 1,750.00 | |
| | | $ | 1,983.71 | **$ 148.95** |

# 184-8

| | | | | |
|---|---|---|---|---|
| | $ 55.00 | $ 275.00 | | |
| 3 | $ 64.14 | $ 192.42 | | |
| 5 | $ 70.00 | $ 350.00 | | |
| | | $ 817.42 | $ | 0.37 |
| | $ 56.49 | $ 282.45 | | |
| 1.5 | $ 65.82 | $ 98.73 | | |
| | | $ 381.18 | $ | (2.71) |
| | $ 56.49 | $ 282.45 | | |
| 1.5 | $ 65.82 | $ 98.73 | | |
| | | $ 381.18 | $ | (2.71) |
| | $ 56.49 | $ 282.45 | | |
| 4.5 | $ 65.82 | $ 296.19 | | |
| | | $ 578.64 | $ | (2.71) |
| | $ 56.49 | $ 282.45 | | |
| 4.5 | $ 65.82 | $ 296.19 | | |
| | | $ 578.64 | $ | (2.71) |
| | $ 56.49 | $ 141.23 | | |
| 1.5 | $ 65.82 | $ 98.73 | | |
| | | $ 239.96 | $ | 23.33 |
| | $ 56.49 | $ 282.45 | | |
| 1.5 | $ 65.82 | $ 98.73 | | |
| | | $ 381.18 | $ | (2.71) |
| | $ 56.49 | $ 423.68 | | |
| 4.5 | $ 65.82 | $ 296.19 | | |

**184-9**

| | | | | |
|---|---|---|---|---|
| | $ | | $ 719.87 | $ **(12.30)** |
| 4.5 | $ 65.82 | $ | 296.19 | $ **-** |
| 3 | $ 65.82 | $ | 197.46 | $ **-** |
| 4 | $ 65.82 | $ | 263.28 | |
| 4 | $ 70.00 | $ | 280.00 | |
| | | $ | 543.28 | $ **16.19** |
| 2 | $ 65.82 | $ | 131.64 | |
| 2 | $ 70.00 | $ | 140.00 | |
| | | $ | 271.64 | $ **8.10** |
| 1.5 | $ 65.82 | $ | 98.73 | |
| 2 | $ 70.00 | $ | 140.00 | |
| | | $ | 238.73 | $ **8.10** |
| 3.75 | $ 65.82 | $ | 246.83 | $ **0.01** |
| | | Total Overpayment | | $ **1,009.23** |

# 184-10

## HR Comments

1/5- (EFP - WKDY 3HRS) **+** 1/9-(ELI REG Sat -2.5 hours)

1/30-(ELI REG Sat -2.5 hours)

2/7-(ELI REG Sat -2.5 hours) - **\* Timesheet error, hours entered on Sun instead of Sat**

**\*\*\*Six Historical EFP Hours paid** (2/4, 2/11- EFP - 3HRS)

2/18 (EFP - WKDY 3HRS) **+** 2/27-(ELI REG Sat -2.5 hours) **+** 2/20 (ELI EXTD Sat -5 hours)

3/3, 3/10 (EFP - 3HRS) **+** 2/27-(ELI REG Sat -2.5 hours) **+** 3/5 (ELI EXTD Sat -5 hours)

3/24, 3/31 (EFP - 3HRS) + 3/19-(ELI REG Sat -2.5 hours)

4/2 (ELI EXTD Sat -5 hours)

4/16-(ELI REG Sat -2.5 hours) **+** 4/23(ELI EXTD Sat -5 hours)

5/7, 5/14 (ELI REG Sat -2.5 hours)

5/21-(ELI REG Sat -2.5 hours) **+** 5/23 (ELI WKDY- 5HRS)

# 184-11

6/4, 6/11-(ELI REG Sat -2.5 hours)

6/18, 6/23(ELI EXTD Sat -5 hours)

7/14 (EFL- WKDY 5 HRS) **+** 7/12 (ELI - WKDY 5 HRS) **+** 7/9 (ELI REG Sat -2.5 hours)

7/19, 7/21, 7/26, 7/28 (EFL- AFTERNOON 2.5 HRS) **+** 7/19, 7/21, 7/26, 7/28 (ELI WKDY -2.5 hours)**+** 7/16 (ELI EXTD Sat - 5 hours)

8/2,8/9,8/11,- (EFL- WKDY 5 HRS) **+** 8/4, 8/12 (EFL- AFTERNOON 2.5 HRS) **+** 8/4- (ELI WKDY -2.5 hours)

8/16, 8/18 (EFL- WKDY 5 HRS) **+** 8/20 (EFL-2HRS)

9/10- (ELI REG Sat -2.5 hours)

9/17- (ELI REG Sat -2.5 hours)

10/1 (ELI EXTD Sat - 5 hours) **+** 10/8 (ELI REG Sat - 2.5 hours)

10/22 (ELI EXTD Sat - 5 hours)**+** 10/24,10/26 (ELI - WKDY - 4 hours)

11/2,11/7,11/9,11/14 (ELI - WKDY - 4 hours) **+** 11/12 (ELI REG Sat -2.5 hours)

11/17,11/21?,11/22 (ELI - WKDY - 4 hours) **+** 11/19 (ELI REG Sat -2.5 hours)

12/2,12/5,12/6,12/7,12/8 (ELI - WKDY - 4 hours)

**184-12**

1/21 (ELI REG Sat -2.5 hours)

2/4, 2/11 (ELI REG Sat -2.5 hours)

2/25 (ELI REG Sat -2.5 hours)

3/4, 3/11 (ELI REG Sat -2.5 hours)

3/25 (ELI REG Sat -2.5 hours)

4/1 (ELI REG Sat -2.5 hours)

4/22, 4/29 - (ELI REG Sat -2.5 hours)

5/6, 5/13 (ELI REG Sat -2.5 hours)

5/20, 5/27  (ELI REG Sat -2.5 hours)

6/10  (ELI REG Sat -2.5 hours)

6/17, 6/24 (ELI REG Sat -2.5 hours)

7/1,7/8,7/15 (ELI REG Sat -2.5 hours) **+** 7/13- (EFL- WKDY 5 HRS)


7/18,7/20,7/25,7/27,7/28 (EFL- WKDY 5 HRS) **+** 7/24, 7/31 (EFP - WKDY 1.5 HRS) **+** 7/22, 7/29 - (ELI REG Sat -2.5 hours)



8/1,8/3,8/8,8/10,8/15- (EFL- WKDY 5 HRS) **+** 8/7(EFP - WKDY 1.5 HRS) **+** 8/5, 8/12(ELI REG Sat -2.5 hours)

# 184-13

8/17- EFL- WKDY 5 HRS **+** 8/1,8/28- (EFP - WKDY 1.5 HRS) **+** 8/19 (ELI Sat EXTD - 5 hours)

9/14 (EFP - WKDY 1.5 HRS) **+** 9/2, 9/9 (ELI REG Sat -2.5 hours)

9/28- (EFP - WKDY 1.5 HRS) **+** 9/16, 9/23 (ELI REG Sat -2.5 hours)

10/3, 10/5, 10/12 (EFP - WKDY 1.5 HRS) **+** 10/7(ELI EXTD Sat -5 hours)

10/19 (EFP -1.5 HRS) **+** 10/26 (EFP - 3HRS)  **+** 10/21,10/28 - (ELI REG Sat -2.5 hours)

11/9 (EFP - Private1.5 HRS)**+** 11/4 - (ELI REG Sat -2.5 hours)

11/20 (EFP- Private 1.5 HRS) **+** 11/18, 11/25 (ELI REG Sat -2.5 hours)

12/7 (EFP - 3HRS) **+** 12/14 (EFP- 1.5 HRS)  **+** 12/2 (ELI EXTD Sat -5 hours) **+** 12/9 (ELI REG Sat -2.5 hours)

# 184-14

1/4 (EFP - Private1.5 HRS) **+** 1/11 (EFP - 3HRS)

1/25 (EFP - 3HRS)

2/1, 2/6, 2/9, 2/13 (EFP - WKNITE 2 HRS); **Refer to Brian's 1/29 email where he agreed to pay $70 for a seven week EFP course beginning on 1/30 and his 2/15 email outlining timesheet corrections**

2/23, 2/27 (EFP - WKNITE 2 HRS)

3/6 (EFP - WKNITE 2 HRS) **+** 3/8 (EFP - Private 1.5 HRS)

3/27 (EFP - 3.75HRS); **Refer to Brian's 4/15 email**

184-15

# 184-16

| Pay Date | Banner Pay Rate | Kronos Work Hours | Gross Pay Amount | Actual Teaching Hours - ELI (Jason T. - Supv) |
|---|---|---|---|---|
| 1/29/2016 | $ 61.95 | 5 | $ 309.75 | 2.5 |
| 2/12/2016 | $ 61.95 | 2.25 | $ 139.39 | 2.5 |
| 2/29/2016 | $ 61.95 | 2.25 | $ 139.39 | 2.5 |
| 3/15/2016 | $ 61.95 | 6 | $ 371.70 | |
| 3/15/2016 | $ 61.95 | 7.5 | $ 464.63 | 7.5 |
| 3/31/2016 | $ 61.95 | 10.5 | $ 650.48 | 5 |
| 4/15/2016 | $ 61.95 | 7.75 | $ 480.11 | 2.5 |
| 4/29/2016 | $ 61.95 | 3.75 | $ 232.31 | 5 |
| 5/13/2016 | $ 61.95 | 5.5 | $ 340.73 | 5 |
| 5/31/2016 | $ 61.95 | 3.75 | $ 232.31 | 5 |
| 6/15/2016 | $ 61.95 | 6.5 | $ 402.68 | 7 |

184-17

| Date | | Rate | Hours | | Amount | Hours |
|---|---|---|---|---|---|---|
| 6/30/2016 | $ | 61.95 | 3.75 | $ | 232.31 | 5 |
| 7/15/2016 | $ | 61.95 | 3.75 | $ | 232.31 | 5 |
| 7/29/2016 | $ | 61.95 | 11.5 | $ | 712.43 | 7.5 |
| 8/15/2016 | $ | 61.95 | 24 | $ | 1,486.80 | 15 |
| 8/31/2016 | $ | 61.95 | 23.75 | $ | 1,471.31 | 2.5 |
| 9/15/2016 | $ | 61.95 | 12 | $ | 743.40 | |
| 9/30/2016 | $ | 61.95 | 2 | $ | 123.90 | 2.5 |
| 10/14/2016 | $ | 61.95 | 3.75 | $ | 232.31 | 5 |
| 10/31/2016 | **$** | **64.14** | 5.5 | $ | 352.77 | 7.5 |
| 11/15/2016 | $ | 64.14 | 11.5 | $ | 737.61 | 13 |
| 11/30/2016 | $ | 64.14 | 18.5 | $ | 1,186.59 | 22.5 |
| 12/15/2016 | $ | 64.14 | 13 | $ | 833.82 | 14.5 |
| 12/30/2016 | $ | 64.14 | 20 | $ | 1,282.80 | 20 |

**184-18**

| | | | | | |
|---|---|---|---|---|---|
| 2/15/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 2/28/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 3/15/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 3/31/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 4/14/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 4/28/2017 | $ | 64.14 | 2.5 | $ | 160.35 | 2.5 |
| 5/15/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 5/31/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 6/15/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 6/30/2017 | $ | 64.14 | 2.25 | $ | 144.32 | 2.5 |
| 7/14/2017 | $ | 64.14 | 4.5 | $ | 288.63 | 5 |
| 7/31/2017 | $ | 64.14 | 12.25 | $ | 785.72 | 7.5 |
| 8/15/2017 | $ | 64.14 | 34.75 | $ | 2,228.87 | 5 |
| 8/31/2017 | $ | 64.14 | 33.25 | $ | 2,132.66 | 2.5 |

184-19

| 9/15/2017 | $ | 64.14 | 12.75 | $ | 817.79 | 5 |
| 9/29/2017 | $ | **65.82** | 5.75 | $ | 378.47 | 5 |
| 10/13/2017 | $ | 65.82 | 5.75 | $ | 378.47 | 5 |
| 10/31/2017 | $ | 65.82 | 8.75 | $ | 575.93 | 5 |
| 11/15/2017 | $ | 65.82 | 8.75 | $ | 575.93 | 5 |
| 11/30/2017 | $ | 65.82 | 4 | $ | 263.28 | 2.5 |
| 12/15/2017 | $ | 65.82 | 5.75 | $ | 378.47 | 5 |
| 12/29/2017 | $ | 65.82 | 10.75 | $ | 707.57 | 7.5 |

184-20

| 1/31/2018 | $ | 65.82 | 4.5 | $ | 296.19 |
| 2/15/2018 | $ | 65.82 | 3 | $ | 197.46 |
| 2/28/2018 | $ | 65.82 | 8.5 | $ | 559.47 |
| 3/15/2018 | $ | 65.82 | 4.25 | $ | 279.74 |
| 3/30/2018 | $ | 65.82 | 3.75 | $ | 246.83 |
| 4/13/2018 | $ | 65.82 | 3.75 | $ | 246.83 |

# 184-21

| Actual Teaching Hours - EFL/EFP (Brian H. Supv) | Agreed Rate | | Amount that Should Have Been Paid | | Difference | |
|---|---|---|---|---|---|---|
| | $ | 45.00 | $ | 112.50 | | |
| 3 | $ | 61.95 | $ | 185.85 | | |
| | | | $ | 298.35 | $ | 11.40 |
| | $ | 45.00 | $ | 112.50 | $ | 26.89 |
| | $ | 45.00 | $ | 112.50 | $ | 26.89 |
| 6 | $ | 61.95 | $ | 371.70 | $ | - |
| | $ | 45.00 | $ | 337.50 | | |
| 3 | $ | 61.95 | $ | 185.85 | | |
| | | | $ | 523.35 | $ | (58.72) |
| | $ | 45.00 | $ | 225.00 | | |
| 6 | $ | 61.95 | $ | 371.70 | | |
| | | | $ | 596.70 | $ | 53.78 |
| | $ | 45.00 | $ | 112.50 | | |
| 6 | $ | 61.95 | $ | 371.70 | | |
| | | | $ | 484.20 | $ | (4.09) |
| | $ | 45.00 | $ | 225.00 | $ | 7.31 |
| | $ | 45.00 | $ | 225.00 | $ | 115.73 |
| | $ | 45.00 | $ | 225.00 | $ | 7.31 |
| | $ | 45.00 | $ | 315.00 | $ | 87.68 |

# 184-22

| | | | | | | |
|---|---|---|---|---|---|---|
| | $ | 45.00 | $ | 225.00 | $ | 7.31 |
| | $ | 45.00 | $ | 225.00 | $ | 7.31 |
| | $ | 45.00 | $ | 337.50 | | |
| 5 | $ | 61.95 | $ | 309.75 | | |
| | | | $ | 647.25 | $ | 65.18 |
| | $ | 45.00 | $ | 675.00 | | |
| 10 | $ | 61.95 | $ | 619.50 | | |
| | | | $ | 1,294.50 | $ | 192.30 |
| | $ | 45.00 | $ | 112.50 | | |
| 21.25 | $ | 61.95 | $ | 1,316.44 | | |
| | | | $ | 1,428.94 | $ | 42.37 |
| 12 | $ | 61.95 | $ | 743.40 | $ | - |
| | $ | 55.00 | $ | 137.50 | $ | (13.60) |
| | $ | 55.00 | $ | 275.00 | $ | (42.69) |
| | $ | 55.00 | $ | 412.50 | $ | (59.73) |
| | $ | 55.00 | $ | 715.00 | $ | 22.61 |
| | $ | 55.00 | $ | 1,237.50 | $ | (50.91) |
| | $ | 55.00 | $ | 797.50 | $ | 36.32 |
| | $ | 55.00 | $ | 1,100.00 | $ | 182.80 |

184-23

| | | | | |
|---|---|---|---|---|
| | $ | 55.00 | $ | 137.50 | $ | **6.82** |
| | $ | 55.00 | $ | 275.00 | $ | **13.63** |
| | $ | 55.00 | $ | 137.50 | $ | **6.82** |
| | $ | 55.00 | $ | 275.00 | $ | **13.63** |
| | $ | 55.00 | $ | 137.50 | $ | **6.82** |
| | $ | 55.00 | $ | 137.50 | $ | **22.85** |
| | $ | 55.00 | $ | 275.00 | $ | **13.63** |
| | $ | 55.00 | $ | 275.00 | $ | **13.63** |
| | $ | 55.00 | $ | 275.00 | $ | **13.63** |
| | $ | 55.00 | $ | 137.50 | $ | **6.82** |
| | $ | 55.00 | $ | 275.00 | $ | **13.63** |
| | $ | 55.00 | $ | 412.50 | | |
| 5 | $ | 70.00 | $ | 350.00 | | |
| | | | $ | 762.50 | $ | **23.22** |
| | $ | 55.00 | $ | 275.00 | | |
| 3 | $ | 64.14 | $ | 192.42 | | |
| 25 | $ | 70.00 | $ | 1,750.00 | | |
| | | | $ | 2,217.42 | $ | **11.45** |
| | $ | 55.00 | $ | 137.50 | | |
| 1.5 | $ | 64.14 | $ | 96.21 | | |
| 25 | $ | 70.00 | $ | 1,750.00 | | |
| | | | $ | 1,983.71 | $ | **148.95** |

184-24

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | $ | 55.00 | $ | 275.00 | | |
| 3 | $ | 64.14 | $ | 192.42 | | |
| 5 | $ | 70.00 | $ | 350.00 | | |
|  | | | $ | 817.42 | $ | 0.37 |
|  | | | | | | |
|  | $ | 55.00 | $ | 275.00 | | |
| 1.5 | $ | 65.82 | $ | 98.73 | | |
|  | | | $ | 373.73 | $ | 4.74 |
|  | | | | | | |
|  | $ | 55.00 | $ | 275.00 | | |
| 1.5 | $ | 65.82 | $ | 98.73 | | |
|  | | | $ | 373.73 | $ | 4.74 |
|  | | | | | | |
|  | $ | 55.00 | $ | 275.00 | | |
| 4.5 | $ | 65.82 | $ | 296.19 | | |
|  | | | $ | 571.19 | $ | 4.74 |
|  | | | | | | |
|  | $ | 55.00 | $ | 275.00 | | |
| 4.5 | $ | 65.82 | $ | 296.19 | | |
|  | | | $ | 571.19 | $ | 4.74 |
|  | | | | | | |
|  | $ | 55.00 | $ | 137.50 | | |
| 1.5 | $ | 65.82 | $ | 98.73 | | |
|  | | | $ | 236.23 | $ | 27.05 |
|  | | | | | | |
|  | $ | 55.00 | $ | 275.00 | | |
| 1.5 | $ | 65.82 | $ | 98.73 | | |
|  | | | $ | 373.73 | $ | 4.74 |
|  | | | | | | |
|  | $ | 55.00 | $ | 412.50 | | |
| 4.5 | $ | 65.82 | $ | 296.19 | | |

184-25

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | $ |  | $ | 708.69 | **$ (1.12)** |
| 4.5 | $ | 65.82 | $ | 296.19 | **$ -** |
| 3 | $ | 65.82 | $ | 197.46 | **$ -** |
| 4 | $ | 65.82 | $ | 263.28 |  |
| 4 | $ | 70.00 | $ | 280.00 |  |
|  | $ |  | $ | 543.28 | **$ 16.19** |
| 2 | $ | 65.82 | $ | 131.64 |  |
| 2 | $ | 70.00 | $ | 140.00 |  |
|  | $ |  | $ | 271.64 | **$ 8.10** |
| 1.5 | $ | 65.82 | $ | 98.73 |  |
| 2 | $ | 70.00 | $ | 140.00 |  |
|  | $ |  | $ | 238.73 | **$ 8.10** |
| 3.75 | $ | 65.82 | $ | 246.83 | **$ 0.01** |

Total Overpayment    **$ 1,061.38**

184-26

## HR Comments

1/5- (EFP - WKDY 3HRS) **+** 1/9-(ELI REG Sat -2.5 hours)


1/30-(ELI REG Sat -2.5 hours)

2/7-(ELI REG Sat -2.5 hours) - **\* Timesheet error, hours entered on Sun instead of Sat**

**\*\*\*Six Historical EFP Hours paid** (2/4, 2/11- EFP - 3HRS)

2/18 (EFP - WKDY 3HRS) **+** 2/27-(ELI REG Sat -2.5 hours) **+** 2/20 (ELI EXTD Sat - 5 hours)


3/3, 3/10 (EFP - 3HRS) **+** 2/27-(ELI REG Sat -2.5 hours) **+** 3/5 (ELI EXTD Sat -5 hours)


3/24, 3/31 (EFP - 3HRS) + 3/19-(ELI REG Sat -2.5 hours)


4/2 (ELI EXTD Sat -5 hours)

4/16-(ELI REG Sat -2.5 hours) **+** 4/23(ELI EXTD Sat -5 hours)

5/7, 5/14 (ELI REG Sat -2.5 hours)

5/21-(ELI REG Sat -2.5 hours) **+** 5/23 (ELI WKDY- 5HRS)

**184-27**

6/4, 6/11-(ELI REG Sat -2.5 hours)

6/18, 6/23(ELI EXTD Sat -5 hours)

7/14 (EFL- WKDY 5 HRS) **+** 7/12 (ELI - WKDY 5 HRS) **+** 7/9 (ELI REG Sat -2.5 hours)

7/19, 7/21, 7/26, 7/28 (EFL- AFTERNOON 2.5 HRS) **+** 7/19, 7/21, 7/26, 7/28 (ELI WKDY -2.5 hours)**+** 7/16 (ELI EXTD Sat - 5 hours)

8/2,8/9,8/11,- (EFL- WKDY 5 HRS) **+** 8/4, 8/12 (EFL- AFTERNOON 2.5 HRS) **+** 8/4-  (ELI WKDY -2.5 hours)

8/16, 8/18 (EFL- WKDY 5 HRS) **+** 8/20 (EFL-2HRS)

9/10- (ELI REG Sat -2.5 hours)

9/17- (ELI REG Sat -2.5 hours)

10/1 (ELI EXTD Sat - 5 hours) **+** 10/8 (ELI REG Sat - 2.5 hours)

10/22 (ELI EXTD Sat - 5 hours)**+** 10/24,10/26 (ELI - WKDY - 4 hours)

11/2,11/7,11/9,11/14 (ELI - WKDY - 4 hours)  **+** 11/12 (ELI REG Sat -2.5 hours)

11/17,11/21?,11/22 (ELI - WKDY - 4 hours) **+** 11/19 (ELI REG Sat -2.5 hours)

12/2,12/5,12/6,12/7,12/8 (ELI - WKDY - 4 hours)

# 184-28

1/21 (ELI REG Sat -2.5 hours)

2/4, 2/11 (ELI REG Sat -2.5 hours)

2/25 (ELI REG Sat -2.5 hours)

3/4, 3/11 (ELI REG Sat -2.5 hours)

3/25 (ELI REG Sat -2.5 hours)

4/1 (ELI REG Sat -2.5 hours)

4/22, 4/29 - (ELI REG Sat -2.5 hours)

5/6, 5/13 (ELI REG Sat -2.5 hours)

5/20, 5/27  (ELI REG Sat -2.5 hours)

6/10  (ELI REG Sat -2.5 hours)

6/17, 6/24 (ELI REG Sat -2.5 hours)

7/1,7/8,7/15 (ELI REG Sat -2.5 hours) **+** 7/13- (EFL- WKDY 5 HRS)


7/18,7/20,7/25,7/27,7/28 (EFL- WKDY 5 HRS) **+** 7/24, 7/31 (EFP - WKDY 1.5 HRS) **+** 7/22, 7/29 - (ELI REG Sat -2.5 hours)



8/1,8/3,8/8,8/10,8/15- (EFL- WKDY 5 HRS) **+** 8/7(EFP - WKDY 1.5 HRS) **+** 8/5, 8/12(ELI REG Sat -2.5 hours)

**184-29**

8/17- EFL- WKDY 5 HRS **+** 8/1,8/28- (EFP - WKDY 1.5 HRS) **+** 8/19 (ELI Sat EXTD - 5 hours)

9/14 (EFP - WKDY 1.5 HRS) **+** 9/2, 9/9 (ELI REG Sat -2.5 hours)

9/28- (EFP - WKDY 1.5 HRS) **+** 9/16, 9/23 (ELI REG Sat -2.5 hours)

10/3, 10/5, 10/12 (EFP - WKDY 1.5 HRS) **+** 10/7(ELI EXTD Sat -5 hours)

10/19 (EFP -1.5 HRS) **+** 10/26 (EFP - 3HRS)  **+** 10/21,10/28 - (ELI REG Sat -2.5 hours)

11/9 (EFP - Private1.5 HRS)**+** 11/4 - (ELI REG Sat -2.5 hours)

11/20 (EFP- Private 1.5 HRS) **+** 11/18, 11/25 (ELI REG Sat -2.5 hours)

12/7 (EFP - 3HRS) **+** 12/14 (EFP- 1.5 HRS)  **+** 12/2 (ELI EXTD Sat -5 hours) **+** 12/9 (ELI REG Sat -2.5 hours)

1/4 (EFP - Private1.5 HRS) **+** 1/11 (EFP - 3HRS)

1/25 (EFP - 3HRS)

2/1, 2/6, 2/9, 2/13 (EFP - WKNITE 2 HRS); **Refer to Brian's 1/29 email where he agreed to pay $70 for a seven week EFP course beginning on 1/30 and his 2/15 email outlining timesheet corrections**

2/23, 2/27 (EFP - WKNITE 2 HRS)

3/6 (EFP - WKNITE 2 HRS) **+** 3/8 (EFP - Private 1.5 HRS)

3/27 (EFP - 3.75HRS); **Refer to Brian's 4/15 email**

**Part-Time Instructors**

Effective September 1, 2015, eligible part-time instructors who are members of the unit shall receive an across-the-board increase of two percent (2%).

Effective September 1, 2016, eligible part-time instructors who are members of the unit shall receive an across-the-board increase of one and a half percent (1.5%) with the opportunity to receive up to an additional one percent ( 1 %) based on merit if the member received a rating above 3.0 in the previous academic year.

Effective September 1, 2017, eligible part-time instructors who are members of the unit shall receive an across-the-board increase of two percent (2%) with the opportunity to receive up to an additional one percent (I%) based on merit if the member received a rating above 3.0 in the previous academic year.

To be eligible for the increases above, part-time instructor members of the unit must:

a. have taught a minimum of forty-five (45) hours in the prior academic year; and

b. teach a minimum offorty-flve (45) hours in the academic year the salary increase is effective.

Effective September 1, 2016, the minimum hourly rate for part-time instructors shall be fifty-five dollars ($55) per hour.

32