Summer Lawyer's program, as I had not been offered any other courses after I complained of pay rate problems in Hickey's and Tannenbaum's programs. In effect, Brubaker fired me with a contrived issue which I had no control over but that she and others at Defendant Pace did. Her letter to me regarding this, however, framed the issue as if the problems were all my fault ("*Students being able to access their final grades is a vital part of our program and instructors submitting their final grades on time is a key expectation. Unfortunately, we will not be offering you any of the English for Lawyer's courses in the future*"). (Put email from Brubaker here) Exhibit "N".

Stunned and upset by this turn of events, I contacted Quinlan, the Union's President. I also contacted Defendant Baumann on November 30, 2020 via email and requested a Human Resources Appeals hearing.

Defendant Baumann, however, did not reply. She apparently precipitated a transfer of my email addressed to her to Bundor, who then responded to me on December 1, 2020 with Defendant Baumann cc'd or copied on the communication (Put my December 21, 2020 email to Bundor here).

In my response to Bundor, I discussed Brubaker's aforementioned letter informing me that I was not going to be invited back to the program because of the grades and what she had claimed were "*communication*" issues, despite the fact that she still had the grades for my class which I had sent her of my own accord that she could have entered into the system but would not. That email reply to Bundor ultimately linked the removal or firing of me from the Summer Lawyer's program with my earlier reported ELI fraud, pay rate complaints and unequal treatment claims to the teaching opportunities no longer being

# 092S Final Grade Submission and Future Classes

Brubaker, Sarah H.

You replied on 10/22/2020 2:24 AM.

**Sent:** Thursday, October 15, 2020 8:56 AM
**To:**   Harte, Wendy A.

Hi Wendy,

When you accepted the courses for the English for Lawyer's classes this past summer (Summer 2, 2020), you did so confirming acknowledgement that you must maintain the expectations of the administration of the course, which included submitting final grades on time. Unfortunately, you have still not submitted your final grades for the 092S course. There have been multiple attempt by both myself and the ITS Helpdesk to contact you and have you submit these grades, with little to no response. The grades were due in the system on August 3rd, and they still (as of October 15th) have not been officially submitted even though both ITS and I have made multiple requests and offers to help.

Students being able to access their final grades is a vital part of our program and instructors submitting their final grades on time is a key expectation. Therefore, unfortunately, we will not be offering you any of the English for Lawyer's courses in the future.

Best,
**Sarah Brubaker, Associate Director of Academics**
English Language Institute, Pace University
78 N. Broadway, White Plains, NY 10603
E: sbrubaker@pace.edu    T: 914.422.4041
#YOUAREWELCOMEHERE   W: pace.edu/ELI