via email and requested a Human Resources Appeals hearing.

Defendant Baumann, however, did not reply. She apparently precipitated a transfer of my email addressed to her to Bundor, who then responded to me on December 1, 2020 with Defendant Baumann cc'd or copied on the communication (Put my December 21, 2020 email to Bundor here).

In my response to Bundor, I discussed Brubaker's aforementioned letter informing me that I was not going to be invited back to the program because of the grades and what she had claimed were "*communication*" issues, despite the fact that she still had the grades for my class which I had sent her of my own accord that she could have entered into the system but would not. That email reply to Bundor ultimately linked the removal or firing of me from the Summer Lawyer's program with my earlier reported ELI fraud, pay rate complaints and unequal treatment claims to the teaching opportunities no longer being offered to me in the department as a result. (My December 21, 2020 letter to Bundor here). EXHIBIT "O".

A hearing was scheduled in December 2020 with Bundor, Quinlan, Brubaker and me on the aforementioned matter. However, due to proximity to

**Sent:** Monday, December 21, 2020 12:48 AM

**To:**   Bundor, Sia N.; Quinlan, Prof. William, Jr; Brubaker, Sarah H.

Hi Sia,

Here is the correspondence with OSA. As Janet states, she had not fixed the issue but wanted to know the grades I wanted entered. Well into a semester with my workload, 5 mixed mode classes and my own issues to handle, I was late responding, which I wasn't for any of the other email correspondence from Sarah, OSA and the Helpdesk. However, I did respond to Janet, once I realized that when I received Sarah's last communication with the firing, the grades had still not been entered and the system was still not working. As per below, I provided her with the grades.

What I know about the chain of events and who put the grades in is in the emails below. It also appears that the concern was more with firing me, as I received Sarah's email on October 15th, than with the student grades going in, which still were not in, with the exception of 3 students, on October 22nd.  It is unknown to me when those 3 grades were entered and if they were a result of earlier student complaints or something else.

Finally, I would like to state that, prior to me asking to be paid a salary commensurate with my level of education, value and contribution to the ELI department, I had no issues within the department. I was offered class after class, multiple classes one after the other in any given teaching period and tutoring assignments for business clients for the department, in the daytime, in the evening and on weekends. There was an overabundance of classes and an ELI schedule I tried my best to keep up with, given my teaching schedule in New York and my need to take care of myself. I received excellent student reviews for my efforts.

Once I asked to be paid a salary commensurate with my level of education, value and contribution to the ELI department, any communication on business classes and tutoring offers was reduced to nothing and students who came to me for tutoring during the summer were rerouted to another professor. Now, an issue such as the current one has arisen where I received no help on a crucial administrative matter, where that help would have been and had been forthcoming, if not immediately, very soon after this particular problem and any like it arose in the past. In today's case, it was the issue that became the opportunity to fire me.

Thank you.

Best regards,

Wendy Harte