"*concerns*" which could and would become the criticism to which Defendant Pace could return at any time later as proof of a problematic "*history*" whenever they needed to justify any fault they labeled me with, however false.

Thus far then, Defendant Pace had not taken responsibility for the ELI Hickey and Tannenbaum fraud (choosing to falsely "*blame me back*" in Bundor and Defendant Baumann's initial spreadsheet. They would stay silent on what they knew about the English department and the rate issue there. Defendant Pace would thereafter not take responsibility for (or admit to) the Brubaker ELI blocked grading event in what looked to be a manufactured incident. The blame they placed on me, which was always supposed to be placed on me then, was also necessary and predictable. (Brubaker January 8 2021 letter). EXHIBIT "P" (should be EXHIBIT "Q")

However, planted in Brubaker's email in the first paragraph was something peculiar and was likely intended to be preparatory. In the aforementioned letter that had an incorrect date of the hearing which had taken place in *January 2021* just before the Spring 2021 semester commenced, Brubaker included an entire paragraph of her letter about the Collective Bargaining Agreement ("*CBA*") and "*semesters*" which is not only contradicted by other sections of that document, even if correct, was inapplicable in this Summer program situation. It was however there in a January 2021 communication, just before the Spring 2021 semester

After this difficult incident which made me feel evermore vulnerable to Defendant Pace's whims,

# Dec. 18th Meeting Follow-Up

Brubaker, Dr. Sarah

You replied on 1/11/2021 12:21 PM.

**Sent:** Friday, January 8, 2021 12:04 PM
**To:** Harte, Wendy A.
**Cc:** Bundor, Sia N.; Quinlan, Prof. William, Jr

Dear Wendy,

In follow-up to our December 18th meeting, thank you for providing the correspondence between yourself and OSA in reference to submitting your grades in Pace Portal. After reviewing this new information, we have made the determination to reverse the decision to not offer you classes in the future. Please note, we are still unable to guarantee future course assignments to any instructor. Courses will continue to be offered to instructors each semester based on a number of factors including, but not limited to availability. This practice is in accordance with Article 6.2 of the current collective bargaining agreement which states in part, "... appointments shall be for a single semester. All reappointments are at the University's discretion based on relative qualifications as determined by the Department Chair, performance evaluations, course availability, seniority (based on years of adjunct service at Pace) and the needs of the University."

I must reiterate the need for improved communication between you and the ELI Office. Moving forward, it must be consistent and timely. Please ensure that I am either copied or made aware of all exchanges related to course issues. This will give me the opportunity to follow up with specific parties over the issues identified, but not yet resolved.

To further support improvement, review and follow-up on emails sent by the ELI Office should be handled promptly. It is the instructor's responsibility to complete the entirety of the requirements set in the assignment email, including official grade submission. Please confirm that you have the necessary access to all ELI course systems (i.e. Gradekeeper) to be able to meet stated submission deadlines. This will alleviate pressure at the end of term for both yourself and the ELI Office.

I ask that you acknowledge receipt of this message by replying to this email. If you have questions or concerns, please let us know.

Kind Regards,
Sarah

Best,

**Sarah Brubaker, Associate Director of Academics**

English Language Institute, Pace University

78 N. Broadway, White Plains, NY 10603

E: sbrubaker@pace.edu    T: 914.422.4041

#YOUAREWELCOMEHERE    W: pace.edu/ELI