Student "C" on February 11, 2021 at 8:40 a.m. with email verbiage that was strange. First, she repeated the student and then escalated and/or added to the level of the students' issue by suggesting another feeling ("*This sounds concerning and also painful*"). Put Alex email here Exhibit P). (should be Exhibit "R")

In the aforementioned email, Defendant Hsu also allegedly made a comment to Student "C" about "*trying to line up a couple of other conversations that needed to happen*", which, respectfully, would require clarification at a trial as to whom she meant and for what reason. That is, this email was sent before Defendant Hsu and I spoke on that day by phone where she made no mention whatsoever of either of the two (2) alleged emails she had received, one of which she solicited, as "*feedback*". I did not know they existed. When I spoke to Defendant Hsu, after having attempted reaching her on both February 10, 2021 and February 11, 2021, by phone and text, indicating an urgency in needing to speak with her, in order to share with her what had been happening in my Zoom classroom and request her assistance, it was as a bullied person seeking help. I ask the court to note, respectfully, that It has not been verified as to whether this meeting of the alleged student and Defendant Hsu actually took place since not only are names redacted but Campbell and Kimura provided no documentation or notes memorializing the contents of that alleged meeting/s, scheduled allegedly to occur on Friday, the 12th of February at 9:30 a.m.

On February 11, 2021 at 11:56 a.m., when Defendant Hsu and I finally had a telephone conversation, I described what had been occurring

**From:** Hsu, Stephanie
**Sent:** Thursday, February 11, 2021 8:40 AM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: AMS 200

Hi

Thanks so much for reaching out. This sounds concerning and also painful. The work of accountability is delicate but powerful, and since receiving your email, I've been trying to line up a couple of other conversations that need to happen. Could we schedule a time to zoom or talk on the phone (whichever you'd prefer) tomorrow, Friday? Anytime besides 11:30-1:30pm. I appreciate your patience and understanding -- let me know if tomorrow is unacceptable, and if so I can make time today.

Talk soon!
sh

Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department
41 Park Row, 15th Floor
New York, NY 10038
212-346-1588
PGPs: she/her/hers

---

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, February 9, 2021 11:53 AM
**To:** Hsu, Stephanie
**Subject:** AMS 200

Hello,
I have some concerns and questions regarding the course I am currently in AMS 200 with professor Harte. In the past two weeks I have had minor issues with the comments and questions she was asking in class, but yesterday was particularly troubling. Is it possible to schedule a zoom meeting or meet during your office hours to go over my concerns?
Thank you,

1

D00000128