This is Exhibit "RemovalLetter#5"

well before removal.

Defendants #322. The fifth bullet point in the removal letter also provided that "Some students were arbitrarily asked to prepare presentation with less than 48-hour notice. There was no schedule Given to students in advance and adhered to consistently." (Blackwood Aff., Ex. O; Baumann Aff., Ex. O).

**This is false. The language of arbitrariness is meant to point to something outside of the workings of my class. Defendants also used "and" language to attach something true and something false. That is, there was a schedule given but, due to students changing their days to facilitate and other events, the schedule required organic and in the moment adjustments.**

Defendants #323. Plaintiff admits that the schedule was not adhered to consistently. (Kimura Dec., Ex. B at 510:4-511:8).

**Please see Defendants #322 herein for the clarification of what is manipulative language herein. It is the deceptive blaming me for the bullying against me.**

Defendants #324. The sixth bullet point in the removal letter stated: "Failure to utilize effective Classroom management skills." (Blackwood Aff., Ex. O; Baumann Aff., Ex. O).

Defendants #325. Dr. Blackwood and Dr. Hsu observed Plaintiff's AMS 200 class on several Occasions and noticed Plaintiff's lack of classroom management skills and disorganization. (Hsu Aff. ¶ 24; Blackwood Aff. ¶¶ 24-28).

Defendants #326. The seventh bullet point in the removal letter provided: "Class time management: A significant amount of class time was spent addressing student confusion over assessment Practices and assignment

From: Esau, Amanda R.
Sent: Thursday, February 25, 2021 12:01 PM
To: Harte, Wendy A.
Subject: AMS 200 - Class Facilitation Questions

**Number 84,654,596a**

Hi Professor Harte,

**#161**

I had a few questions about the Class Facilitation assignment. I noticed that my name is third on the list, next to the fourth subject. I wanted to know if we're skipping that second reading, as there isn't a student assigned to it, and going straight to Miguel for the next class? Or are these just assignments per work, and we'd have to volunteer for specific days? Also, are presentations going to be doubling up per class? As in two or three students presenting in succession per class?

Also -- I noticed that there are no dates listed for the class facilitation. Are we going just every class sequentially, or are there days where there will not be any class facilitation? I wasn't clear on that from your announcement, and I want to make sure that I have my piece prepared on time.

Please let me know. Thank you.

Regards,

Amanda Esau

From: Harte, Wendy A.
Sent: Sunday, February 28, 2021 5:25 PM
To: Esau, Amanda R.
Subject: RE: AMS 200 - Class Facilitation Questions

**161-1**     **b**

Hi Amanda,

Everyone has their reading now. They can and should prepare as early as possible for their day to facilitate.

Checking the dates on the syllabus, it looks like we're one day "behind". This was due to the student discussion day that was unaccounted for on my syllabus. What it means is that you should expect to go on Wednesday.

If there are 2 readings listed in the syllabus on a

student discussion day that was unaccounted for on my syllabus. What it means is that you should expect to go on Wednesday.

If there are 2 readings listed in the syllabus on a particular day, it does mean that 2 students will be going on that day.

Professor Harte