*Thank you again for thinking of me! See you in class.*

*Best regards,*

*Professor Harte"*

---

**Student "B" replied,**

**"**Hi Professor Hart,*

*I definitely felt a bit frustrated about the situation just because it happened so unexpectedly and I expected more out of my classmates, but I do feel better after our conversation! I just wanted to let you know what was going on because I know that if the roles were reversed I would want someone to tell me too. I really enjoy your class so far and I can't wait to see what else I can learn throughout this semester. See you in class!*

*Student "B""* **(See Exhibit --(Plaintiff's Discovery #173)).**

This is Exhibit "S"

---

Based on what I was experiencing in the classroom, observing her demeanor and listening to what she stated, I believed Student "B" and wanted an investigation by Defendant Pace into race-based bullying. This is why I would then report it in the following days of that week to Defendant Blackwood.

On Monday, February 15, 2021, at 2:11 p.m., regarding the aforementioned emails from those students whom I had emailed, Defendant Hsu wrote what I have described as eyebrow-raising emails in response. Therein she encouraged young adults, teenagers and/or minors who typically would rely on adults in positions of authority such as the Defendants, whom I had introduced to them to Defendant Hsu via email as such, to lie about me and

From: Mars, Kimberly
Sent: Saturday, February 13, 2021 2:16 PM
To: Harte, Wendy A.
Subject: Zoom Meeting

Hi Professor Harte!
I was wondering if there was any way that we can have a zoom meeting before the next class? I have something that I would like to bring to your attention concerning the events that occurred during our last class that I'm not sure you have been aware of yet.


Kimberly Mars
Political Science / Dyson College of Arts and Sciences
Pace University '23

From: Harte, Wendy A. <wharte@pace.edu>
Sent: Saturday, February 13, 2021 9:59:52 PM
To: Mars, Kimberly <km09320p@pace.edu>
Subject: RE: Zoom Meeting

Hi Kimberly,

Yes, sure. I am available between tomorrow and Wednesday. I haven't announced it yet but you will have Monday off. Please let me know when you would like to talk.

Best,

Professor Harte

From: Mars, Kimberly
Sent: Sunday, February 14, 2021 12:47 PM
To: Harte, Wendy A.
Subject: Re: Zoom Meeting

Is Monday at 2 pm a good time?

Get Outlook for iOS<https://aka.ms/o0ukef>

On 2/14/21, 1:10 PM, "Harte, Wendy A." <wharte@pace.edu> wrote:

Hi Kimberly,

Sure. I'll send you a link. Talk to you then.

Professor Harte

From: Mars, Kimberly
Sent: Monday, February 15, 2021 2:11 PM
To: Harte, Wendy A.
Subject: Re: Zoom Meeting

Hi Professor Harte,

Are we still having our meeting today?

On 2/15/21, 9:26 PM, "Harte, Wendy A." <wharte@pace.edu> wrote:

Hi Kimberly,

I wanted to thank you for talking with me today.

I was thinking about our conversation. First, it was nice of you that you wanted me to know. It's one of the marks of a good person. It was also courageous of you to have shared it with me.

What worries me is that you sounded like you felt frustrated? Helpless a bit with what's going on?

If yes, please don't worry. Everything will be okay. I want you to have an amazing college experience. So, enjoy your time. I will be okay. Thank you again for thinking of me! See you in class.

Best regards,

Professor Harte

From: Mars, Kimberly
Sent: Monday, February 15, 2021 9:37 PM
To: Harte, Wendy A.
Subject: Re: Zoom Meeting

Hi Professor Hart,

I definitely felt a bit frustrated about the situation just because it happened so unexpectedly and I expected more out of my classmates, but I do feel better after our conversation! I just wanted to let you know what was going on because I know that if the roles were reversed I would want someone to tell me too. I really enjoy your class so far and I can't wait to see what else I can learn throughout this semester. See you in class!

Kimberly