UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

WENDY HARTE,

                         Plaintiff,

                                          Case No. 1:22-cv-03820-JAV

-against

                                          REQUEST FOR ADDITION OF
EXHIBITS TO RESPONSE TO
SUMMARY JUDGMENT

PACE UNIVERSITY, BERNADETTE BAUMANN,

SARAH BLACKWOOD, STEPHANIE HSU,

                         Defendants

---

With this motion letter, I respectfully ask permission of Your Honor to include on the docket the exhibits indicated in my Response to Defendants' Request for Summary Judgment, *ECF 238* which document I have also provided here. I have included the proposed exhibits for the court's review.

For the court's information, I requested the aforementioned permission originally from Judge Willis, *ECF 240,* but recently discovered that this request should have been addressed to this court. I apologize for the delay.

With regard to my Response to Defendants' Summary Judgment, I wrote a letter to Judge Willis as well, *ECF 242*, apologizing because that document was unfinished and still contained my draft notes and mental impressions about the evidence I was presenting, all of which I had intended to revise and refine. I believed that Judge Willis would be reviewing those contents. However, now that I realize that my Response should have been addressed to this court. I, would like to extend that apology to Your Honor.

Thank you.

Respectfully,

_____/s/_____

Wendy Alicia Harte


Dated: April 29, 2026