to herself as a "*critical race/ethnicity studies scholar and activist*" (suggesting expertise and experience) in close proximity to which she also used the correct name of the class for the first time, and intentionally. She then signed this heavily suggestive and manipulative email with "*Stephanie*". (INSERT AUNT JEMIMA Email HERE). Exhibit – This is Exhibit "T"

What was as troubling as well for me was the false insinuation, if not direct statement, that I had agreed with the contents of the very email she was writing to the student ("*I've had earlier conversations with Prof. Harte and other folks in your class, so I know that the problem has been pervasive. Prof. Harte really wants to turn around the dynamic, and she believes that shifting to a discussion-based class mode as soon as possible…*"). Therefore, Hsu repurposed my phone call to her asking for help into one in which I was somehow reprimanded and had agreed to alter my class so that she could state the lies that she did to students *while* seeking false complaints about me.

Indeed, Defendant Hsu knew that we had met due to urgent conditions to speak about student bullying, which there is never an excuse for as students have options including withdrawing from a class if they do not want a Black professor who to them is "*insecure about her Blackness*", for example. Moreover, Defendant Hsu indicated within her email that she had *spoken to other folks in the class.* To date, the Defendants have not identified to whom she was referring.

Notably, the aforementioned email was a communication which Defendant Hsu never once shared with me at any point in time. Indeed, Campbell and Kimura, in their response to my Second Amended Complaint, never mentioned these crucial

**From** <span style="background:black">         </span>

**Sent:** Friday, February 12, 2021 5:09 PM
**To:** Hsu, Stephanie
**Subject:** Request for a Meeting

Hi Professor Hsu,

I received an email from Professor Harte today, whose AMS 200 class I am in this semester, regarding my behavior in her class this week, and I wanted to reach out to you about it. She mentioned in her email to me that she spoke to you about the situation at hand, and said that normally I'd be required to meet with you in order to return to the class, but that she was letting me off with just a warning instead. I feel that it's important that we meet anyway to discuss what happened, if you're open to that.

Please let me know, I'm looking forward to hearing from you!

Best Regards,



2

D00000134

**From:** Hsu, Stephanie
**Sent:** Monday, February 15, 2021 2:11 PM
**To:**
**Subject:** Re: Request for a Meeting

Dear

Thank you for writing me – I've spent the weekend gathering my own info and sitting with this problem, so I hope you'll forgive me for not responding to you right away. It's also enlivening a memory for me of my own college experience in my first Black Studies class, in 1998. I'm sorry to say that it was a traumatic one, so I have no doubt that this is a distressing time for you. Thank you, then, for reading this email and perhaps even writing back before we talk in real time.

I've had earlier conversations with Prof. Harte and other folks in your class, so I know that the problem has been pervasive. Prof. Harte really wants to turn around the dynamic, and she believes that shifting to a discussion-based class mode as soon as possible would help. It sounds to me like you've brought a real personal investment to AMS 200, which is an important course to Pace's overall antiracist education offerings, so I'm grateful to you for believing in an ideal classroom.

What I'm asking you to share with me, therefore, is the metacritical problem that I know is evident: when misunderstandings and even misuse of power deform what should be an antiracist space. For me, it was heartbreaking and unjust when interpersonal tensions were so high in my own college Black Studies class that I was shouted down by students and even the Black woman professor for saying, "Okay, what *is* wrong with the Aunt Jemima image?" as a way of leading class discussion when no one was talking. (They took me as asking a literal question out of ignorance.) I relay this story to let you know that I believe you in advance -- what's happening is terrible.

However, that life lesson in college has shaped me as a critical race/ethnicity studies scholar and activist today, and my request of you is to share the difficult work of antiracist culture-building on campus and in the AMS program with me. That includes allowing your professors to be all too human, but also to change if given a chance. It also means being open to the metacritical lessons that we can we learn by taking on the multiple perspectives that are often only revealed through interpersonal conflict, which can also be emotional.

In practical terms, I'm continuing to support Prof. Harte in shifting to discussion-based mode, and I understand from her email to you that she wanted to put you in touch with me. I think it would be really valuable for you

1

D00000133

and me to talk after this Wednesday's class, so we can also assess any positive changes that I hope will be happening, but if you'd like to talk before then, we can schedule a Tuesday zoom or phone call, too.  And of course, I hope my tone makes you feel free to email back, because an asynchronous conversation can be less triggering or anxiety-inducing, I've found.


Thanks again for reading and reaching out,

Stephanie


Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department
41 Park Row, 15th Floor
New York, NY 10038
212-346-1588
PGPs: she/her/hers

**From:** Hsu, Stephanie
**Sent:** Monday, February 15, 2021 2:13 PM
**To:** ███████████
**Subject:** Re: Regarding AMS 200 with Professor Harte

Dear ███████

Thank you for writing me, and I'm sorry for the panic attacks! I've spent the weekend gathering my own info and sitting with this problem, so I hope you'll forgive me for not responding to you right away. It's also enlivening a memory for me of my own college experience in my first Black Studies class, in 1998. I'm sorry to say that it was a traumatic one, so I have no doubt that this is a distressing time for you. Thank you, then, for reading this email and perhaps even writing back before we talk in real time.

I've had earlier conversations with Prof. Harte and other folks in your class, so I know that the problem has been pervasive. Prof. Harte really wants to turn around the dynamic, and she believes that shifting to a discussion-based class mode as soon as possible would help. I know you bring a real personal investment to AMS 200 (as you have to all of our classes together), which is an important course to Pace's overall antiracist education offerings, so I'm grateful to you for believing in an ideal classroom.

What I'm asking you to share with me, therefore, is the metacritical problem that I know is evident: when misunderstandings and even misuse of power deform what should be an antiracist space. For me, it was heartbreaking and unjust when interpersonal tensions were so high in my own college Black Studies class that I was shouted down by students and even the Black woman professor for saying, "Okay, what *is* wrong with the Aunt Jemima image?" as a way of leading class discussion when no one was talking. (They took me as asking a literal question out of ignorance.) I relay this story to let you know that I believe you in advance -- what's happening is terrible.

However, that life lesson in college has shaped me as a critical race/ethnicity studies scholar and activist today, and my request of you is to share the difficult work of antiracist culture-building on campus and in the

2

D00000112