would be uncorroborated Discrimination, and Harassment complaints (the "*shouted down*" analogy) against me,  Defendant Hsu sent me her insincere apology for not responding to that draft for almost six (*6*) days (" *I apologize for not sending that support right away!  I know that another email ultimately went out, which I appreciate for its honesty...*") Exhibit --- This is Exhibit "U"

Defendant Hsu launched into a series of uncorroborated and general statements which suggested urgency and seriousness which she then coupled with her dramatic change to my class format whereby and so that I was silenced ("*However, I've been contacted <u>at this point by 8 students,</u> and I just wanted to emphasize that I think a <u>discussion-based class format is the way to go immediately</u>" "and if the class dynamic is <u>flipped</u> in terms of <u>who is doing the talking,</u> then I think they'll begin to let down their resistance.  <u>If you can assume the role of a listener</u> in tomorrow's class, then I think you'll hear an opening for change.*")

Following this, Defendant Hsu wrote a complete lie which, in order to pretend as if to substantiate it and receive agreement, she used the "*as discussed*" as preface.  She wrote, "*As we talked about on the phone, too, your critical thinking provocations can be softened a bit…*" Therefore, at the same time that she falsely reframed the tenor and meaning of aspects of our telephone conversations (shifting verbiage from "*too intellectual*" to "*critical thinking provocations*"), she was also subtly accusing me of provoking the students. This implied that I was the problem and was experiencing the results of that alleged behavior. Defendant Hsu was reshaping conversations to fit a particular narrative.

Several other disingenuous statements made to me by Defendant Hsu after her "*Aunt Jemima*" "*Black woman professor*" "*Black Studies class*" "*shouted down by the*

From: Hsu, Stephanie
Sent: Tuesday, February 16, 2021 9:52 PM
To: Harte, Wendy A.
Subject: Re: Student Meeting Request Draft

Hi Wendy!

I thought this draft was great and I apologize for not sending that support right away!  I know that another email ultimately went out, which I appreciate for its honesty.  However, I've been contacted at this point by 8 students, and I just wanted to emphasize that I think a discussion-based class format is the way to go immediately.  They seem extremely engaged and opinionated, and if the class dynamic is flipped in terms of who is doing the talking, then I think they'll begin to let down their resistance.  If you can assume the role of a listener in tomorrow's class, then I think you'll hear an opening for change.  And joy, relief -- that's what I believe you all can feel after tomorrow.

As we talked about on the phone, too, your critical thinking provocations can be softened a bit and pitched at an introductory level.  One detail I can pass along from my student convos is that they don't want to spend attention on white supremacist discourse in class, and I personally agree that it can be needlessly distressing.

I'm still meeting with students who have requested it, and I think we can agree that these communications aren't bringing about the resolution we'd hoped for...that resolution can only come from you in the classroom, if you can

only come from you in the classroom, if you can find a way to feel safe around them again and then project that safety, and even offer it especially to those you've warned. I wouldn't ask you to assume what surely feels like a risk if I hadn't done it myself before, and felt the turn-around that I wanted.

As I say, I'm still making appointments to hear students out, and asking them to invest in a discussion-based class format is, I believe, our last chance to keep this class intact as it is. Thank you for being willing to try something new (again).

I'll be around tomorrow morning if you want to check in or email back,
sh

Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department
41 Park Row, 15th Floor
New York, NY 10038
212-346-1588
PGPs: she/her/hers

_____