following her alleged "*anti-Black racism*" efforts to link *management* of it with the silencing of me. <u>Given that Defendant Hsu in all likelihood was lying, this was the equivalent of asking me to agree, or attempting to trick me into agreeing, to my own suppression and based on that lie.</u> (Put whole February 16-17 email thread here where I talked about other students/Kimberly) Exhibit - This is Exhibit "V"

On February 17, 2021, Defendant Hsu asked to observe my class. She asked me not to discuss Spencer as she alleged that he was distressing to the students. Although I agreed not to do so (made this concession) to maintain a positive relationship with the English department coordinator with whom I had been having written disagreements that day and who had taken a forceful position in silencing me, I note here that what Spencer had stated repugnantly about Jewish and Black people in his videos was no more vitriolic than what the *students* were saying openly in class about White people *with* their peers, White students, in the room. In fact, Spencer did not advocate for violence in any video I showed but the students did this against White people. Regarding that, I would not allow it and regarding Spencer, as the professor, I was teaching students how to *counter* his falsehoods with the facts we were gleaning from the assigned readings. Yet, the students allegedly complained about Spencer. Defendant Hsu then made him the issue and thereby my choice of materials as professor which Campbell and Kimura decided they wanted to push as the narrative in their Summary Judgment as "*controversial*". I would state here that Defendant Hsu's Aunt Jemima email and conversations more appropriately fit that label.

During that class Defendant Hsu observed

From: Harte, Wendy A.
Sent: Thursday, February 11, 2021 9:06 PM
To: Hsu, Stephanie
Subject: Student Meeting Request Draft

Hi Stephanie,

I don't know if I struck the right balance between strong but empathetic. I welcome your suggestions on it.

"Hi ▪▪▪▪ ▪ ▪▪ ▪▪▪

After yesterday's class, I wanted to connect you both with Stephanie Hsu, Director of AMS. I am asking that you both meet with her. This is required before being able to return to my class.

I have thought about your comments in class and shared my thoughts on them with Dr. Hsu. This is your opportunity to share your thoughts with her as well. Dr. Hsu is a wonderful person to talk to. I believe that sharing your feelings with her will help you feel better in general. This will help so that we all can reset and come back together better in class.

Thank you."

From: Hsu, Stephanie
Sent: Tuesday, February 16, 2021 9:52 PM
To: Harte, Wendy A.
Subject: Re: Student Meeting Request Draft

Hi Wendy!

I thought this draft was great and I apologize for not sending that support right away!  I know that another email ultimately went out, which I appreciate for its honesty.  However, I've been contacted at this point by 8 students, and I just wanted to emphasize that I think a discussion-based class format is the way to go immediately.  They seem extremely engaged and opinionated, and if the class dynamic is flipped in terms of who is doing the talking, then I think they'll begin to let down their resistance.  If you can assume the role of a listener in tomorrow's class, then I think you'll hear an opening for change.  And joy, relief -- that's what I believe you all can feel after tomorrow.

As we talked about on the phone, too, your critical thinking provocations can be softened a bit and pitched at an introductory level.  One detail I can pass along from my student convos is that they don't want to spend attention on white supremacist discourse in class, and I personally agree that it can be needlessly distressing.

I'm still meeting with students who have requested it, and I think we can agree that these communications aren't bringing about the resolution we'd hoped for...that resolution can only come from you in the classroom, if you can

only come from you in the classroom, if you can find a way to feel safe around them again and then project that safety, and even offer it especially to those you've warned. I wouldn't ask you to assume what surely feels like a risk if I hadn't done it myself before, and felt the turn-around that I wanted.

As I say, I'm still making appointments to hear students out, and asking them to invest in a discussion-based class format is, I believe, our last chance to keep this class intact as it is. Thank you for being willing to try something new (again).

I'll be around tomorrow morning if you want to check in or email back,
sh

Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department
41 Park Row, 15th Floor
New York, NY 10038
212-346-1588
PGPs: she/her/hers

**From: Harte, Wendy A.**
Sent: Tuesday, February 16, 2021 11:59 PM
To: Hsu, Stephanie
Subject: RE: Student Meeting Request Draft

Hi Stephanie,

Thank you for your email. I would like to address 3 points, if I could.

First and foremost, I support the students speaking with you. I think it's a good start. I encouraged it to them with all sincerity as I was sincere when I suggested this solution during our phone conversation. I am happy that they vented their emotions and felt heard.

I am however concerned with the idea that the students are allowed to tell the teacher how to teach the class. The discussion about white supremacy is directly relevant to the coursework. Manifest destiny, the origin myth, Roxane Dunbar-Ortiz, etc.. This is the work coming directly from the essays. I have followed proper protocol in issuing warnings for triggers and letting students know they can opt out of uncomfortable material but, in all honesty, based on what's coming (assigned essays from the pdf's), they will likely find fault with the essays themselves.

I know you think that this may sound problematic of me or something else unpleasant but I don't believe the students are being accurate or fair. I feel that they are trying to mute me for whatever reason, to put me in my place. As I stated on the phone as well, I am concerned about the

I also have emails from students who have been upset about what is going on with these students. I met with a student yesterday who requested a meeting with me privately. I did not know what it was about but she wanted to meet to tell me what they were saying about me. She was upset. What they were saying was pretty vicious, if what she related was accurate. The student said she felt like they were in 2 completely different classes based on what this group was saying in group chat. She said she wrote paragraphs trying to explain to them. She also said she didn't understand what I said that made them so upset. Like me, she didn't see the cause for the rancor.

I am willing to allow students to opt out of certain portions of my lecture tomorrow that I planned to be an example of what I expect from a case study but deals with hegemony. Besides Racial Formations, it's the only other essay we've had since we've only had 4 classes. On a personal note, I feel disappointed that students were promised a different format for my class before there was any discussion with me about it.

Regarding my communications with the particular students engaged in the behavior, I shared the behavior I expected in the classroom in writing. I expected it to be shared in the event they met with you. Nothing was personal and I think you would agree that the emails were not written in any personal vein. However, I was the victim of extreme, coordinated bullying that lasted 30 minutes more after class ended before they all

minutes more after class ended before they all effectively having up... allowed to protect myself and the students who witnessed this behavior from future behavior like this towards me or them. It's expected, I believe.

The students, in their meeting with you, don't seem to have said that I attacked them in any way. They just disagree with academic thought. I think this is a major distinction and highlights the issue at its essence.

Regarding my critical thinking questions on the text to the students (I'm not sure in all sincerity when they become provocations), I agree that they are not ready to think in certain ways. This can make benign or fairly benign thoughts seem provocative. I understand that. I have no problem with being less out of the box with my perspectives.

I would like to request another meeting with you (should there be other people there via Zoom?) to discuss moving forward in this class. My class is always a mix of discussion and essay analysis. What do we do with the students who specifically asked me not to change course? I am also concerned about a slippery slope. Tomorrow, it will be that they don't like the essays in the class. Next, it will be the assignments. Next it will be..?

Finally, one of the leaders, there are two, disagreed with me because he believed Dunbar Ortiz's desire for "truth" does not go anywhere, does not work. He advocated violence in both the chat and to me in class as the only solution. He said Democrats were weak and passive. Another

said Democrats were weak and passive. Another student chimed in to say to him in chat that violence was a good way to start a conversation. He also effectively called me a Holocaust denier. They were angry and bullied me the next class for asking them not to use the chat to say those things. If these are the students who I should allow to say whatever they want in the classroom in a discussion format, I am extremely uncomfortable.

Please let me know when would be a good time to meet and talk about next steps.

Thank you!

Best,

Wendy Harte

**From: Hsu, Stephanie**
Sent: Wednesday, February 17, 2021 10:55 AM
To: Harte, Wendy A.
Subject: Re: Student Meeting Request Draft

Hi Wendy!
Thanks for the update, and I've reached out to Sarah Blackwood about meeting with the two of us as soon as tomorrow, if you're free.  We also have a suggestion for today's class that I'll share in an email to all three of us.

I'm sorry if I misunderstood you, but I took away from our phone call that the turn to the discussion-based format was coming anyway! I've definitely broached the subject of anti-Black racism with the students I've talked to, and I believe that they're aware of the potential impact on you, and there's a lot of distress about it.  In practical terms, we need to deescalate the tension, and I think that allowing them to control more of the discussion topics in class -- reducing the professor v. student opposition -- is the way to do that.

I've got an 11am meeting with one of your students, so I'll send that follow-up email involving Sarah afterwards!

More soon,
sh

Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department

From: Harte, Wendy A
Sent: Wednesday, February 17, 2021 12:09 PM
To: Hsu, Stephanie
Subject: RE: Student Meeting Request Draft

Hi Stephanie,

Thank you for this email. You did not misunderstand. I did say we were moving to that format (class facilitation days). However, when I announced it, I received an email from a concerned student who seemed to have anxiety about me "leaving" (my word) the class. I immediately sent another announcement to clarify and extend my formal leading of the class for another class or so to make them feel better about coming to class.

I just didn't want students to feel abandoned and scared, given what transpired, which is why I extended my role for today and Monday.

Also, would you like access to Announcements so you can see all of my communication with the students in context?

I will wait for your follow-up. I appreciate the help on this.

Thank you.

Best regards,

Wendy Harte