both, was for studying or reviewing purposes as Campbell tried to push, the question is why the students were disseminating these videos they recorded to Defendant Baumann and others at Defendant Pace. Defendant Baumann directly stated to Smith-Bergollo in writing that she was in possession of student videos. (put email here). Exhibit – This is Exhibit "W"

Defendants, as the adults and officials in the administration, never informed me that students, teenagers and young adults who can take these videos and use them for any purpose, including posting them online, dispersing them, manipulating them, and myriad other things, were recording. They never identified who had recorded videos, when, why and what became of them, particularly given that I was being summarily and repeatedly bullied by one particular student for *my* recordings. That student also happened to be one of the leaders of the race-based bullying and the person Defendant Hsu would physically accompany to the EEOC office to complain that I had discriminated and retaliated against her, and on whose account Defendant Blackwood, unbeknownst to me at the time, would send an email to the EEOC investigator claiming I was engaging in retaliation. Apparently then, in receiving videos, spying using teenagers and/or young adults, Defendants were seeking evidence against me to fit a narrative. I ask now if the videos Defendant Baumann received corroborated the claims of yelling and mistreatment found in the student complaints they had been receiving at the same time.

Campbell and Kimura have been emphatic in claiming in their Summary Judgment that I did not

**Date:**     Mon, 8 Mar 2021 6:10:29 PM (UTC)

**Sent:**     Mon, 8 Mar 2021 6:10:28 PM (UTC)

**Subject:**  RE: Class Tomorrow

**From:**     Baumann, Bernadette <bbaumann@pace.edu>

**To:**       Blackwood, Sarah <sblackwood@pace.edu>; Bundor, Ms. Sia N. <sb61518n@pace.edu>; Hsu, Stephanie <shsu@pace.edu>;

Thanks Sarah, we will figure this out. Clearly we're getting very different versions of this class through multiple lenses. Here is the good news (I'm a silver lining kind of gal) when you have issues in a class, it's a captive audience of witnesses. That is going to be very helpful in finding the truth here. Wendy is taping the class and I understand some students are as well. As such we'll have material to review if everyone is cooperative. Sia is helping me organize material for our meeting with Wendy. I just reached out to Bernard/Tiffany to make sure what I am doing won't conflict with Bernard's case if it goes in that direction. Good luck today!

Best,

Berny

## Smith-Bergollo, Todd M.

| | |
|---|---|
| **From:** | Baumann, Bernadette |
| **Sent:** | Tuesday, March 16, 2021 9:36 PM |
| **To:** | Smith-Bergollo, Todd M. |
| **Cc:** | Carpenter, Rachel S.; Hamilton, Tiffany SW |
| **Subject:** | RE: no word from Wendy Harte |

I should add, the recordings came from students.  To date Wendy has not provided any recordings, or the supportive emails she referenced.

Thanks again,

Bernadette

**From:** Baumann, Bernadette
**Sent:** Tuesday, March 16, 2021 9:35 PM
**To:** Smith-Bergollo, Todd M. <tsmithbergollo@pace.edu>
**Cc:** Carpenter, Rachel S. <rcarpenter@pace.edu>; Hamilton, Tiffany SW <thamilton2@pace.edu>
**Subject:** RE: no word from Wendy Harte

Thanks Todd.  Since we met with her several more student complaints came in.  We have two class recordings thus far.  Sarah, Stephanie and I are meeting w/Wendy & her Union rep. on Thursday.  Will keep you posted.  Also copying Tiffany to keep all updated.

Best,

B