What shed light on the aforementioned comment by Smith-Bergollo is when I learned through Discovery that both Defendant Baumann and Defendant Hsu had been in contact with Smith-Bergollo about me at or before the time Hamilton referred me to him. Smith-Bergollo did not mention this in our conversations. Exhibit --

Smith-Bergollo stated he would meet Student "P" but stated he would "await Student P's outreach". He also stated that he was unable to meet her before the next class but did not state that her missing a class would be problematic. I also did not believe this was a concern as students are permitted three (3) absences in a class which also has no exams.

These 2 are both Exhibit "X"

In reply to Smith-Bergollo as well, I stated that I did not believe Student P would contact him as she had not responded to me in any way. I asked him if he could instead connect with her. I had wanted to figure a way so that Student P would not feel attacked since her previous reactions seemed to me to be disproportionate and angry.  This display in 2021 of concern for Student "P" despite her behavior is inconsistent with Campbell and Kimura's narrative regarding Student "P" and the other students. (Put Emails between Rivera, Smith-Bergollo and me here). Exhibit –

On March 5, 2021 at 4:30 p.m., I emailed Defendant Blackwood to update her that I had contacted the Dean, Smith-Bergollo, regarding the latest in the behavior of Student "P".  In this email, I referred indirectly to Defendant Hsu's threat by referencing Defendant Hsu's language on "boycotting" used in that threat ("*Drop the complaint or students will boycott and teachers will be expelled, but we're not there yet*"), which I brought up as the concern I had with Defendant Hsu contacting Hamilton without my

From: Arenas-Rivera, Edith N.
Sent: Wednesday, March 3, 2021 4:09 PM
To: Harte, Wendy A.
Subject: Dean for Students Office

Hello Professor Harte,

I just received a message from one of our Student Associates informing me that you called the office.  I was not sure if you were calling to speak to Todd Smith-Bergollo, Sr. Associate Dean for Students, or myself.  Please let me know if there is anything I can do for you.

Kindly,

Edith

Edith Arenas-Rivera
Senior Staff Associate
Dean for Students Office
Tel. 212.346.1257
Email:
earenas@pace.edu<mailto:earenas@pace.edu>
[A picture containing text, tableware, dishware Description automatically generated]

-----Original Message-----

From: Harte, Wendy A. <wharte@pace.edu>
Sent: Wednesday, March 3, 2021 5:16 PM
To: Arenas-Rivera, Edith N. <earenas@pace.edu>
Subject: RE: Dean for Students Office

Hi Edith,

Yes, thank you for contacting me. I do have an issue with a Dyson student. Her name is ▮▮▮ ▮▮▮▮. I can't seem to get her to refocus on her work. She seems focused on disrupting me and my class. This stems from an incident that spanned 2 class sessions several weeks ago.

After today's incident, I would like to ask her to speak with you. Can you advise me on how to go about this?

Thank you.

Best regards,

Wendy Harte

From: Arenas-Rivera, Edith N.
Sent: Thursday, March 4, 2021 9:05 AM
To: Harte, Wendy A.
Subject: RE: Dean for Students Office

Good morning Professor Harte,

Could you please provide more details about the incidents that have been taking place in class? I will be sharing this information with our Senior Associate Dean, Todd Smith-Bergollo.

Thank you kindly,

Edith

Edith Arenas-Rivera
Senior Staff Associate
Dean for Students Office
Tel. 212.346.1257
Email: earenas@pace.edu

-----Original Message-----
From: Harte, Wendy A. <wharte@pace.edu>
Sent: Thursday, March 4, 2021 1:57 PM
To: Arenas-Rivera, Edith N. <earenas@pace.edu>
Subject: RE: Dean for Students Office

Hi Edith,

Yes. Thank you for your email. I will attempt here to condense and categorize as much as I can as follows:

The Main Event

. ▪ ▪ has been engaging in a practice of what can best be described, unfortunately, as bullying behavior towards me.

It began several weeks ago with an incident that was a bullying attack on me. It was vicious, with ▪ ▪ appearing to lead a coordinated effort of a group of 3 students (with 2 others supporting in chat) including ▪▪▪ ▪▪, ▪▪▪▪▪ ▪ ▪, in yelling at me, waving books in front of the camera and disrespectful comments. I would describe it as a street fight, with me asking them to calm down and to stop yelling.

In one instance, ▪ ▪▪ ▪ with raised voice, intervened in a conversation I was having with Seth to tell me that if I would not allow Seth to use the class Zoom chat (which was in contention) to discuss using violence as a means to get attention in the world politically, that he was not going to use the chat to send me anything that I request of him. I had asked ▪ ▪ moments before to send me some information via chat.

▪ ▪ was involved throughout that class in expressing inappropriate, disrespectful comments such as "You can't even end your class on time or get the work done. Look we're still here 30 minutes later." In her aggressive stance towards me that day, ▪▪ ▪ insisted that she was speaking for the entire class.

The incident went on for 30 minutes after class of yelling at me and disrespectful comments, culminating in them abruptly hanging up the Zoom session on me.

I have never, in my 7 years teaching at Pace, experienced anything like what occurred that day.

During that session, one student witnessing it called the behavior "ignorant".

After the class, 2 students who were not involved emailed me to say that ▮▮ ▮ ▮▮ ▮not speak for them, that they were sorry for the disrespectful conduct, there was no excuse for it and that they wanted me to continue teaching as I had been as they were enjoying the class. They were partially responding to the statement that I had made during the bullying that I was going to stop teaching as I had been if students were going to attack me.

After The Event

After contacting Stephanie Hsu and apprising her of what occurred, I issued strong warning emails to all parties involved. Then and only then did the group, in a coordinated effort, contact Stephanie and schedule back to back appointments to complain about me. They apparently stated I was disrespectful for:  -interrupting them while they were speaking, -talking too much about an essay we were working on, -using a word they said I should not use, etc.. Except for one individual of the 3 who admitted to what they did and apologized, no other student did. They told an untrue story to, in effect, deflect from what had actually occurred in the classroom and make me the issue.

I was then contacted by a student (who was not involved) who requested a private Zoom call. In that meeting, she said that ▮ ▮ ▮▮▮ was leading a group behind the scenes. She said ▮▮▮▮ ▮▮ stated in a group chat that I was "insecure about my blackness which is why I was teaching at a

my blackness which is why I was teaching at a predominantly white institution", that I was a "black conservative", that she was "disappointed in my Guyanese heritage" because of what she believes are my views. The student said she was very upset and did not know what to do, which is why she contacted me. She said she felt like she had been sitting in a separate class from them and did not understand what they were upset about.

That conversation confirmed what I could tell immediately. This issue was about me, me as a black woman with strong credentials and strong, well informed views. It was always clear that their efforts were an unfortunate attempt to put me in my place. It was always obvious that the kind of anger they displayed that day, before and since, was personal.

Yesterday

Since I issued the warnings, several things happened. The class format was changed with me taking a much less active role, as I was advised to do by Stephanie Hsu, even though some students asked me not to. From these students, I sensed fear of the group exhibiting the bullying behavior as much as I sensed a desire to want to hear more from their professor. I reassured them that I was not abandoning the class but shifting.

Stephanie Hsu observed my class.

I now only lecture, without student input, and I record those lectures only. This was a change as a result of the behavior in this email.

However, although the other students have calmed down considerably, ▪ ▪ ▪ has not. She has engaged in a tactic of inundating me with questions, questioning me about everything, at the beginning of class, at the end of class and via email. On Monday, she sent me at least 6 emails,

email. On Monday, she sent me at least 6 emails, of which I thought 2-3 were necessary. They ranged in subject matter, from the class format, my syllabus, her not understanding assignment dates, etc..

Last Wednesday, she asked me 3 times about the recording of my lectures during class and then

recording of my lectures during class and then again on Monday during class. I finally told her that she had to stop asking about it. It was disruptive.

Yesterday, ▪ ▪ ▪▪ ▪ ▪as class facilitator. I asked and she said she needed to be "host" to share information with the class. She never used it and appeared unprepared to explain her essay. At 5 minutes before class ended, I asked Amanda to make me host again. She said she would and made a move as if she had done it. She had not. Instead, as I was saying goodbye to the students, she ended my class session. Everyone was kicked out of Zoom, including the student I had to meet with after class. I contacted her immediately about it yesterday via email. She has not responded to my email, even now, to say it was a mistake. I do not believe it was a mistake.

I have been on the receiving end of ▪ ▪ ▪ ▪ behavior for weeks. What I have shared is not everything but instances that come to mind at this moment. I do not send this email to you lightly and it is the only time I have contacted OSA about a student. A▪▪ ▪ ▪s demonstrating that she likes to and wants to fight. She is also demonstrating that she wants to lead, she wants the attention in my class and that she won't attend class without being disruptive or disrespectful. The semester cannot continue this way. After her ending my class yesterday as she did in what I believe she thought was powerful or performative for the group she believes she leads, I feel that Amanda should not return until she has spoken with you and committed to a different approach to class.

I feel that Amanda should not return until she has spoken with you and committed to a different approach to class.

Can you assist me in this matter? I welcome your thoughts.

Thank you.

Best regards,

Wendy Harte

From: Smith-Bergollo, Todd M.
Sent: Friday, March 5, 2021 2:57 PM
To: Harte, Wendy A.
Subject: RE: Dean for Students Office

Wendy -
I hope this finds you well. Edith shared the below with me and I'm sorry to hear about what has been taking place in your class. I know that Tiffany Hamilton reached out to let you know that she and I spoke about this as well.
It sounds like there are many layers to the current situation and therefore there could be several different approaches to take. I do want to have a full understanding of what kind of support you are looking for from the Dean for Students office.
Would it be helpful if we found a time to meet? Might you be available for 30 minutes on Tuesday at 2 or 330 or Wednesday at 11?
- Todd


Todd M. Smith-Bergollo
Interim Senior Associate Dean for Students Office of the Dean for Students Pace University, NYC Campus
41 Park Row, 8th Floor
212-346-1307

From: Harte, Wendy A. <wharte@pace.edu>
Sent: Friday, March 5, 2021 3:36 PM
To: Smith-Bergollo, Todd M.
<tsmithbergollo@pace.edu>
Cc: Quinlan, Prof. William, Jr
<wquinlan@pace.edu>
Subject: RE: Dean for Students Office

Hi Todd,

Thank you for this email.

What I thought would have been optimal was for the Dean for Students to have a discussion with ▆▆▆▆ about her behavior in my class to determine a way forward. I am asking ▆ ▆ ▆ to speak with you before she may return to my class, after Wednesday's incident. I would be comfortable with meeting with ▆ ▆ ▆ and a representative from your office or you, if you deem that the appropriate next step, as soon as possible so that her classroom experience is not unduly interrupted.

I do not believe the environment is healthy as it is based on the behavior I have outlined below. I am open to discussing this as needed until we reach a resolution that everyone is satisfied with. I am available Tuesday at 2 p.m. or Monday or this weekend, if necessary, to discuss support for me, the class and ▆▆▆▆

Thank you.

Best regards,

Wendy Harte

From: Smith-Bergollo, Todd M.
Sent: Friday, March 5, 2021 5:02 PM
To: Harte, Wendy A.
Subject: RE: Dean for Students Office

Wendy -
Ok, I will await ███████ outreach.  I believe the class is on Monday and Wednesday, is that correct?  I ask because I do not believe I'll be able to speak to her prior to Monday's class at this point.
I will send you an invitation for you and I to meet on Tuesday at 2pm.

- Todd

From: Harte, Wendy A.
Sent: Friday, March 5, 2021 6:16 PM
To: Smith-Bergollo, Todd M.
Subject: RE: Dean for Students Office

Hi Todd,

Thank you for your reply. Varise from the Union would like to attend our meeting as well. Would that be okay?

Also, I do not believe ▮▮ ▮ will reach out to you as she has not reached out to me to deny what happened or share her advisor's name. Would it be a terrible inconvenience if I asked if you could reach out to her via email to schedule a meeting?

Thank you.

Best regards,

Wendy Harte

From: Smith-Bergollo, Todd M.
Sent: Sunday, March 7, 2021 11:52 PM
To: Harte, Wendy A.
Subject: Re: Dean for Students Office

Wendy - Having Varise join the meeting would be fine. I know that when the Union is involved someone from Employee Relations normally sits in. I checked in with Bernadette Baumann and she would like to join as well.  She is out Monday and Tuesday - but she and I are both available on Thursday at 9am and 4pm.  Might either of those times work for both you and Varise?

Is there a specific set of classroom expectations/behaviors you have shared with the class - either a document, or in the syllabus, or verbally?  Being able to refer to those would be helpful in my conversation with ▪▪▪▪ ▪.  Please let me know and share them with me, if possible. I will wait to hear from you on that before I reach out to her.
- Todd

Todd M. Smith-Bergollo   he/him/his
Interim Senior Associate Dean for Students
Pace University, NYC Campus
41 Park Row, 8th Floor
212-346-1306