On March 5, 2021 at 4:30 p.m., I emailed Defendant Blackwood to update her that I had contacted the Dean, Smith-Bergollo, regarding the latest in the behavior of Student "P". In this email, I referred indirectly to Defendant Hsu's threat by referencing Defendant Hsu's language on "boycotting" used in that threat ("*Drop the complaint or students will boycott and teachers will be expelled, but we're not there yet*"), which I brought up as the concern I had with Defendant Hsu contacting Hamilton without my knowledge and for some unknown reason. (Put email here). This is Exhibit "X9"

Later on March 5, 2021 at 5:57 p.m., Defendant Blackwood replied to me to state, in vague language regarding what I had stated about Student "P", that "*you cannot ask a student not to attend class*". To be clear, not only had Defendant Hsu already found that language of asking a student to speak to someone before returning to class, but Smith-Bergollo had identified no issue with my request given her behavior. To be sure, I had not asked for Student "P" to be *removed* from the class, or to not attend, but to be *spoken* to before the next class, as part of urgent efforts to address her inappropriate, race-based bullying behavior. I immediately made that clear to Blackwood via email, to correct this piece of narrative that made up part of the game that Defendant Blackwood started playing with me the moment she commenced any communications with me, after the February 18, 2021 meeting where I reported the race-based bullying, of distorting my words as a means to discredit me or create an issue. Campbell and Kimura have not produced one email sent from Defendant Blackwood to me after I complained in February 2021 until this email in March 2021.

However, it should be noted that removing a student who is openly and admittedly harassing a

From: Harte, Wendy A.
Sent: Friday, March 5, 2021 4:30 PM
To: Blackwood, Sarah
Subject: Update and Issue

Hi Sarah,

I realize that in my haste to resolve a situation that occurred on Wednesday with a student, Amanda Esau, I did not include you in my discussions with Tiffany Hamilton and Todd Smith-Bergollo.

To update you, after your meeting with me and Stephanie, my class went to the format we discussed. I lecture exclusively on one day and record it. The following day the students discuss an essay amongst themselves. This was going as well as could be expected. I say this because I asked the students if they liked the new student discussion format, only those who met with Stephanie did. I suspected they wanted to go back to what it had been. For me, I was able to lecture, record for my safety and be understood, which I appreciated. If this is what you meant by giving them time to absorb, I think it was effective.

All in all, however, though the dust settled, one student, Amanda Esau, seemed to not want to let go of fighting. She was one of the leaders who stated that she spoke for the class. Amanda inundates me with questions at the beginning of class, at the end of class and on email. For instance, she asked me three times last week about getting the recordings that I now do. Then, on Monday, she asked again. She also continues

to make comments in class towards me. Everyone else has stopped the behavior for the most part.

Last class, on Wednesday, she was class facilitator. I asked and she said she needed to be host because she had some small things to share (share screen). She did not use it. Five minutes prior to class ending, I asked her to make me host again. She said she would and made a movement toward doing so. She didn't. As I was saying good bye to students, she cut the Zoom meeting, knocking everyone out of class. I had a meeting with a student scheduled that I had announced at the beginning of class that I could not have because of what she did.

I contacted Amanda via email immediately expressing my concern about the situation and her disruptive behavior in my class. She never responded. She never denied what she did.

I reached out to Tiffany who referred me to OSA. Todd has stated that there are many layers to this situation, after talking with Tiffany who had spoken with Stephanie. Stephanie, in my initial conversations with her, mentioned her concern about the student's boycotting and that atmosphere of protest at Pace. I am not sure what is meant by Todd's statement or if the comments on concern about protest have any bearing on this matter or responses to me but Todd expressed also that he was sorry about what was happening and invited me to speak with him on Tuesday.

Amanda is in a Monday class and I am not comfortable with her in class for several reasons. I would like to ask her to sit out Monday's class and return on Wednesday. By then, my hope is that she would have spoken to someone from OSA and/or spoken to OSA with me in attendance.

Can you advise on any of the above?

Again, I apologize for not having informed you sooner. My belief was that Tiffany and OSA were the ones to go to.

Thank you.

Best regards,

Wendy Harte