jumped in to say to me that "*Yeah. She's not answering our emails. It's disrespectful. Someone has to say something about it*". I denied these allegations on the spot, requesting that the student resend the email if I did not see it. The student did, in fact, send the email and when I responded to her hat I had replied and she then sarcastically agreed, I asked why she had stated what she had (the lie) in front of Defendant Blackwood. She did not reply. (Exhibit---). I had also emailed Defendant Blackwood to state that I felt the students were being performative because she was there.

This is Exhibit "Y"

On the next class day, March 10, 2021, I was surprised to see Defendant Blackwood in my Zoom classroom again as I had not sent her the link. I do not know how she received that Zoom link for that day's class. When she, as the rest of the class, arrived, the chat *between themselves* was muted which meant the students could use the chat but only to speak with me, and the audio was muted so that I could have a talk with them uninterrupted. I spoke for about five (5) to seven (6) minutes and shared with them that I was a proponent of free speech and that I wanted them to express themselves but that they could not engage in bullying me any longer. I also tried to discuss some concerning things I heard in Student "P" facilitation about White people "*Barbara Ann from Kentucky*" and "*Sarah*" comments from Student "P" meant to signify *Whiteness*). This is when Defendant Blackwood furiously began sending me chat messages which I detailed in ECF 199. In that document, I detail my response that a White student ("Student "B") had been upset and did not want to speak in class because of Student P and the negative offensive White people vitriol. I stated that I was offended as well. Student "P" had also made stereotypical comments regarding "*Jose*" "*picking strawberries*" too. Defendant Blackwood accused me, in essence, in her chat messages however of Retaliation while telling me to send Student "B" to her or Defendant Hsu to essentially change her mind. That

From:

Sent: Wednesday, March 10, 2021 2:46 PM

To: Harte, Wendy A.

Subject: Fw: Follow Up Questions from CLass

From:

Sent: Monday, March 8, 2021 8:12 PM

From:
Sent: Monday, March 8, 2021 8:12 PM
To: Harte, Wendy A.
Subject: Follow Up Questions from CLass

Good evening professor,

I'm just emailing with some follow up questions from class today.

I see on the class facilitation list in announcements that the reading "yen le espiritu" is not assigned to anybody, are we not covering that or will you be lecturing on that? I want to make sure I'm prepared for wednesday's class.

I also see that Wednesday is a case study day, can I confirm with you that we are moving the case study days to the end of the semester or is that not the case?

I think you mentioned in class we will have access to today's recording, when will that be available?

And my last question is about grades. How can we judge how we are doing in this class? When will the grades be available for the class facilitation? is our final grade in this class dependent on just these two assignments? If so what can I do to work towards the highest grade possible?

From: Harte, Wendy A.
Sent: Wednesday, March 10, 2021 1:07 PM
To: ▓▓▓▓▓▓▓
Subject: RE: Follow Up Questions from CLass

Hi Alma,

Thanks for forwarding this but I responded to much of this on Announcements. Regarding Yen Le Espiritu, I appreciate you want to be prepared but I have assigned people for class facilitations every class without mentioning Yen Le Espiritu. I also clarified that today in class. Case study days were clarified today as well as in days prior.

You asked about final grades but the breakdown is in your syllabus along with definitions for participation especially and what that means in my classroom.

I would like to take a moment to discuss what you can do to get the highest grade possible in another email. Please email me that specific question between now and Friday.

Professor Harte

---

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Wednesday, March 10, 2021 3:08 PM
To: Harte, Wendy A.
Subject: Re: Follow Up Questions from CLass

Hi professor,
Thanks! I understand that you provided this information in the day and a half since I originally sent this email.
Thanks,
▓▓▓

From: Harte, Wendy A.

Sent: Wednesday, March 10, 2021 3:14 PM

To: ⬛⬛⬛

Subject: RE: Follow Up Questions from CLass

Hi ⬛⬛,

You will get farther with me being respectful than you will with being disrespectful. That's a general approach in life. Besides the fact that I am not approaching you in this way, there is no reason for you to approach me in this way except to keep up a way of behavior that is not helpful in any instance. This includes in class and via email. It all counts toward final grades.

Finally, if you are acknowledging that I responded to your questions since you sent the email which was my point today, which you did not acknowledge in class today, why did you forward the email below to me?

Professor Harte

Hello Professor Harte,

I am writing to you regarding our discussion at the beginning of class today, as well as the announcement you put out about three hours after class today.

I explicitly recall you telling me I had from "five minutes to an hour and a half" to present my class facilitation, because I repeated that time frame back to you, and you affirmed it. This was in the last class you recorded. You stated in class today that you had told us in the announcements that we had 5-45 minutes for our facilitations, but when I said that wasn't the case you did not concede that you had in fact not sent an announcement out about it; I double checked this after class, and confirmed that there was never an announcement sent out about it until after today's class. The only time you mentioned a time frame was when I requested it in that previous class I referenced above, and after prompting you again after you said "as long as you need," you told me I had up to "a class and a half." I think that this was discussed on while you were recording, though it could have been before you started. I would have gone back to the recording to verify if it was said

gone back to the recording to verify if it was said before or during the recording, but it was one of the class recordings that you said you would not be providing to the class, despite others aside from myself expressing that they would like to access it.

I found it odd that that was the time frame given, but that is what I recall with clarity. ▮▮▮ also recalled this detail and said so during class, and I am sure the majority of my classmates will remember this as well if asked.

I would appreciate it if I was allowed to continue my facilitation and finish up to my "class and a half," as that is what I prepared for, per your directive that it was the maximum allowance of time. Because you suddenly told me today when

time. Because you suddenly told me today when class began that I was only 45 minutes, and did not notify me or my classmates at any point of this new 45 min time limit, I was not prepared to cut the lengthy amount of material down, as I had prepared for a long discussion about the complexities of race as a social construct, as my reading was a particularly long and nuanced on, given there were a lot of legal cases and laws referenced that I did extra research on so that I could give the class a more informed and rounded out presentation on the material for the sake of comprehension.

Please let me know when I will be able to reclaim my originally slated time frame, and finish out the rest of my class facilitation assignment. Aside from wanting the full time frame that I was told I would get, this is an extremely important topic, and this is the only reading that dives into it. Given that this is a class focused on critical race theory, I think that taking the time to discuss the nuances and complications of race as a social construct will not only be informational and helpful, but invaluable, as this concept is foundational to critical race theory, the entire basis of this class. This is a topic that I think should warrant at least a class and a half to discuss, as not only a woman of color who experiences and undergoes treatment based on the concept of race every day, but because it is a concept at the core of many issues in today's age, especially in the U.S., and because it serves as an inter-sectional point for many other issues slated to be discussed in other facilitations later in the semester.

I've tagged Professor Blackwood on this email to see if she can help resolve this issue so that we can move forward with the class facilitaitons appropriately.

Please let me know how the remainder of my facilitation will be scheduled.

Also, in light of the announcement you posted three hours after class today, I would like to highlight where you said "

A note: If a professor assigned me a facilitation day that went for a class and a half, I would be

day that went for a class and a half, I would be upset. That is a very long time. For a class of 21, that amount of time per facilitation would not allow everyone to do one." I found that very upsetting, as you had in fact assigned me a lengthy facilitation, and then barred me from completing it. I did extensive research in the 48 hours I had once you emailed me to confirm that I would be presenting, as it was unclear based on the syllabus, as we had not been on track at that point. In addition to that outside research I did, I prepared several pages of notes and questions, as I had been quite excited to be able to facilitate on such an important and prominent topic, and to not be allowed to proceed with them when I was under the impression that I would be able to was disappointing and upsetting.

Please let me know when we can further discuss this, and how we will be going forward with it.

Thank you.

Regards,