## Exhibit "Z" March 18, 2021 meeting videos 1-5

https://www.dropbox.com/scl/fi/ephopd28k2r8jaxs9f2y7/PartOneMeetingMarch182021.mp4?rlkey=sr1w9mzhgi0bcs0h8q0htj3eg&st=6pr9pkk1&dl=0

https://www.dropbox.com/scl/fi/ywusngaq96rw95i49mvmn/PartTwoMeetingMarch182021.mp4?rlkey=ql2bgdw8f1jli6fj26x9b22re&st=0dv8qiuj&dl=0

https://www.dropbox.com/scl/fi/5xr1gl0hie04ds3hjh83d/PartthreeMeetingMarch182021.mp4?rlkey=qjj5ls6199m66xqmnmp92xswk&st=gd2sflj1&dl=0

https://www.dropbox.com/scl/fi/mkz370wx9z1x8yfs1uesd/PartFourMeetingMarch182021.mp4?rlkey=yuecc8v0m04xf8k5mf45lhhj7&st=nnjpde9d&dl=0

https://www.dropbox.com/scl/fi/bn54bwmhh3i2mzlfly5ic/PartFiveMeetingMarch182021.mp4?rlkey=gsii64ds1plmwxek264vu2tsn&st=ytkb82v6&dl=0