A hearing was scheduled in December 2020 with Bundor, Quinlan, Brubaker and me on the aforementioned matter. However, due to proximity to the Christmas holidays, that date was rescheduled to a date in early January 2021.

Also in December 2020, I discovered that someone had committed unemployment fraud using my identity. I reported it to Detective John Jackson during the week of December 24, 2020 and emailed him with the evidence of illegal payments sent to someone on December 28, 2020 at 15:11 p.m. (Insert email thread to and from Jackson here). EXHIBIT "P"

(2021)

In January 2021, preceding by a few weeks the start of the Spring 2021 semester focused on by Defendant Pace in their motion, the aforementioned ELI hearing with Bundor, Quinlan, Brubaker and me, the Appeal of the firing of me from the remaining ELI program took place. It was a contentious one as there had been various inexplicable events which had occurred. *First*, Defendant Pace's Bundor could not explain why their system was all of a sudden not allowing me to enter grades for students, and for approximately four entire (4) months. I was never allowed to enter grades in





## W. Harte

To: Jjackson@newrochelleny.com

Mon 12/28/2020 3:10 PM

> 📷 **20201228_144717**
> JPG - 316 KB

---

Hi Detective Jackson,

Thank you for taking the time to speak to me last week. I have locked my credit reports and closed my bank account and labor debit card.

I have attached the claims in question. I did not make these claims. I also wonder if the other complaints the department received were from people like me, a professor who can only claim at a specific time in the year, leaving the account open for someone to claim at a time when I would not notice. New Year's Eve especially and any time beginning in September/October through April/May would be those times for me. They chose a time right in the middle of that timeframe.

The Labor department is investigating. I have not heard anything yet but I will forward you what they have when I do hear.

Thank you.

| 02/09/2020 | $252.00 | $252.00 | 2 |
| 02/02/2020 | $252.00 | $252.00 | 2 |
| 01/26/2020 | $504.00 | $504.00 | 4 |
| 01/19/2020 | $504.00 | $504.00 | 4 |
| 01/12/2020 | $504.00 | $504.00 | 4 |
| 01/05/2020 | $504.00 | $504.00 | 4 |
| 12/29/2019 | $504.00 | $504.00 | 4 |

# RE: Unemployment fraud

 **Jackson**, John

To: W. Harte

Mon 12/28/2020 3:39 PM

Thanks I will attach this to the report. The claims that were reported by others seem to be random no specific time of the year.