EXHIBIT "DYNAMIC"

Date:       Fri, 19 Feb 2021 3:41:21 PM (UTC)
Subject:    Supporting an adjunct professor in AMS 200 Intro to Critical Race/Ethnicity Studies
From:       Hsu, Stephanie <shsu@pace.edu>
To:         Hamilton, Tiffany SW <thamilton2@pace.edu>; Harte, Wendy A. <wharte@pace.edu>;
CC:         Blackwood, Sarah <sblackwood@pace.edu>;

Dear Tiffany,

I'm writing to connect you with Prof. Wendy Harte, an adjunct professor teaching Intro to Critical Race/Ethnicity Studies (AMS 200) for the American Studies program (housed in English) this semester.   Since last week, Prof. Harte and I have been in communication about a dynamic in her class, and yesterday we met with English department chair Sarah Blackwood. While we continue to support Prof. Harte on the classroom level, we wanted to increase that support by making an introduction to you and your office.

Thanks to all for everything you do,
sh

Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department
41 Park Row, 15th Floor
New York, NY 10038
212-346-1588
PGPs: she/her/hers

D00000564

**From:** Hsu, Stephanie
**Sent:** Thursday, March 4, 2021 9:30 AM
**To:** ▇▇▇▇▇
**Subject:** Re: AMS200

Hi ▇▇

Thanks so much for your testimony. As you may know, I'm meeting with ▇▇▇▇ this morning via Zoom. At the same time, I know that the Chief Diversity Officer for the university, Tiffany Hamilton, has been looped in and has held a meeting with Prof. Harte, so the situation is still evolving -- and getting close to resolution, I feel. I apologize again for the undue stress to you and everyone in the class...but the faculty and admin who are now involved are learning a lot about how to name, identify, and prevent this kind of dynamic, especially in classes offering an antiracist curriculum. Your hard-earned wisdom will definitely be part of the conversation that gets us there, so thanks in advance for your continuing investment of time, thought, and spirit -- specifically, I'm sure there will be a meeting opportunity or two to which you'll be invited, coming soon.

Talk soon,
sh

Stephanie Hsu, PhD
Associate Professor of English
Dyson College, Pace University (NYC)
Director, American Studies Program
Associate Chair, English Department
41 Park Row, 15th Floor
New York, NY 10038
212-346-1588
PGPs: she/her/hers

**From:** ▇▇▇▇▇
**Sent:** Wednesday, March 3, 2021 9:33 PM
**To:** Hsu, Stephanie
**Subject:** AMS200

Hi Professor Hsu,

It's ▇▇ from AMS200 reaching out again with some concerns and hopefully some clarification.

▇▇▇▇ texted me this evening to tell me she was worried after receiving an email from Professor Harte.

I feel that Professor Harte is being unfair to ▇▇▇ I have seen her refuse to call on ▇▇▇ and cut ▇▇▇ off in class. I have emailed Professor Harte with questions after ▇▇▇ was unable to get a response and been answered much more quickly. When ▇▇▇ asked in class about the required/recommended

2

D00000176