EXHIBIT "STUDENT RECORDINGS"

Date:     Mon, 8 Mar 2021 6:10:29 PM (UTC)
Sent:     Mon, 8 Mar 2021 6:10:28 PM (UTC)
Subject:  RE: Class Tomorrow
From:     Baumann, Bernadette <bbaumann@pace.edu>
To:       Blackwood, Sarah <sblackwood@pace.edu>; Bundor, Ms. Sia N. <sb61518n@pace.edu>; Hsu, Stephanie <shsu@pace.edu>;

Thanks Sarah, we will figure this out.  Clearly we're getting very different versions of this class through multiple lenses.  Here is the good news (I'm a silver lining kind of gal) when you have issues in a class, it's a captive audience of witnesses.   That is going to be very helpful in finding the truth here.  Wendy is taping the class and I understand some students are as well.  As such we'll have material to review if everyone is cooperative.  Sia is helping me organize material for our meeting with Wendy.   I just reached out to Bernard/Tiffany to make sure what I am doing won't conflict with Bernard's case if it goes in that direction.   Good luck today!

Best,

Berny

——Original Message——
From: Blackwood, Sarah <sblackwood@pace.edu>
Sent: Monday, March 8, 2021 12:18 PM
To: Baumann, Bernadette <bbaumann@pace.edu>; Bundor, Ms. Sia N. <sb61518n@pace.edu>; Hsu, Stephanie <shsu@pace.edu>
Subject: FW: Class Tomorrow

Just sending this along as it came just to me.

I continue to be concerned over her characterization of ███████ as a problem, which does not seem to match up with the reality of the situation. I'll let you all know how class goes this afternoon.

SB

On 3/8/21, 12:11 PM, "Harte, Wendy A." <wharte@pace.edu> wrote:

  Hi Sarah,

  I wanted to send you the Zoom link for today's class. I don't know if you still wanted to observe today. I received an email from the Associate Dean Todd Smith-Bergollo yesterday where he has said that he will sit down with ███████ and have a talk. My hope is that he can tease out what she is going through, if she needs help or support. I believe the reason for her behavior is stemming from something outside of the classroom.

  Here is the link:

  Harte Harte is inviting you to a scheduled Zoom meeting.

  Topic: Harte Harte's Zoom Meeting
  Time: Mar 8, 2021 10:35 AM Eastern Time (US and Canada)

  Join Zoom Meeting
  https://us02web.zoom.us/j/82089448199?pwd=aWVTa202N1dOT1R5bnlFYnV6R3FwZz09

  Meeting ID: 820 8944 8199
  Passcode: 099099
  One tap mobile
  +13017158592,,82089448199#,,,*099099# US (Washington DC)

D00000413

## Smith-Bergollo, Todd M.

| | |
|---|---|
| **From:** | Baumann, Bernadette |
| **Sent:** | Tuesday, March 16, 2021 9:36 PM |
| **To:** | Smith-Bergollo, Todd M. |
| **Cc:** | Carpenter, Rachel S.; Hamilton, Tiffany SW |
| **Subject:** | RE: no word from Wendy Harte |

I should add, the recordings came from students. To date Wendy has not provided any recordings, or the supportive emails she referenced.

Thanks again,

Bernadette

**From:** Baumann, Bernadette
**Sent:** Tuesday, March 16, 2021 9:35 PM
**To:** Smith-Bergollo, Todd M. <tsmithbergollo@pace.edu>
**Cc:** Carpenter, Rachel S. <rcarpenter@pace.edu>; Hamilton, Tiffany SW <thamilton2@pace.edu>
**Subject:** RE: no word from Wendy Harte

Thanks Todd. Since we met with her several more student complaints came in. We have two class recordings thus far. Sarah, Stephanie and I are meeting w/Wendy & her Union rep. on Thursday. Will keep you posted. Also copying Tiffany to keep all updated.

Best,

B

**From:** Smith-Bergollo, Todd M. <tsmithbergollo@pace.edu>
**Sent:** Tuesday, March 16, 2021 8:02 PM
**To:** Baumann, Bernadette <bbaumann@pace.edu>
**Cc:** Carpenter, Rachel S. <rcarpenter@pace.edu>
**Subject:** no word from Wendy Harte

Berny -

Just wanted to let you know that I have not received anything from Wendy Harte. As you know, we ended the conversation with an agreement that she would send me emails she referenced and possibly the class video recordings.

Have you had your meeting with her this week? Any update to share?

Thanks - Todd

1

D00000614