May 27, 2026

The Honorable Judge Jeannette A. Vargas
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: <u>ECF 250 Response to Summary Judgment</u>
Harte v. Pace University et al. (JAV)(JW)
1:22-cv-03820

Dear Judge Vargas,

The document titled "*Response to Summary Judgment*" that was just posted on May 22, 2026, was filed by the Pro Se Court Clerk's Office due to an error that had been made weeks before, first by me and then by the Clerk.

That is, the Clerk's Office had first received the aforementioned Response from me via email in pdf form as a "*Response to Defendants' Motion for Summary Judgment*". I had sent it, unwittingly, as an unsigned document. When I discovered this almost immediately, I resent a signed version to the Clerk within ten (10) minutes.

However, although having received that signed version, the Clerk posted the unsigned document as ECF 238. I had not realized this until Rebecca Kimura ("*Kimura*") and Mallory Campbell ("*Campbell*") raised the document as an issue in their letter, ECF 245, titled "*Reply Memorandum of Law in Support of Summary Judgment*", wherein they asked for the weighty contents of my response/objection to be ignored by Your Honor partly because of the lack of that signature. In this way, by their logic then, Campbell and Kimura made the claim that the court should accept quite simply their version of events. They requested this despite knowing, also, respectfully, that federal law requires courts to look to the entirety of the docket filings to verify, corroborate, fact-check information and details in light of a Summary Judgment motion.

Surprised to learn of the issue with the signature, I contacted the Pro Se Office several times. In my first phone call to them, I informed the Clerk of the details found herein. He had difficulty sharing the reason why the Office had not filed as ECF 238 the corrected signed version which had been the last item they had received from me in an email which had an explanation to the Clerk as to what had occurred. The Clerk stated that the signed document should have been the one filed in the first place.

After that initial aforementioned phone discussion with the Clerk, the docket remained unchanged for a week until May 22, 2026, last Friday, when I phoned the Office again regarding the matter to receive further news. This is the day when the Office posted the signed version of my document. It was filed with no indicators of what had occurred or note to explain its reason for being on the docket at that point in time, or the reason for its specific placement on the docket, for my reference, the other parties' information, or Your Honor's reference. Because I wanted to

explain what occurred, I filed this letter to the court now. I apologize for the confusion. This was not my intent.

For reasons of maintaining the proper chronology of filings, since the Defendants' aforementioned May 8, 2026 "*Reply*" letter, I filed my document titled "*Refiling/Request to Amend*" which is ECF 247 on May 11, 2026 and the court filed its Order ECF 248 in that regard on May 12, 2026.

Thank you.

Respectfully,

_____/s /_____

Wendy A. Harte