June 1, 2026

The Honorable Judge Jeannette Vargas
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, N.Y. 10007

Re: Response to Defendants' ECF 252
*Harte v. Pace University et al.*
1:22-cv-03820

Dear Judge Vargas,

Respectfully, I have seen and read Your Honor's ruling, ECF 254. The following information is being provided for the record.

To start, Campbell and Kimura heard the story about which they could not possibly have knowledge and then summarily changed it to what they wanted the story to be. This is the first point I would like to make to the Court. Indeed, Campbell and Kimura rewrote the narrative where they alleged that I had filed yet another Response when, in fact, *it was the Clerk* who filed the document which had been located in the his inbox where it had been sent by me weeks before. It was an effort by the Clerk to fix the error whereby the unsigned version of my Response to Summary Judgment had been posted as opposed to the signed version they also had in their possession. This is what I stated in my letter ECF 251 but Campbell and Kimura wanted to contest these facts just because.

Moreover, it appears that Campbell and Kimura have faux-brazenly asked the Court to ignore my efforts, and those of the Clerk, to fix an error because they apparently felt that it would foil their maneuvers to do what they admitted to in their Reply to my Response (and what I have been making every possible effort to prove throughout this case) – that the Defendants have been egregiously lying and working to do so unimpeded for years and years, demonstrating unbelievable animus combined with deceit when confronted with their lies, machinations and/or, as I provided to the Court, evidence. However, I am here to impede.

Therefore, I was not "*replying*" to Campbell and Kimura as the "Re" line in my document 251 indicated but explaining to Your Honor what had occurred and why ECF 250 appeared as it did. Only the Clerk may explain why the document was filed where it was on the docket and why it took as long as it did from when I contacted the Pro Se Office about it. I was also not told if or how the adjustment would occur and/or when. I was informed by the Clerk that they should have posted the signed version, as I previously wrote. Therefore, I was surprised too when the document suddenly appeared on the docket and where it did in the Court's document or record-keeping system, Pacer. The Clerk was obviously working to make better what had occurred. I was thankful. It all seems difficult, indeed impossible from their reaction letter, for the Defendants to take or hear, as the facts of the case also demonstrate with regard to what the evidence has been provided by me of my claims.

Defendants conveniently refer to the above as me blaming the Clerk but that claim again, respectfully, only suits their self-serving narrative that is still based in fiction. They also seem to

assert that the only errors that should count are mine. Yet, egregious intentional wrongdoing and misconduct which they have committed, including by using minors, teenagers and/or young adults, should absolutely never be identified, and should be allowed to continue uninterrupted. This is Defendant Pace University, Defendant Blackwood, Defendant Hsu and Defendant Baumann, and it, that behavior absolutely, respectfully, should be identified and then stopped, as I have attempted to do.

That Campbell and Kimura's tenor and verbiage in their letter is for another specific reason, among the various of them, is the second point I would like to make. That is, hidden in all of the vitriol, their letter is a subtle, but not as subtle as they would like to think, maneuver to re-position my *Response to Summary Judgment*, my *Exhibits Request* with those attached documents (which itself was also docketed incorrectly as yet another "*Response to Summary Judgment*"[1] which the Defendants were quick to write to the Court to argue against by using the incorrect docketing) and indeed, the spectrum of my docket filings of the last four (4) years. That is, Kimura's and Campbell's need to suggest my actions were "*last ditch*" (respectfully, is this actually literal?) at "*self-preservation*" could imply that my case full of substantiated and identifiable (by sender and receiver) documentary evidence has no value when clearly the truth stands and speaks for itself in my docket submissions, which I worked as diligently as I could to present to this court.

As my letter in reply to one of their May 8, 2026 letters, ECF 244, indicated, Summary Judgments are viewed in light of the docket in *Harte v Pace University et a*l, not what Campbell and Kimura stated in a deceitful, manipulative document which contravened the evidence in significant ways and demanded, via their Reply, be taken as fact despite their own characterization of their claims therein. To bolster this deceitful move, they problematically asked the Court to consider my Reply, about which I had already written to the Court to say that it had not been fully completed, as my "*admission*" regarding statements they had made that I had not yet answered.

As to "*pattern*", ironically, Campbell and Kimura are characteristically vague about what they are specifically referring to. Examples would have been appropriate for such charged assertions. Indeed, during this litigation, the Defendants have produced alleged, questionable documents about me to which they attached their customized and false narrative and they have produced alleged and questionable emails such as student complaints which they allowed to speak about unverified claims they championed as true. However, what they have yet to produce are identifiers to confirm the authenticity and veracity of the alleged communications. They have yet to produce any documents or anything else to support the innuendo and insinuations they have written about with free hand. I ask that they do so for the sake of credibility as they repeatedly challenge my own. The latter is so despite attempting, simultaneously and paradoxically, to "*strike*" the proof of that credibility in the form of some of the exhibits I asked permission of this Court to submit. This behavior says something and is not just familiar territory for them in this case but it is their bread and butter approach.

---

[1] This issue on the docket has still not been corrected although the Request letter is within the documents I submitted as ECF 243, dated April 30, 2026 and the emails all refer to a request for permission. That letter request was almost identical to the permission letter I had sent to Judge Willis as ECF 240 regarding the same exhibits. When, on April 30, 2026, I saw what the docket read (a "*Response to Summary Judgment*" instead of a "*Request for Permission to Submit Exhibits*"), it was on that same day, ten minutes later, that I requested the Clerk's Office to adjust the docket caption.

Moreover, the underpinnings of their claims are faulty as all of the others. That is, Campbell and Kimura sought to, in their also recognizable diversionary mode, frame the issue such that the problem with the docket should not have been fixed because I did not respond to their document about it. Not only is this gaslighting since they quite literally "stuff" their writings with false equivalencies and the aforementioned diversions, but they did so much of this in their Reply that it was difficult to discern all that they had compiled in their document. It took me some time, therefore, in order to realize what they said about my document being unsigned. By then, it had been more than three (3) days. And then, upon realizing this, my priority was to fix the filing, which I am allowed, indeed, required to do, as was the Clerk. Defendants loudly want me to remain quiet about this which I have never done as the evidence indicates.

Finally, there is another correction I would like to make. I checked and saw that I had detected that my Response was unsigned on the Sunday, May 13th of 2026, not ten (10) minutes after filing the first Response. I am sorry for that error. That day is when I emailed the Pro Se Office. While Campbell and Kimura are hyper-correcting me on that event using quotes and everything, perhaps they could also focus on sharing additional truths about which they are keenly aware (because I reminded them via email last week of what they know and have known) regarding what they submitted to me and this Court that is deeply problematic for them. Until then, the Defendants have acknowledged receiving and responding to my Response to Summary Judgment (knowing it was unsigned apparently) with their notable Reply to my Response. If they would like to elaborate on, identify, themselves what they stated to this Court was not "*fair*" and/or "*accurate*" in their written and verbal statements, pleadings and filings to the Court, it would be a start.

Thank you sincerely.

Respectfully,

_____/s/_____
Wendy A. Harte