**BOND** SCHOENECK & KING

600 Third Avenu~

> The request is GRANTED. Dkt. No. 256-1
> will be sealed from public access and
> Defendants are granted leave to re-file their
> letter motion with Exhibit A in redacted
> form.
> SO ORDEREED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> June 30, 2026

June 29, 2026

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    Harte v. Sarah Blackwood, et al
>        Case No. 22-cv-03820 (ALC)

Dear Magistrate Judge Willis:

We represent the remaining Defendants Pace University, Sarah Blackwood, Stephanie Hsu, and Bernadette Baumann (collectively, "Defendants"), in the above-referenced matter. Pursuant to Rules II(E) of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully submit this letter to request leave to re-file Defendants' Letter Motion. (ECF Doc. No. 256).

Defendants inadvertently left Plaintiff's home address unredacted in their filing at Exhibit A (ECF Doc. No. 256-1). Accordingly, Defendants respectfully request that (1) ECF Doc. No. 256-1 be sealed from public access and (2) Defendants be granted leave to re-file their letter motion with Exhibit A in the redacted form. A proposed redacted version of ECF Doc. No. 256 with its accompanying Exhibit A, is attached hereto as **Exhibit A**.

Thank you for your consideration.

Very truly yours,

_____/s/_____
Mallory A. Campbell

CC: <u>Via ECF</u>
        Wendy Harte

23767332.v1-6/29/26

Attorneys At Law | A Professional Limited Liability Company